ORIGINAL

# In The United States Court of Federal Claims

Cover Sheet 04-1366C

Plaintiff(s) or Petitioner(s)
SPECTRUM SCIENCES AND SOFTWARE, INCORPORATED

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] TERRANCE R. KETCHEL

Firm Name: TERRANCE R. KETCHEL, P.A.

Post Office Box:

Street Address: 126 NE EGLIN PARKWAY

City-State-Zip: FT. WALTON BEACH, FL 32548

Telephone & Facsimile Numbers: (850) 664-2705 - FAX: (850) 664-7933

E-mail address: trkpa2@aol.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Breach of Express Contract, Cooperative Research and Development Agreement;

Breach of Implied in fact Contract, Unsolicited Proposal; Tort Arising out of

Breach of Contract.

Government Agency Involved: A F

**See attached Sheet for three digit code.**

Amount Claimed: $ To Be Determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003