IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPECTRUM SOFTWARE INC., Plaintiff, | ) |
| v. | ) No. 04-1366C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 45 calendar days, to and including December 6, 2004, within which to file its response to plaintiff's complaint in this case. Defendant's response currently is due to be filed on October 22, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has contacted counsel for plaintiff regarding this motion; as of the time of this filing, however, he has not informed her whether plaintiff opposes this motion.

The additional time is necessary because counsel for defendant has not yet received the agency's comments regarding plaintiff's complaint. We rely upon agency counsel to prepare a litigation report concerning the case, pursuant to 28 U.S.C. § 520, so that we may properly respond to actions filed against the United States. Counsel for defendant expects to receive the agency's litigation report the week of November 1, 2004. Thus, the additional time is necessary within which to review the litigation report, and prepare and file our response to