IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1366C<br>(Judge Francis M. Allegra) |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, in conjunction with Defendant, respectfully requests an enlargement of time of fourteen (14) calendar days, to and including February 7, 2005, within which to file the Joint Preliminary Status Report pursuant to Section 4 of Appendix A, Case Management Procedure. The Joint Preliminary Status Report is currently due to be filed on January 24, 2005. This Motion is the first request for an enlargement of time for this purpose. Counsel for Defendant and Plaintiff have conferred with regard to this request for an enlargement of time and are in support of this Motion for Enlargement of Time.

Additional time is necessary in order to fully comply with the requirements of information to be contained in the Joint Preliminary Status Report. Plaintiff and Defendant's counsel have engaged in an Early Meeting of Counsel and are scheduled to confer again to review a draft Joint Preliminary Status Report so as to include all information fully and completely.

For the foregoing reasons, Plaintiff, in conjunction with Defendant, respectfully requests that this Motion for Enlargement of Time be granted.

Respectfully submitted,

s/ Terrance R. Ketchel

KETCHEL & LESTER
4 Eleventh Avenue, Suite 2B
Shalimar, Florida 32579
Tel: (850) 651-5508
Fax: (850) 651-5722
Florida Bar No. 39815

Attorney for Plaintiff

January 21, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 21st day of January, 2005, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Terrance R. Ketchel