# In The United States Court of Federal Claims

No. 04-1366C

(Filed: January 31, 2005)

SPECTRUM SOFTWARE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 21, 2005, parties filed a motion for enlargement of time of 14 days to and including February 7, 2005, to file their joint preliminary status report. This motion is hereby **GRANTED**. On or before February 7, 2005, the parties shall file a joint preliminary status report.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge