IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPECTRUM SOFTWARE INC., Plaintiff, | ) |
| v. | ) No. 04-1366C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S MOTION FOR LEAVE TO FILE A PRELIMINARY STATUS REPORT

Pursuant to Rule 7(b)(1) of the Rules of this Court, defendant respectfully requests leave to file a preliminary status report with the Court, in lieu of the parties' joint preliminary status report. The filing of a preliminary status report, in lieu of a joint preliminary status report pursuant to Appendix A of the rules of this Court, is necessary because, although the parties have agreed to most of the contents of the joint preliminary status report, the parties do not agree to the issues in this case. Despite several requests by undersigned counsel for defendant to do so, counsel for plaintiff has failed to identify plaintiff's issues. Thus, it is not possible to file a joint preliminary status report. Instead, the attached preliminary status report contains the parties' positions concerning the other elements required by Appendix A, as well as defendant's issues of fact and law.

For the foregoing reason, we respectfully request that our motion for leave to file a preliminary status report be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

FEBRUARY 7, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 7th day of February, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE A PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore