IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1366C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PRELIMINARY STATUS REPORT

Pursuant to defendant's motion for leave filed concurrently with this report, counsel for defendant respectfully submits the following preliminary status report.

4a. Jurisdiction:

The plaintiff has informed us that it believes that the Court possesses jurisdiction to entertain and to decide this action pursuant to the Tucker Act, 28 U.S.C. § 1491. Defendant is currently unaware of any reason why the Court would not have jurisdiction to entertain and decide this action.

b. Consolidation:

Defendant does not believe that this case should not be consolidated with any other case, and counsel for plaintiff previously informed us that plaintiff agreed with this position.

c. Bifurcation:

Defendant believes that this case should be bifurcated, and that the issues of liability and damages should be addressed

separately. Plaintiff previously informed us of its agreement with this position.

d. Deferral:

Defendant believes that this case should not be deferred pending the resolution of any other case, or transferred or remanded to another tribunal. Plaintiff previously informed us of its agreement with this position.

e. Remand/Suspension:

Defendant does not seek a remand or suspension at this time.

f. Joinder:

Defendant does not intend to join additional parties at this time.

g. Dispositive Motions:

Counsel for defendant anticipates that defendant may file a dispositive motion upon the issue of liability before or at the conclusion of discovery. Counsel for plaintiff has informed counsel for defendant that plaintiff intends to file a motion for summary judgment upon the issue of liability at the conclusion of discovery. In accordance with paragraph 5 of Appendix A, defendant requests that the parties be allowed to conduct any necessary discovery upon the issue of liability until September 30, 2005. Counsel for plaintiff has previously stated to counsel for defendant that plaintiff is in agreement with a discovery period for liability to and including September 30, 2005.

h. Relevant Issues:

Based upon a preliminary review of the case, defendant believes that the following mixed questions of fact and law are at issue in this case, as follows:

1. Whether Spectrum's Unsolicited Proposal submitted to the Department of the Air Force ("Air Force") contained the following alleged trade secrets and proprietary information that was developed by Spectrum before it entered into the Cooperative Research and Development Agreement dated October 14, 2000 ("CRADA") with the Air Force:

a. modification of the gantry to upgrade to a 6,000 pounds load limit;

b. the dolly brakes on the rail conveyor;

c. improvements to the air handling system including the interface control board to increase electrical power, and 3/4 inch airlines throughout to enhance pneumatic operations;

d. modification to the rail conveyor to allow proper torque of bombs;

e. the development of an electric hoist with powered trolley;

f. a working table utilizing attachments to shipping contained lid; and

g. a new lighting system.

2. Whether Spectrum's Unsolicited Proposal submitted to the

Air Force contained the following alleged trade secrets and proprietary information that was developed by Spectrum after the completion of the CRADA:

a. rail conveyor dolly; and

b. tool holding tray

3. Whether the Air Force breached the CRADA by issuing the draft and Final Request for Proposals ("RFP") to third parties;

4. Whether the Air Force breached the CRADA by allowing a contractor to view prototype products developed by Spectrum;

5. Whether the Air Force breached any contractual obligation with regard to Spectrum's Unsolicited Proposal not to disclose trade secrets or proprietary information contained therein; and

6. Assuming that the Air Force breached the CRADA, or a contractual obligation with regard to Spectrum's Unsolicited Proposal, whether Spectrum suffered monetary damages and, if so, in what amount.

Defendant believes the material issue of law is as follows:

Whether the parties entered into an implied-in-fact contract when Spectrum submitted its Unsolicited Proposal to the Air Force, which imposed upon the Air Force an obligation to maintain the confidentiality of any alleged trade secrets and proprietary information contained in the Unsolicited Proposal.

i. Settlement:

Defendant expects to explore the possibility of settlement, if appropriate, as discovery in this case progresses and each party has more complete information regarding the facts of this case.

Defendant reserves its right to request a full evidentiary trial of this matter and does not request an arbitration, mediation, or paper trial at this time. Defendant will continue to consider these alternatives to litigation throughout the course of these proceedings and will promptly advise the Court of any further developments.

j. Trial:

Defendant anticipates that a trial will be necessary in the event that this case is not resolved through dispositive motions and/or settlement. Defendant requests that the parties be allowed to file status reports 30 days after the close of discovery regarding the necessity for trial.

k. Electronic Case Management Needs:

Defendant recognizes that this is an electronically-managed case and intend to file all documents in accordance with the Court's procedures for electronic filings.

l. Additional Information:

Defendant is not aware of any additional information of which the Court should be made aware of at this time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

FEBRUARY 7, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 7th day of February, 2005, a copy of the foregoing "PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore