IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPECTRUM SCIENCES, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant | No. 04-1366-C<br>Judge Francis M. Allegra |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE PRELIMINARY STATUS REPORT AND CROSS MOTION FOR LEAVE TO FILE PLAINTIFF'S PRELIMINARY STATUS REPORT**

COMES NOW, Plaintiff, by and through its undersigned attorney, pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, responding to Defendant's Motion for Leave to File a Preliminary Status Report and Requesting Leave to file Plaintiff's Preliminary Status Report with the Court. In contravention to Defendant's Motion, and as more specifically set forth in Section 4(h) of Plaintiff's Preliminary Status Report, Plaintiff was unable to determine the relevant factual and legal issues in dispute between the parties as required under the Paragraph 4 of Appendix A because of Defendant's unwillingness to identify the Government's factual and legal contentions in this lawsuit as required in the early Meeting of Counsel. As of an email received from Government counsel earlier today, the Government stated that it had finally received some documents and tentatively identified for the first time one of the Government's possible contentions as it relates to this lawsuit.

Furthermore, although Plaintiff and Defendant were able to agree to all elements of a Joint Preliminary Status Report except for subsection (h), Defendant refused to submit a Joint

Preliminary Status Report allowing each party to set forth their own individual position with regards to subsection (h) in spite of Plaintiff's specific request to submit separate points of view in this subsection. As a result, Plaintiff's Preliminary Status Report contains all of the agreed upon sections required for a Joint Preliminary Status Report along with each of Plaintiff and Defendant's respective positions with regard to Subsection (h).

For all the reasons stated herein, Plaintiff respectfully requests that Plaintiff's Cross Motion for Leave to File Plaintiff's Preliminary Status Report be granted and does not oppose Defendant's Motion for Leave to File its Preliminary Status Report.

Respectfully submitted,

s/ Terrance R. Ketchel

KETCHEL & LESTER
4 Eleventh Avenue, Suite 2B
Shalimar, Florida 32579
Tel: (850) 651-5508
Fax: (850) 651-5722
Florida Bar No. 398152

Attorney for Plaintiff

February 7, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 7th day of February, 2005, a copy of the foregoing "PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE PRELIMINARY STATUS REPORT AND CROSS MOTION FOR LEAVE TO FILE PLAINTIFF'S PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Terrance R. Ketchel