# In The United States Court of Federal Claims

No. 04-1366C

(Filed: February 18, 2005)

SPECTRUM SOFTWARE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A preliminary status conference that was originally scheduled for February 10, 2005, has been rescheduled for February 24, 2005 at 2:00 p.m. (EST). The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge