# In The United States Court of Federal Claims

No. 04-1366C

(Filed: February 24, 2005)

SPECTRUM SOFTWARE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On or before March 14, 2005, plaintiff shall file its motion to amend the complaint.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge