IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1366C |
| | ) | (Judge Francis M. Allegra) |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW, Plaintiff Spectrum Sciences Inc., by and through its undersigned attorney, pursuant to the provisions of Rule 15(a) of the Rules of the United States Court of Federal Claims, and files this Motion for Leave to Amend Complaint. This First Amended Complaint is needed as a result of additional relevant information that was obtained by Plaintiff's counsel after the filing of the initial Complaint. Such First Amended Complaint is the first amendment to Plaintiff's Complaint and was the subject of the Scheduling Order of the Court dated February 24, 2005. A copy of the proposed First Amended Complaint is attached hereto.

WHEREFORE, Plaintiff prays this Court enter an Order allowing Plaintiff leave to amend their Complaint.

Respectfully submitted,

s/ Terrance R. Ketchel

KETCHEL & LESTER
4 Eleventh Avenue, Suite 2B
Shalimar, Florida 32579
Tel: (850) 651-5508
Fax: (850) 651-5722
Florida Bar No. 39815

Attorney for Plaintiff

March 14, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 14th day of March, 2005, a copy of the foregoing "MOTION FOR LEAVE TO AMEND COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Terrance R. Ketchel