IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1366C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's oral order dated February 24, 2005, the parties respectfully submit the following joint status report.

Counsel for defendant is prepared to file a dispositive motion upon all issues set forth in the complaint. Counsel for defendant believes that the issues whether (1) the Government's draft and final Requests for Proposals improperly divulged proprietary information belonging to Spectrum, and (2) the Government improperly divulged proprietary information belonging to Spectrum to a former Government employee, Tom Turner, can be addressed and resolved by motions for summary judgment pursuant to Rule 56 of the rules of this Court ("RCFC"). Furthermore, counsel for defendant believes that the issue included for the first time in plaintiff's amended complaint, whether two former Government employees improperly divulged Spectrum's proprietary information, should be dismissed by the Court because it is a claim upon which relief cannot be granted, pursuant to RCFC 12(b)(6). Defendant does not believe that discovery is necessary

to resolve the issues in this case. Defendant requests that it be allowed to file its dispositive motion with the Court on or before April 30, 2005.

Counsel for plaintiff contends that, based upon the additional allegations of fact contained in the first amended complaint, plaintiff cannot determine whether plaintiff will submit a motion for summary judgment until such time as substantial discovery is conducted. Likewise, plaintiff contends that significant material issues of fact cannot be determined without conducting discovery because substantial amounts of material information are within the unique control and possession of either the defendant or third parties who were in the United States Air Force ("USAF") at the time of the subject of these proceedings but are now separated from service with the USAF, including the nature and scope of the proprietary information that is the basis of this action as well as the factual circumstances relating to the alleged divulging of such proprietary information by former members of the USAF. Therefore, plaintiff would be forced to seek a delay in considering any motion for summary judgment submitted by the defendant until substantial discovery is conducted by the plaintiff. Plaintiff is in receipt of defendant's answer to plaintiff's first amended complaint filed on March 31, 2005, and is reviewing said answer. Plaintiff intends to submit an initial

broad discovery request including request for production of documents and interrogatories on or before the end of April, 2005, and plans to meet informally with defendant's counsel to begin scheduling depositions during that period as well.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Terrance R. Ketchel

TERRANCE R. KETCHEL
Terrance R. Ketchel, P.A.
126 NE Eglin Parkway
Fort Walton Beach, FL 32548
Tele: (850) 664-2705
Fax: (850) 664-7933

Attorney for Plaintiff

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

APRIL 14, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 14th day of April, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore