# In The United States Court of Federal Claims

No. 04-1366C

(Filed: May 6, 2005)

---

SPECTRUM SOFTWARE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A status conference was held in this case on May 5, 2005. Participating in the conference were Terrance R. Ketchel, on behalf of plaintiff, Lauren S. Moore, on behalf of defendant, and Chuni Chiang, on behalf of the agency. Pursuant to the discussions, the court adopts the following schedule:

1. On or before May 31, 2005, defendant shall file its motion for summary judgment;

2. On or before July 1, 2005, plaintiff shall file its response.

Upon receiving these filings, the court will either set a date for the filing of defendant's reply or call a status conference in order to set a discovery schedule.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge