# COOPERATIVE RESEARCH AND DEVELOPMENT AGREEMENT

# BETWEEN THE

# USAF AIR ARMAMENT CENTER

# AND

# SPECTRUM SCIENCES AND SOFTWARE INC

# FOR THE PURPOSE OF IMPROVING MUNITIONS SUPPORT EQUIPMENT

## Article 1. Preamble

WHEREAS: The parties hereto wish to cooperate in the development of a process, product, or technology for their mutual benefit; and

WHEREAS: The performance of the activities specified by this AGREEMENT are consistent with the mission of the UNIT; and

WHEREAS: Before entering into this AGREEMENT, UNIT has considered the preferences set forth in 15 U.S.C. 3710a.(c)(4);

Now, therefore this Cooperative Research and Development Agreement (AGREEMENT) for performing the work described in the Work Plan attached hereto as Appendix A is entered into pursuant to 15 U.S.C. §3710a (as amended) and Air Force Instruction 61-302 by and between Spectrum Sciences and Software, Incorporated, (hereinafter referred to as "COLLABORATOR"), located at 91 Hill Avenue, Fort Walton Beach, Florida 32549, and the United States of America as represented by the Department of the Air Force, Air Armament Center, (hereinafter referred to as "UNIT"), located at Eglin Air Force Base, Florida. The terms and conditions of this AGREEMENT are set forth as follows.

## Article 2. Definitions

2.1 As used in this AGREEMENT, the following terms shall have the following meanings and such meanings shall be applicable to both the singular and plural forms of the terms:

2.2 "CREATED" in relation to any copyrightable work means when the work is fixed in any tangible medium of expression for the first time, as provided for at 17 U.S.C. § 101.

2.3 "EFFECTIVE DATE" means the earlier of: (a) the date of the last signature of the duly authorized representatives of the parties and the REVIEWING OFFICIAL; or (b) thirty (30) days after the receipt of a signed copy of this AGREEMENT by the REVIEWING OFFICIAL without that official taking any action thereon.

2.4 "GOVERNMENT" means the Government of the United States of America.

2.5 "GOVERNMENT PURPOSE LICENSE" or "GPL" means a license to the GOVERNMENT conveying a nonexclusive, irrevocable, worldwide, royalty-free license to practice and have practiced an INVENTION for or on behalf of the GOVERNMENT for government purposes and on behalf of any foreign government or international organization pursuant to any existing or future treaty or agreement with the United States, and conveying the right to use, duplicate or disclose copyrighted works or PROPRIETARY INFORMATION in whole or in part and in any manner, and to have or permit others to do so, for government purposes. Government purposes include competitive procurement, but do not include the right to have or permit others to practice an INVENTION or use, duplicate or disclose copyrighted works or PROPRIETARY INFORMATION for commercial purposes.

2.6 "INVENTION" means any invention or discovery which is or may be patentable or otherwise protected under Title 35 of the United States Code or any novel variety of plant which is or may be protectable under the Plant Variety Protection Act (7 U.S.C. § 7321 et seq.).

2.7 "MADE" in relation to any INVENTION means the conception or first actual reduction to practice of such INVENTION.

2.8 "ORTA" means the Office of Research and Technology Applications (ORTA) representative at UNIT or his successor (see paragraph 13.1.A).

2.9 "PROPRIETARY INFORMATION" means information which embodies trade secrets or which is confidential technical, business or financial information provided that such information:

i) is not generally known, or is not available from other sources without obligations concerning its confidentiality;

ii) has not been made available by the owners to others without obligation concerning its confidentiality;

iii) is not described in an issued patent or a published copyrighted work or is not otherwise available to the public without obligation concerning its confidentiality; or

iv) can be withheld from disclosure under 15 U.S.C. § 3710a(c)(7)(A) & (B) and the Freedom of Information Act, 5 U.S.C. § 552 et seq; and

v) is identified as such by labels or markings designating the information as proprietary.

2.10 "REVIEWING OFFICIAL" means the authorized representative of the Department of the Air Force who is identified on the signature page of this AGREEMENT.

2.11 "UNDER" as used in the phrase "UNDER this AGREEMENT" means within the scope of work performed under this AGREEMENT.

**Article 3. Work Plan**

3.1 The nature and scope of the work performed UNDER this AGREEMENT, including any equipment, maintenance and other support, and any associated reporting requirements are set forth in Appendix A and B.

**Article 4. Financial Obligations**

4.1 Services. It is not anticipated that any cash payments will be made by either party to the other for services under this AGREEMENT. It is expressly understood that COLLABORATOR assumes all responsibility for costs it incurs before or after the effective date, even if the UNIT fails to obtain approval of, breaches, or abandons, this AGREEMENT.

4.2 Patents. Royalty or other income from patents shall be payable in accordance with any patent license under Article 5.

4.3 Copyrights. No copyrightable material is expected to result from performance under this AGREEMENT. Should Article 6 be modified to include copyrightable works, provision for any negotiated payments will be reflected in this Article 4.3.

**Article 5. Patents**

5.1 Disclosure of INVENTIONS. Each party shall report to the other party, in writing, each INVENTION MADE UNDER this AGREEMENT, promptly after the existence of each such INVENTION, in the exercise of reasonable diligence, becomes known.

5.2 Rights in INVENTIONS. Each party shall separately own any INVENTION MADE solely by its respective employees UNDER this AGREEMENT. INVENTIONS MADE jointly by UNIT and COLLABORATOR employees shall be jointly owned by both parties. COLLABORATOR shall have an option under 15 U.S.C. 3710a(b)(2) to obtain an exclusive or non-exclusive license at a reasonable royalty rate, subject to the retention of a GPL by the GOVERNMENT, in any INVENTION MADE by UNIT employees UNDER this AGREEMENT. COLLABORATOR shall exercise the option to obtain a license by giving written notice thereof to UNIT within three (3) months after disclosure of the INVENTION under paragraph 5.1. The royalty rate and other terms and conditions of the

license shall be set forth in a separate license agreement and shall be negotiated promptly after notice is given. COLLABORATOR hereby grants to the GOVERNMENT, in advance, a GPL in any INVENTION MADE by COLLABORATOR employees UNDER this AGREEMENT.

5.3 Filing Patent Applications. COLLABORATOR shall have the first option to file a patent application on any INVENTION MADE UNDER this AGREEMENT, which option shall be exercised by giving notice in writing to UNIT within three (3) months after disclosure of the INVENTION under paragraph 5.1, and by filing a patent application in the U.S. Patent and Trademark Office within six (6) months after written notice is given. If COLLABORATOR elects not to file or not to continue prosecution of a patent application on any such INVENTION in any country or countries, COLLABORATOR shall notify UNIT thereof at least three (3) months prior to the expiration of any applicable filing or response deadline, priority period or statutory bar date. In any country in which COLLABORATOR does not file, or does not continue prosecution of, or make any required payment on, an application on any such INVENTION, UNIT may file, or continue prosecution of, or make any required payment on, an application, and COLLABORATOR agrees, upon request by UNIT, to assign to the GOVERNMENT all right, title and interest of COLLABORATOR in any such application and to cooperate with UNIT in executing all necessary documents and obtaining cooperation of its employees in executing such documents related to such application. The party filing an application shall provide a copy thereof to the other party. Any patent application filed on any INVENTION MADE UNDER this AGREEMENT shall include in the patent specification thereof the statement: "This invention was made in the performance of a Cooperative Research and Development Agreement with the Department of the Air Force. The invention may be manufactured and used by or for the Government of the United States for all government purposes without the payment of any royalty."

5.4 Patent Expenses. Unless otherwise agreed, the party filing an application shall pay all patent application preparation and filing expenses and issuance, post issuance and patent maintenance fees associated with that application.

**Article 6. Reserved**

6.1 It is not anticipated that any copyrightable works will be created under this AGREEMENT. Should any copyrightable works become a possibility during performance under this AGREEMENT, this Article will be modified using the model Air Force Cooperative Research and Development Agreement guidelines.

**Article 7. Proprietary Information**

7.1 Neither party to this AGREEMENT shall deliver to the other party any PROPRIETARY INFORMATION not developed UNDER this AGREEMENT, except with the written consent of the receiving party. Unless otherwise expressly provided in a separate document, such PROPRIETARY INFORMATION shall not be disclosed by the receiving

party except under a written agreement of confidentiality to employees and contractors of the receiving party who have a need for the information in connection with their duties UNDER this AGREEMENT.

7.2 PROPRIETARY INFORMATION developed UNDER this AGREEMENT shall be owned by the developing party, and any jointly developed PROPRIETARY INFORMATION shall be jointly owned. GOVERNMENT shall have a GPL to use, duplicate and disclose, in confidence, and to authorize others to use, duplicate and disclose, in confidence, for government purposes, any such PROPRIETARY INFORMATION developed solely by COLLABORATOR UNDER this AGREEMENT. COLLABORATOR may use, duplicate and disclose, in confidence, and authorize others on its behalf to use, duplicate and disclose, in confidence, any such PROPRIETARY INFORMATION developed solely by UNIT. PROPRIETARY INFORMATION developed UNDER this AGREEMENT shall be exempt from the Freedom of Information Act, 5 U.S.C. § 552 et seq, as provided at 15 U.S.C. § 3710a(c)(7)(A) & (B). The exemption for PROPRIETARY INFORMATION developed jointly by the parties or solely by UNIT shall expire not later than five years from the date of development of such PROPRIETARY INFORMATION.

7.3 The parties agree to confer and consult with each other prior to publication or other public disclosure of the results of work UNDER this AGREEMENT to ensure that no PROPRIETARY INFORMATION or military critical technology or other controlled information is released. Prior to submitting a manuscript for publication or before any other public disclosure, each party will offer the other party ample opportunity to review such proposed publication or disclosure, to submit objections, and to file applications for letters patent in a timely manner.

7.4 UNIT agrees that any designs, technologies, or the integration of technologies developed under COLLABORATOR funds are proprietary to COLLABORATOR.

**Article 8. Term, Modification, Extension, Termination, and Disputes**

8.1 Term and Extension. The term of this AGREEMENT is for a period of 36 months, commencing on the EFFECTIVE DATE of this AGREEMENT. This AGREEMENT shall expire at the end of this term unless both parties hereto agree in writing to extend it further. Expiration of this AGREEMENT shall not affect the rights and obligations of the parties accrued prior to expiration.

8.2 Modification. Any modifications shall be by mutual written agreement signed by the parties' representatives authorized to execute this AGREEMENT and attached hereto. A copy of any modifications will be forwarded to the REVIEWING OFFICIAL for information purposes.

8.3 Termination. Either party may terminate this AGREEMENT for any reason upon delivery of written notice to the other party at least one (1) month prior to such termination.

Termination of this AGREEMENT shall not affect the rights and obligations of the parties accrued prior to the date of termination of this AGREEMENT. In the event of termination by either party, each party shall be responsible for its own costs incurred through the date of termination, as well as its own costs incurred after the date of termination and which are related to the termination. If UNIT terminates this AGREEMENT, it shall not be liable to COLLABORATOR or its contractors or subcontractors for any costs resulting from or related to the termination, including, but not limited to, consequential damages or any other costs.

8.4 Disputes. All disputes arising out of, or related to, this AGREEMENT shall be resolved in accordance with this Article.

8.4.1 Resolution by Parties. The parties shall attempt to resolve disputes between themselves. Any dispute which is not disposed of by agreement of the parties shall be referred by the UNIT to the REVIEWING OFFICIAL for decision. The REVIEWING OFFICIAL shall meet with any level of management requested by the COLLABORATOR and consider any oral or written presentation from the COLLABORATOR prior to reaching a decision.

8.4.2 REVIEWING OFFICIAL. The REVIEWING OFFICIAL shall within sixty (60) days of the receipt of the dispute and any presentation by the COLLABORATOR, notify the parties of the decision. This decision shall be final and conclusive unless, within thirty (30) days from the date of receipt of such copy, either party submits to the REVIEWING OFFICIAL, a written appeal addressed to the Secretary of the Air Force.

8.4.3 Secretary of the Air Force. The decision of the Secretary of the Air Force, or his duly authorized representative, on the appeal shall be final and conclusive.

8.5 Continuation of Work. Pending the resolution of any such dispute, work under this AGREEMENT will continue as elsewhere provided herein.

**Article 9. Representations and Warranties**

9.1 COLLABORATOR expressly represents and warrants to UNIT that COLLABORATOR is not a foreign-owned or a subsidiary of a foreign-owned entity and COLLABORATOR has the right to assignment of all INVENTIONS MADE and copyrightable works CREATED by its employees UNDER this AGREEMENT.

**Article 10. Property**

10.1 Property. All property is to be furnished "as is" without any warranty, express or implied, as to serviceability, fitness for use, or other basis of warranty. Furthermore, the property is being made available on a non-interference basis with UNIT requirements and UNIT can request prompt return of the property without cost to UNIT. COLLABORATOR may inspect GOVERNMENT property identified in Appendix B prior to use.

10.2 Use of Property. The property provided by UNIT UNDER this AGREEMENT shall not be transferred, encumbered, or used for any purpose other than that stated in this AGREEMENT without the written consent of the UNIT.

10.3 Maintenance. The COLLABORATOR shall maintain the property during the term of this AGREEMENT in a safe and serviceable condition according to generally prescribed research practices and/or in accordance with any subsystem manufacturers recommended practices.

10.4 Loss of Property. The COLLABORATOR shall assume the risk of loss, damage, or destruction of the property provided UNDER this AGREEMENT. COLLABORATOR agrees to purchase or have existing insurance sufficient to cover the above said risk of loss, damage, or destruction; or with the UNIT's written approval, provide a plan for self-insurance on the depreciated value of the property. The COLLABORATOR shall provide to UNIT written evidence of the insurance or plan for self-insurance required by this AGREEMENT.

10.5 Return of Property. The COLLABORATOR shall return all property to UNIT at the address noted in article 12.1 in the same condition as furnished, except for fair wear and tear. COLLABORATOR shall receive written approval for any modifications to the property while conducting development UNDER this AGREEMENT. With UNIT's approval, COLLABORATOR may return the property in the "as modified" condition as a result of conducting development UNDER this AGREEMENT.

**Article 11. Liability**

11.1 COLLABORATOR Employees. COLLABORATOR agrees to indemnify and hold harmless and defend the GOVERNMENT, its employees and agents, against any liability or loss for any claim made by an employee or agent of COLLABORATOR, or persons claiming through them, for death, injury, loss or damage to their person or property arising in connection with this AGREEMENT, except to the extent that such death, injury, loss or damage arises solely from the negligence of UNIT or its employees.

11.2 NO WARRANTY. EXCEPT AS SPECIFICALLY STATED IN ARTICLE 9, OR IN A LATER AGREEMENT, THE PARTIES MAKE NO EXPRESS OR IMPLIED WARRANTY AS TO ANY MATTER WHATSOEVER, INCLUDING THE CONDITIONS OF THE RESEARCH OR ANY INVENTION OR PRODUCT, WHETHER TANGIBLE OR INTANGIBLE, MADE, OR DEVELOPED UNDER THIS AGREEMENT, OR THE MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE OF THE RESEARCH OR ANY INVENTION OR PRODUCT. THE PARTIES FURTHER MAKE NO WARRANTY THAT THE USE OF ANY INVENTION OR OTHER INTELLECTUAL PROPERTY OR PRODUCT CONTRIBUTED, MADE OR DEVELOPED UNDER THIS AGREEMENT WILL NOT INFRINGE ANY OTHER UNITED STATES OR FOREIGN PATENT OR OTHER INTELLECTUAL PROPERTY RIGHT. IN NO EVENT WILL ANY PARTY BE

LIABLE TO ANY OTHER PARTY FOR PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES.

11.3 Other Liability. The GOVERNMENT shall not be liable to any other party to this AGREEMENT, whether directly or by way of contribution or indemnity, for any claim made by any person or other entity for personal injury or death, or for property damage or loss, arising in any way from this AGREEMENT, including, but not limited to, the later use, sale or other disposition of research and technical developments, whether by resulting products or otherwise, whether made or developed UNDER this AGREEMENT, or whether contributed by either party pursuant to this AGREEMENT, except as provided under the Federal Tort Claims Act (28 U.S.C. §§ 2671 et seq.) or other Federal law where sovereign immunity has been waived.

**Article 12. General Terms and Provisions**

12.1 Relationship of the Parties. The parties to this AGREEMENT and their employees are independent contractors and are not agents of each other, joint ventures, partners or joint parties to a formal business organization of any kind. Neither party is authorized or empowered to act on behalf of the other with regard to any contract, warranty or representation as to any matter, and neither party will be bound by the acts or conduct of the other. Each party will maintain sole and exclusive control over its own personnel and operations.

12.2 Publicity/Use of Name Endorsement. Any public announcement of this AGREEMENT shall be coordinated between COLLABORATOR, UNIT and the public affairs office supporting UNIT. COLLABORATOR shall not use the name of UNIT or GOVERNMENT on any product or service which is directly or indirectly related to either this AGREEMENT or any patent license or assignment which implements this AGREEMENT without the prior written approval of UNIT. By entering into this AGREEMENT, UNIT or GOVERNMENT does not directly or indirectly endorse any product or service provided, or to be provided, by COLLABORATOR, its successors, assignees, or licensees. COLLABORATOR shall not in any way imply that this AGREEMENT is an endorsement of any such product or service.

12.3 No Benefits. No member of, or delegate to the United States Congress, or resident commissioner, shall be admitted to any share or part of this AGREEMENT, nor to any benefit that may arise therefrom; but this provision shall not be construed to extend to this AGREEMENT if made with a corporation for its general benefit.

12.4 Governing Law. The construction, validity, performance and effect of this AGREEMENT for all purposes shall be governed by federal law.

12.5 Waiver of Rights. Any waiver shall be in writing and provided to all other parties.

12.6 Severability. The illegality or invalidity of any provisions of this AGREEMENT shall not impair, affect or invalidate the other provisions of this AGREEMENT.

12.7 Assignment. Neither this AGREEMENT nor any rights or obligations of any party hereunder shall be assigned or otherwise transferred by any party without the prior written consent of all other parties.

12.8 Controlled Information. The parties understand that information and materials provided pursuant to or resulting from this AGREEMENT may be export controlled, classified, or unclassified sensitive and protected by law, executive order or regulation. Nothing in this AGREEMENT shall be construed to permit any disclosure in violation of those restrictions.

**Article 13. Notices**

13.1 Notices hereunder shall be deemed made if given and addressed as set forth below.

A. Send formal notices under this agreement by prepaid certified US mail and address them:

Air Armament Center: AAC/XPX
Attn: Mr. Jerry T. Jones (ORTA)
101West D Ave, Suite 131
Eglin AFB, FL 32542-6845

Spectrum Sciences and Software:
Attn: Mr. Donal Myrick
91 Hill Avenue
Ft Walton Beach, FL 32548

B. Send correspondence on technical matters by prepaid ordinary US mail and address them:

Air Armament Center: AAC/WMM
Attn: CMSgt James P. Shelingoski
207 West D Ave, Suite 319
Eglin AFB, FL 32542-6845

Spectrum Sciences and Software:
Attn: Mr. Dwight D. Howard
91 Hill Avenue
Ft Walton Beach, FL 32548

IN WITNESS WHEREOF, the Parties have executed this agreement in duplicate through their duly authorized representatives as follows:

| Spectrum Sciences & Software, Inc. | The Air Armament Center |
|---|---|
| Mr. Rodney Holt<br>Director of Contracts<br>Ft. Walton Beach, FL | L. Bruce Simpson, PhD<br>Deputy Armament Product Group Manager<br>Eglin AFB, FL |
| (Signature of Official) | (Signature of Official) |
| 12 September 2000<br>(Date Signed) | 14 Oct 2000<br>(Date Signed) |

REVIEWED AND APPROVED BY AIR FORCE REVIEWING OFFICIAL:

Major General Michael C. Kostelnik
Commander, Air Armament Center

(Signature)                17 Oct 00 (Date)

**Appendix A**
**Work Plan for Improving Munitions Support Equipment**

1.0 OBJECTIVE. The purpose of this Cooperative Research and Development Agreement (CRADA) is to provide a vehicle for the research, development, design, and fielding of improved munitions handling and loading support equipment and therefore improve the combat capability of the United States Air Force. Spectrum Sciences and Software, Inc. (herein referred to as Spectrum), being engaged in the support of fielded munitions handling and loading equipment, has installed a (Rapid Assembly of Munitions System (RAMS) laboratory demonstration area within its facility. This laboratory provides the capability to visualize improvements to current systems as well as demonstrate new concepts and designs for munitions handling and support equipment. The AAC Munitions Materiel Handling Equipment (MMHE) Focal Point (AAC/WMOM) has assigned Air Force personnel with a wide range of field experience, ideas, and concepts on how to improve munitions support equipment. This CRADA will allow the Air Force and Spectrum to share in the exchange of ideas and demonstrate the form, fit and function of newly designed and improved munitions related handling items. The collaborating party will provide a munition handling equipment laboratory that may be used by both WMOM munitions handling equipment experts and Spectrum personnel to enhance the combat capability of munitions support equipment.

2.0 BACKGROUND. Spectrum has recently acquired a manufacturing company that has manufactured and maintained munitions support equipment for the past 20 years. The data rights of the equipment designed and manufactured by the previous company are now the proprietary property of Spectrum. In addition, many of the personnel that came on board with Spectrum have years of experience in the development and manufacture of munitions support equipment. Spectrum's staff includes several former Air Force Personnel with extensive backgrounds in munitions handling, design, development and deployment, as well as highly trained scientists, engineers and technicians whose backgrounds and experience are relevant to the munitions handling and support equipment fields. In recognition of the potential benefits to be gained relative to their core business areas, Spectrum has committed facilities, equipment and resources to the development of a munitions support equipment laboratory for the purpose of demonstrating new concepts.

The MMHE Focal Point is responsible for researching and developing munitions support equipment and is accepted as the eyes and ears of the user in combat operations. The Focal Point is recognized as the expert in solving munitions handling problems for the warfighter. Spectrum further recognizes that mutual benefit may arise by making available to WMOM access to its laboratory to test concepts, share ideas and information, and collaborate on projects that may mutually benefit both Spectrum and the USAF. Recognition of the potential mutual benefits provides the basis for this CRADA. The Air Force activity will benefit by having access to the facilities and equipment to demonstrate new ideas located in close geographical proximity, a capability not now available.

3.0 TECHNICAL TASKS. The following goals and technical tasks form the basis of work under this CRADA:

3.1 GOALS. The parties agree UNDER this AGREEMENT to provide professional and technical resources to conduct the research, development, and testing of munitions support equipment to mature

the technology for commercial/military applications. In general the goals of this cooperative effort are to:

(a) Analyze and evaluate munition handling equipment system and subsystem components to determine their potential for improvement.

(b) Analyze, design, and fabricate various munition handling equipment system and subsystem components for testing.

(c) Conduct static and operational load tests to determine the ability of improved components to withstand the rigors of military operations.

(d) Document the results of the analysis, design, fabrication, and testing UNDER this AGREEMENT.

(e) Integrate the following specific improvements to the RAMS:

GANTRY

- Increasing weight capacity of gantry to 6,000 pounds.
- Method of marking gantry poles to facilitate assembly.

HOIST

- Increasing hoist capacity to 3-tons.
- Application of Commercial Off The Shelf (COTS) hoists which are more reliable and at least maintain the same speed as current hoist; improved speed would greatly benefit the user.
- Providing an electric hoist option in non-mobility (permanent) RAMS installations while keeping the pneumatic hoist capability for mobility.
- Providing motorized hoist trolleys for horizontal hoist I-Beam movement on the gantry.
- Providing sturdier air hose/electric line keeper trolleys.

INTERFACE CONTROL BOARD (ICB)

- Improving the ICB by increasing airflow through the unit and providing better commercial moisture separators, filters, regulators, and oilers.
- Incorporating more outlets in the electrical component of the ICB.

TOOLS

- Use of electric impact wrenches for feasibility in non-mobility operations.
- Providing an easy method of securing munitions to dollies/rail conveyor for high torquing of Guided Bomb Units (GBUs).

LIGHTING

- Improving lighting for night operations. Lights should cycle on/off without a lengthy warm up/cool down cycle, be commercially available, and run on commonly available power.

RAIL CONVEYOR/DOLLY

- Improving the bomb dollies/rail conveyor for easier munitions movement. Eliminate binding of the dollies during movement.

CONTAINERS

- Investigating container retrofitting to insure adequate protection for the new RAMS configuration.

ADD-ONS

- Providing a protective cover for the user. Cover should protect user from sun and light rain, but be easily removable in the event heavy wind occurs.
- Integrating a portable table for fuze/miscellaneous parts assembly.
- Alternative protective coatings for the RAMS that last longer and are more environmentally friendly than the paint in use today.

3.2 SPECTRUM SCIENCES AND SOFTWARE, INC. Spectrum will provide professional and technical resources to conduct development UNDER this AGREEMENT. Specifically, Spectrum will have the following responsibilities:

(a) Assist in the analysis and design of improved munitions handling system and subsystem components of mutual interest. Several different candidate designs may be processed using design data supplied by WMOM and taking into account the physical parameters of improved designs and materials.

(b) Provide all necessary raw materials and fabrication of the various system and subsystem improvements selected for test.

(c) Conduct testing on various system and subsystem improvements using the munition handling system laboratory located at Spectrum.

(d) Participate in the analysis and documentation of test results from testing of the various improved designs.

3.3 FOCAL POINT. WMOM will provide professional, technical, and analytical resources to conduct munition handling equipment development UNDER this AGREEMENT. Specifically, WMOM will have the following responsibilities:

(a) Use operational and maintenance experience and expertise to suggest improvements to munition handling equipment.

(b) Consult and contribute to system design and analysis of improvements to munition handling and support equipment developed UNDER this AGREEMENT.

(c) Provide certified inert munition items for use in form, fit, and function testing of improved munition handling equipment as well as the ground support equipment listed in Appendix B.

4.0 DELIVERABLES OR DESIRED BENEFITS. The following benefits will accrue to the collaborating parties:

4.1 BENEFITS TO SPECTRUM. Spectrum has expended considerable resources to develop munition handling and support equipment in support of Air Force operations. They have established a munition handling equipment laboratory where design improvements may be tested in support of the improvement process. Specifically, Spectrum will benefit by:

(a) Further development and refinement of munition handling equipment improvements to meet specific requirements of operational systems.

(b) Knowledge gained about munition handling equipment applications and the system design parameters for operational application.

(c) The addition to Spectrum's intellectual property portfolio of any inventions, either joint with WMOM, or singular by Spectrum, according to the terms of this AGREEMENT.

(d) The possible commercial application of the munition handling equipment improvements to various support equipment where the properties of the new designs enhance operational performance. It should be noted that performance UNDER this AGREEMENT does not constitute endorsement of any product or process and is not the basis for any contract that may incorporate the results of the effort.

4.2 BENEFITS TO THE GOVERNMENT. The Air Force has been researching improvements to munition handling and support equipment for some time. There are obvious payoffs for improved munition handling equipment in terms of enhanced operational effectiveness. Specifically, the government will benefit by:

(a) Access to design and performance parameters of improved munition handling equipment, particularly in their operational application.

(b) Possible additions to the government patent portfolio.

(c) Access to test results which will allow the government to optimize the future research and development of handling and support equipment for munitions.

(d) Access to Spectrum's munitions handling laboratory for the joint test and evaluation of handling and support equipment design improvements.

5.0 OTHER

5.1 INTELLECTUAL PROPERTY. WMOM and Spectrum have independently supported research and development in munitions handling and support equipment for various operational applications. Therefore, it is prudent to set out the intellectual property that is pertinent to this AGREEMENT as follows:

5.1.1 SPECTRUM. Spectrum has supported the development of a product line of munitions handling equipment prior to this AGREEMENT and specifically claims intellectual property rights particularly as related to their existing product line, and design work completed on the laboratory RAMS which includes modification of the gantry to 6000 lbs load limit, the braking system on the rail conveyor, the interface control board to make it electrical/pneumatic, modification to the rail conveyor for torque of GBU's, the development of a 5500 lb electric hoist with powered trolley, new lighting system and development of a working table with modification of container lid. WMOM will protect Spectrum's proprietary rights in accordance with Article 7 of this AGREEMENT.

5.1.2 FOCAL POINT. WMOM has supported the development of munitions handling equipment both in-house and through contracted efforts. The results of any contracted developments may only be used in performance UNDER this AGREEMENT for government purposes (not commercial). WMOM cannot provide proprietary position or license to Spectrum for any intellectual property not

owned by WMOM. Test components or designs not specifically owned by the government, but which the government is entitled to use for government purposes, may be provided under this AGREEMENT to further advance the technology. Spectrum may be required to enter into company-to-company agreements for the protection of such information as a condition of gaining access to it.

5.1.3 RESULTS OF COOPERATIVE EFFORT. It is anticipated that certain configurations and designs will be a result of the work carried out UNDER this AGREEMENT. The rights to any intellectual property generated as a result of work UNDER this AGREEMENT will be governed by the conditions set forth in this AGREEMENT. The possible intellectual property which may result is:

(a) Particular material designs which can withstand the rigors of the operational environment.

(b) Possible component designs which would enhance both the commercial and military application of the technology.

(c) Design parameters for advanced munitions handling and support equipment.

5.2 SAFETY AND SECURITY. While pursuing activities under this AGREEMENT at Spectrum facilities, such as the munitions handling demonstration laboratory, government personnel will adhere to Spectrum's work schedule, safety, and security practices and policies.

5.3 EXPORT CONTROL. Since technical data used or produced under this effort may contain or disclose performance characteristics of military systems or manufacturing technology critical to military production, it may be necessary to control both the release of the data and/or the sale of any items manufactured for sale using the data. Some technical data may be released to the COLLABORATOR under secondary distribution restrictions compatible with release to enterprises eligible to obtain export controlled technical data. Although selling or producing products for the commercial marketplace, foreign or domestic, is a legitimate use of this technical data, the COLLABORATOR understands that an export license must be obtained under the rules governing export in effect at the time of each sale. The UNIT does not control the issuance of such licenses nor does the UNIT make any representations regarding the availability of such licenses.

6.0 MILESTONES

The following dates are established as tentative milestones to promote timeliness for the completion of tasks by each party to this AGREEMENT.

| EVENT | COMPLETED BY |
|---|---|
| CRDA signed | Sep 2000 |
| Data Review and Design Parameters | Sep 2000 |
| Design Definition | Oct 2000 – May 2002 |
| Component Fabrication | Oct 2000 – May 2002 |
| Component Tests | Oct 2000 – May 2002 |

| | |
|---|---|
| Data Analysis | Oct 2000 – May 2002 |
| Component Redesign | Oct 2000 – May 2002 |
| Full Up Product Test Item Fabrication | Oct 2000 – May 2002 |
| Product Line Tests & Data Analysis | Jan 2002 – Jun 2002 |
| Final Report | Jul 2002 |

7.0 REPORTS

7.1 FINAL REPORT. Upon completion of the project, a final report will be written and jointly published. This report will be in mutually agreed upon format and will summarize the objectives, results, tests conducted, problems solved, conclusions, recommendations, and commercialization plans.

7.3 AIR FORCE CUSTOMER FEEDBACK. Within 30 days after the completion of the technical effort UNDER this AGREEMENT, Spectrum will complete and return to the ORTA a customer feedback questionnaire to be supplied by the AAC/XPP ORTA. The feedback questionnaire will be used only to help the Air Force to assess its technology transfer process.

8.0 RESOURCE ESTIMATES

8.1 Spectrum estimates its investment of resources at the following level for completion of effort UNDER this AGREEMENT:

| | | |
|---|---|---|
| Design & Analysis | (3,040) labor hours | $295,146.00 |
| Material & Component Costs | | $180,000.00 |
| Manufacturing Costs | | $ 50,000.00 |
| Administrative & Management (included in Design & Analysis) | | $ 0.00 |
| Shipping, Travel, Misc. | | $ 2,000.00 |
| | Total | $527,146.00 |

8.2 WMOM estimates its investment of resources to complete the effort UNDER this AGREEMENT at the following level:

| | | |
|---|---|---|
| Labor Hours | (891) labor hours | $31,826 |
| Material & Supplies | | $ 4,424 |
| Administrative & Management | (36) labor hours | $ 1,513 |
| Travel | | $ 2,000 |
| | Total | $39,763 |

# APPENDIX B

## MMHE EQUIPMENT PROVIDED FOR THE DEMONSTRATION OF IMPROVED MUNITIONS SUPPORT EQUIPMENT

1. The following equipment will be provided by UNIT to support work UNDER the AGREEMENT for the Purpose of Improving Munitions Support Equipment. COLLABORATOR assumes liability for loss of equipment provided by UNIT UNDER this AGREEMENT as outlined in Article 10 of the AGREEMENT.

| Manufacturer | Description | Model # | Serial # | Bar Code | Cost ($) New |
|---|---|---|---|---|---|
| | Air Compressor | MC-7 | | | 8,187.47 |
| | Floodlight | NF-2 | | | 12,000 |
| | Trailer | MHU-141 | | | 16,413.05 |
| | Trailer | MHU-110 | | | 15,160.98 |
| | | | | TOTAL: | 51,761.50 |

## Cooperative Research and Development Agreement (CRADA) for the Purpose of Improving Munitions Support Equipment

**Background:** The purpose of this CRADA is to provide a vehicle for the research, development, design and fielding of improved munitions handling and loading support equipment and therefore improve the combat capability of the United States Air Force. Spectrum Sciences and Software, Inc., being engaged in the support of fielded munitions handling and loading equipment, has installed a munitions assembly laboratory demonstration area within its facility in Fort Walton Beach, Florida. This laboratory provides the capability to visualize improvements to current systems as well as demonstrate new concepts and designs for munitions handling and support equipment. The AAC Munitions Materiel Handling Equipment Focal Point (AAC/WMOM) has assigned Air Force personnel with a wide range of field experience, ideas and concepts on how to improve munitions support equipment. By providing access to the laboratory, this CRADA will facilitate the exchange of ideas and demonstrate the form, fit and function of newly designed and improved munitions-related handling items. This CRADA has been reviewed by the legal office and found legally sufficient. In addition, a Business Area Assessment completed by appropriate AAC mission area personnel supports approval of this CRADA.

**Technical Tasks:** The parties agree to provide professional and technical resources to develop improvements to munitions support equipment. In general, the goals of this cooperative effort are to analyze and evaluate munition handling equipment system and subsystem components to determine their potential for improvement and fabricate improvements for testing, conduct static and operational load tests to determine the ability of improved components to withstand the rigors of military operations, document the results of the effort and integrate improvements to the Rapid Assembly of Munitions System (RAMS).

**Cost Reimbursement and Funding:** No actual payment by either party to the other party is contemplated under this effort. A cost estimate for each party's contribution of resources is included in Section 8 of the Work Plan.

**Benefits to Spectrum:** Spectrum will benefit through knowledge gained about munition handling equipment applications and the system design parameters for operational applications. They will also benefit by the addition to Spectrum's intellectual property portfolio of any inventions, either joint with WMOM, or singular by Spectrum, according to the terms of the agreement. The knowledge derived from this effort will directly support Spectrum's product line and make it more competitive in commercial sales, both in the US and abroad.

**Benefits to the Government:** There are obvious payoffs for improved munition handling equipment in terms of enhanced operational effectiveness. Specifically, the government will benefit by access to design and performance parameters of improved munition handling equipment, possible additions to the government patent portfolio, access to test results which will allow the government to optimize the future research and development of handling and support equipment for munitions and access to Spectrum's munitions handling laboratory for the joint test and evaluation of handling and support equipment design improvements. There is presently no RAMS on Eglin which WMOM personnel have access to for product improvement or testing applications.

SPECTRUM
SCIENCES & SOFTWARE, INC.

91 Hill Avenue
Fort Walton Beach, FL 32548
(850) 796-0909
Fax (850) 244-9560

1October 2001

Air Armament Center: AAC/WMM
Attn: CMSgt James P. Shelingoski
207 West D Ave, Suite 319
Eglin AFB, Fl 32542-6845

Subject: USAF CRADA NUMBER 00-AAC-02

Dear CMSgt Shelingoski,

This letter serves as a status report to document progress on the subject CRADA.

1. Appendix A—Work Plan for Improving Munitions Support Equipment. Para 3.1 (a) Analyze and evaluate munitions handling equipment system and sub system components to determine their potential for improvement.

   Spectrum Sciences and Software, Inc has explored, located, tested, developed drawing packages and received approval for both a New 4000 Lbs Pneumatic and a new Manuel Hoist with repair kits. Ingersoll-Rand/Spectrum Sciences & Software, Inc manufactures the new hoist assembly for the present Munitions Assembly Conveyor System with the following improvements.

   a. The new pneumatic hoist is faster than the present model.
   b. Comes weight certified to the user.
   c. Comes with environmentally safe Oil.
   d. The delivery time from the factory is three weeks; the old hoist is 6 months.
   e. The repair procedure is 30% less expensive and 30% less frequent.
   f. The cost of the IR Hoist is 35 % Less than the present model; a savings of over $3,000.00 per unit. Approx $180,000.00 savings annually.

2. Para 3.1 (b) Analyze, design, and fabricate various munitions handling equipment system and subsystem components for testing.

   Spectrum Sciences and Software, Inc has analyzed, fabricated, improved the design and integrated the manufacturing process for the following Items.

   a. The 2.75 Rocket Module, Major Design changes, cost savings and product improvements

b. The ALA-40 Chaff and Flare Module, Major Design changes, cost savings and product improvements
c. The AURC Handling Dolly, with product improvements
d. The ALA-50 Chaff and Flare Module, with cost savings and product improvements
e. The BDU-33 Module, with Major Design changes, cost savings and product improvements

3. Para 3.1 (e) Integrate the following specific improvements to the RAMS/MAC

Gantry

- The steel gantry has been modified and tested to meet 6,000 Pounds. We are now exploring the cost and engineering requirements to build the gantry from aluminum, we are over 75% complete. Cost of aluminum Gantry is Approx 45% over steel.
- When the concept is complete, testing will be completed on the final design of the Gantry. GFE required for completing this task.

Hoist

- An electric hoist with a capability of 5500 lbs and a pneumatic hoist of 6000 lbs have been identified and tested. Both hoist passed all test to support combat capability. New motorized trolleys have been identified and tested also. The final test on the line keeper trolleys will be completed when the final decision is make on the gantry design. GFE required to complete this test.

Interface Control Board (ICB)

- Engineering for the improvements for the ICB is 50% complete and we see no problems in completing the design. GFE required to complete this task.

Tools

- We are in the explore phase of the tool selection and will complete our recommendations when the ICB engineering is complete
- We are 80% complete with a method to secure GBU's for the high torque requirement.

Lighting

- New Metal Halite Lights have been identified and tested, they meet or exceed all requirements and are much more user friendly, with a cost savings.

Rail Conveyor/Dolly

- The design is 60% complete for the dolly binding. We will require GFE to complete this task.
- Designed a new dolly brake system and fabricated prototypes for testing.

Containers

- All redesign/improvements will fit into the present containers; we also anticipate the final version to fit with no problem. We will require GFE to complete this task.
- Designed and fabricated legs to convert the –20 and –30 lids into tables.

ADD-ONS

- We are presently unable to design a protective cover that meets combat requirements due to safety restraints. We are continuing to look for a solution.
- The design and build of the table is complete, testing will start within 30 days.
- We have explored numerous protective coatings and believe we have discovered a much better product, however final design of the gantry must be complete prior to a final decision.

Spectrum Sciences & Software, Inc has fulfilled all requirements as of this date and we are Approximately 6 months ahead of schedule.

Request the agreed upon GFE be provided at the earliest possible opportunity. This will allow completion of the project ahead of schedule and allow the delivery of a quality product to the user.

Sincerely,

Dwight D. Howard
Director, Manufacturing Division

SPECTRUM
SCIENCES & SOFTWARE, INC.

91 Hill Avenue
Fort Walton Beach, FL 32548
(850) 796-0909
Fax (850) 244-9560

15 August 2002

Air Armament Center: AAC/WMM
Attn: CMSgt James P. Shelingoski
Apalachicola St STE 101
Eglin AFB, Fl 32542-6845

Subject: USAF CRADA NUMBER 00-AAC-02

Dear CMSgt Shelingoski,

This letter serves as a status report to document progress on the subject CRADA. It also serves as the completion document for the design and development of the Munitions Assembly Conveyor.

1. Appendix A—Work Plan for Improving Munitions Support Equipment. Para 3.1 (a) Analyze and evaluate munitions handling equipment system and sub system components to determine their potential for improvement.

   Spectrum Sciences and Software, Inc has explored, located, tested, developed drawing packages and received approval for both a New 4000 Lbs Pneumatic and a new Manuel Hoist with repair kits. Ingersoll-Rand/Spectrum Sciences & Software, Inc manufactures the new hoist assembly for the present Munitions Assembly Conveyor System with the following improvements. This hoist has been stock listed and is in DLA Inventory.

   a. The new pneumatic hoist is faster than the present model.
   b. Comes weight certified to the user.
   c. Comes with environmentally safe Oil.
   d. The delivery time from the factory is three weeks; the old hoist is 6 months.
   e. The repair procedure is 30% less expensive and 30% less frequent.
   f. The cost of the IR Hoist is 25 to 30% Less than the present model; a savings of over $3,000.00 per unit. Approx $180,000.00 savings annually.

2. Para 3.1 (b) Analyze, design, and fabricate various munitions handling equipment system and subsystem components for testing.

   Spectrum Sciences and Software, Inc has analyzed, fabricated, improved the design and integrated the manufacturing process for the following Items.

   a. The 2.75 Rocket Module, Major Design changes, cost savings and product improvements
   b. The ALA-40 Chaff and Flare Module, Major Design changes, cost savings and product improvements
   c. The AURC Handling Dolly, with product improvements
   d. The ALA-50 Chaff and Flare Module, with cost savings and product improvements
   e. The BDU-33 Module 40 each and the 80 each is complete, with Major Design changes, cost savings and product improvements.

3. Para 3.1 (e) Integrate the following specific improvements to the RAMS/MAC

   Gantry

   - The steel gantry has been modified with a new spreader bar and reinforcements and a new leg brace to accommodate the powered trolleys. It also requires new legs due to the type metal that the Mac was originally built from. This system has been tested to 12,000 lbs to meet the 6,000 lb requirement.

   Hoist Electric/Pneumatic

   - Electric chain hoist that replace the manual hoist. It includes 460vac, 3ph, 60Hz, 5500 lb capacity, 2 falls, 16/3 ft/min with high temp motor. It meets ASME B30.16 with: H4 duty classification, UL listed, self adjusting steel brake disc with lifetime guarantee, NEMA 3R hoist enclosure, NEMA 4X pendant enclosure, 150% overload clutch, minimum 5 pocket chain wheels and zinc plated load chain. In addition an emergency stop button cuts main power to hoist and trolley. It also Includes duel speed motorized trolley, 48/16 ft/min.

   - Also a pneumatic chain hoist including 6600 lb capacity, 2 falls, 8 ft. min, manual brake release and fabric chain container. It meets ASME B30.7 with: H5 duty classification for non-stop operation, self adjusting spring set air released multi-disc brake, zinc plated load chain. Includes pneumatic powered Trolley. Environmentally safe oil.

   - Both hoist with trolleys passed all test to support combat capability. Designed and built a Hose trolley used to hold electrical cable or air hose service to hoist. Non-binding simple design made from aluminum. Base clamps to gantry and houses both an oilier and a junction box with 460 vac

watertight receptacles. It can be removed and disassembled for shipment. The final test on the line keeper trolleys has been completed and passed.

Interface Control Board (ICB)

- The improvements for the ICB are complete. These include a complete redesign with: Liquidator with polycarbonate bowl, indicator and automatic drain, this eliminates the present heater and dryer. It also contains air pressure regulator with gauge, safety fuse, full flow fittings and instruments and standard inlet and outlet connectors. NEMA 4 junction boxes that include 440 vac watertight receptacles for hoist operation and 120 vac watertight receptacles for lights and power tool operations. It includes ¼ inch lines.

Tools/Torque Bar

- We have completed the tool selection and have an adjustable torque driver that meets the munitions assembly requirement. Precision air driven tool, ergonomics in shape, feel and control. Consistent accuracy exceeding all industry standards. It is equipped with an E-chip that records required data. Extended durability for long-term productivity. We are complete with a method to secure GBU's for the high torque requirement. The Torque Bar has been tested to a 2400 lb requirement, in addition to field-testing.

Lighting

- New Metal Halite Lights have been identified and tested. They Consisting of six (6) ea. 400 watt UL listed metal halide lights with mounting brackets. One (1) light in each set of three (3) has a junction box containing three (3) 120-vac receptacles, eliminating separate extension cords to ICB. Kit includes aluminum shipping container that meets standards of the MAC shipping and storage set

Rail Conveyor/Dolly

- Redesigned utilizing a new lower guide system on dolly with larger heavy duty thrust bearings eliminating diagonal binding and bearing contact during use.

- Designed a dolly rail that will last 4 times longer than the present model.

- The design is complete for the dolly stop and it has been field-tested. Permanently mounted. fold down type, aluminum construction with

polyurethane cushions eliminating shock to dolly and providing permanent stop for 2000 lb weapons.

Containers

- All redesign/improvements are complete. By adding an additional container for the lights all other improved items both fit in the container set and the containers fits on the MHU-110 trailer.
- Designed, fabricated and tested legs to convert the –20 and –30 lids into tables. The legs can be installed without special tools and are height adjustable. Legs have been field-tested.

ADD-ONS

- We are presently unable to design a protective cover that meets combat requirements due to safety restraints.

- We have explored numerous protective coatings and believe that the mil spec two-part epoxy paint best meets the condition that the Munitions Assembly Conveyor must perform product.

Spectrum Sciences & Software, Inc has fulfilled all requirements as of this date for the items identified for the upgrade of the Munitions Assembly Conveyor. We have completed this project more than one year ahead of schedule.

We believe the most appropriate avenue to complete the upgrade and get the product to the user is to do a modification of the present Munitions Assembly Conveyor at Spectrums facility. We propose to do 4 Munitions Conveyor Assemblies per month; building four new assemblies or choosing four assemblies from the field to seed the line could accomplish this. We believe that the cost and time to upgrade the items in the field would be much less that buying a new assembly.

Spectrum has completed all items to upgrade the Munitions Conveyor Assembly and we stand ready to deliver our product to the War Fighter.

Sincerely,

Dwight D. Howard
Director, Manufacturing Division

SPECTRUM
SCIENCES & SOFTWARE, INC.

91 Hill Avenue
Ft. Walton Beach, FL 32547
(850) 796-0909 • Fax: (850) 244-9560

19 February 2003

Department of the Air Force
Air Force Materiel Command
Air Armament Center/WMO
Eglin AFB, FL 32542

Subject: Unsolicited Proposal

Attention: Master Sergeant Tony Roy

02-19-03P01:23 RCVD

Sergeant Roy,

Spectrum Sciences & Software, Inc. is pleased to provide our unsolicited proposal to build a Combat Munitions Assembly Conveyor (CMAC). Our proposal is submitted to only you, and is a result of several years of design and test in concert with our CRADA with the Air Armament Center. Our proposed design concept incorporates several new and unique features that provide innovative solutions to many of the old and persistent problems of the current system. We have blended new and improved technology, when it made sense to do so, with proven approaches to provide increased reliability, availability; to reduce design risks; and to minimize life-cycle costs and logistic support requirements.

Spectrum is fully prepared to dedicate all necessary resources and facilities to the execution of any contract resulting from this submittal. Our personnel are excited to have the opportunity to participate in a program of this importance, and we all look forward to a long and productive relationship with the Air Force.

Sincerely,

Donald L. Garrison

Donald L. Garrison
Chief Operating Officer

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS AIR ARMAMENT CENTER (AFMC)
EGLIN AIR FORCE BASE, FLORIDA

25 Mar 03

MEMORANDUM FOR SPECTRUM SCIENCES & SOFTWARE, INC.
ATTN: MR. DON GARRISON
91 HILL AVENUE
FORT WALTON BEACH, FL 32548

FROM: AAC/WMO
314 W. Choctawhatchee Ave. Suite 104
Eglin AFB FL 32542-5717

SUBJECT: Unsolicited Proposal, Combat Munitions Assembly Conveyor (CMAC)

1. Your unsolicited proposal for CMAC has been reviewed in accordance with the Federal Acquisitions Regulations (FAR) Subpart 15.6, entitled, Unsolicited Proposals. We are unable to accept the unsolicited proposal, based on the following reason:

FAR 15.603(c)(5); A valid unsolicited proposal must not be an advance proposal for a known agency requirement that can be acquired by competitive methods. The Combat Support Systems office (AAC/WMO) has already started Acquisition Strategy meetings and funding actions for a MAC II requirement, prior to receipt of your unsolicited proposal. The new Request for Proposals (RFP) Solicitation number is F08635-03-R-0077.

2. Your firm is encouraged to participate in the RFP once publicized in Fedbizzops. The website: www.fedbizzops.gov will provide details of the RFP requirements, in the near future. If you have any further questions or concerns, please contact the undersigned at 850/882-4686 Ext. 316, or by facsimile at 850/882-9381, and/or via Email: karen.turner@eglin.af.mil.

Karen S. Turner

KAREN S. TURNER
Contracting Officer