- Draft -

Specification No. SP20038505
Code Ident. 18894
25 March 2003

**DEPARTMENT OF THE AIR FORCE**
AIR ARMAMENT CENTER (AFMC)
EGLIN AIR FORCE BASE, FLORIDA

# PERFORMANCE SPECIFICATION FOR

# CONVEYOR, MUNITIONS ASSEMBLY XXXX

APPROVED BY: ______________________ DATE: ____________

AUTHENTICATED BY: ______________________ DATE: ____________

Distribution A.

Approved for public release: Distribution is unlimited.

This document is unclassified and has been cleared for public release by a competent authority IAW directive 5230.9.

# TABLE OF CONTENTS

1.0 SCOPE ..... 5
1.1 Background ..... 5
2.0 APPLICABLE DOCUMENTS ..... 5
2.1 Government Documents ..... 5
2.1.1 Specifications ..... 5
2.1.1.1 Military ..... 5
2.1.1.2 Federal ..... 5
2.2 Standards ..... 6
2.2.1 Federal ..... 6
2.2.2 Military Publications ..... 6
2.3 Other Publications ..... 6
2.3.1 Air Force Publications ..... 6
2.4 Non-Government Documents ..... 6
3.0 REQUIREMENTS ..... 6
3.1 MAC II Item Definition ..... 6
3.1.1 MAC Item Diagram ..... 7
*Figure 1. Functional Diagram* ..... *8*
3.1.2 Interface Definition ..... 9
3.1.2.a Stores ..... 9
*TABLE 3.1.2.a Intended Munitions* ..... *9*
3.1.2.b Transport Trailers/Tow Vehicles ..... 10
*TABLE 3.1.2.b Transport Trailers and Tow Vehicles* ..... *10*
3.1.2.c Facilities ..... 10
3.1.2.d Electrical Power Source ..... 10
3.1.2.e Compressed Air Source ..... 11
3.1.2.f Mobility ..... 11
3.1.2.g Shipping and Storage ..... 11
*TABLE 3.1.2.g Shipping and Storage* ..... *11*
3.2 Characteristics ..... 11
3.2.1 Performance ..... 11
3.2.1.1 Loading & Unloading System ..... 11
3.2.1.2 Assembly Conveyor ..... 12
3.2.1.3 MAC II Assembly/Disassembly ..... 12
3.2.1.4 Unimproved Surfaces & Leveling Devices ..... 12
3.2.1.5 Lighting ..... 13
3.2.1.6 Interface Control Board (ICB) ..... 13
3.2.1.7 Roller Conveyor Assembly ..... 13
3.2.1.8 Arming Wire Assembly ..... 13
3.2.1.9 Tool Trays ..... 13
3.2.1.10 Tubing Trolleys ..... 14
3.2.2 Physical Characteristics ..... 14
3.2.2.1 Weight ..... 14
3.2.3 Service Life ..... 14
3.2.3.1 Maintainability & Reliability ..... 14

3.2.4 Environmental Operational Conditions ........ 14
*TABLE 3.2.4 Environmental Condition Requirements* ........ *14*
3.2.5 Proof Load ........ 15
3.3 Design and Construction ........ 15
3.3.1 Materials, Processes, and Corrosion Resistance ........ 15
3.3.1.1 Metals ........ 15
3.3.1.2 Dissimilar Metal ........ 15
3.3.1.3 Standard and Commercial Parts ........ 15
3.3.1.4 Nameplates and Product Marking ........ 15
3.3.2 Workmanship ........ 16
3.3.3 Interchangeability ........ 16
3.3.4 Safety ........ 16
3.3.4.1 Grounding ........ 16
3.4 Personnel ........ 16
4.0 QUALITY ASSURANCE PROVISIONS ........ 16
4.1 General ........ 16
4.1.1 Special Tests or Inspections ........ 17
*TABLE 4.1 Requirements and Verifications Cross-Reference Index* ........ *17*
4.1.2 Interfaces ........ 18
4.1.2.a Stores ........ 18
4.1.2.b Transport Trailers/Tow Vehicles ........ 19
4.1.2.c Facilities ........ 19
4.1.2.d Electrical Power Source ........ 19
4.1.2.e Compressed Air Source ........ 19
4.1.2.f Mobility ........ 19
4.1.2.g Shipping and Storage ........ 19
4.2 Characteristics ........ 20
4.2.1 Performance ........ 20
4.2.1.1 Loading & Unloading System ........ 20
4.2.1.2 Assembly Conveyor ........ 20
4.2.1.3 MAC II Assembly/Disassembly ........ 20
4.2.1.4 Unimproved Surfaces and Leveling Devices ........ 20
4.2.1.5 Lighting ........ 20
4.2.1.6 Interface Control Board ........ 20
4.2.1.7 Roller Conveyor Assembly ........ 20
4.2.1.8 Arming Wire Assembly ........ 21
4.2.1.9 Tool Trays ........ 21
4.2.1.10 Tubing Trolleys ........ 21
4.2.2 Physical Characteristics ........ 21
4.2.2.1 Weight ........ 21
4.2.3 Service Life ........ 21
4.2.3.1 Maintainability & Reliability ........ 21
4.2.4 Environmental Conditions ........ 21
*TABLE 4.2.4 Environmental Tests Methods, Procedures and Parameters* ........ *22*
4.2.5 Proof Load ........ 22

- Draft -

Specification No. SP20038505
Code Ident. 18894
25 March 2003


4.3 Design and Construction ........ 22
4.3.1 Materials, Processes, and Corrosion Resistance ........ 22
4.3.1.1 Metals ........ 22
4.3.1.2 Dissimilar Metals ........ 22
4.3.1.3 Standard and Commercial Parts ........ 23
4.3.1.4 Nameplates and Product Marking ........ 23
4.3.2 Workmanship ........ 23
4.3.3 Interchangeability ........ 23
4.3.4 Safety ........ 23
4.3.4.1 Grounding ........ 23
4.4 Personnel ........ 23
5.0 PREPARATION FOR DELIVERY ........ 23
5.1 Packaging and Preservation ........ 23
5.2 Markings ........ 24
6.0 COST ........ 24

- Draft -

Specification No. SP20038505
Code Ident. 18894
25 March 2003

## 1.0 SCOPE

This specification establishes the performance and validation requirements for a Munition Assembly Conveyor II (MAC II), XXXX.

### 1.1 Background

The original Munition Assembly Conveyor (MAC) is reaching the end of its service life. The introduction of new and improved munitions has resulted in new requirements, which this aging system does not meet. Air Combat Command and Munitions Material Handling Equipment (MMHE) focal point personnel validated these requirements. The original MAC has served the war-fighter well and has many excellent features. Consequently, a radical design departure that invalidates the familiarity and training AMMO personnel have with the current MAC will not be considered.

## 2.0 APPLICABLE DOCUMENTS

### 2.1 Government Documents

The following documents of the exact issue shown shall form a part of this specification to the extent specified herein. In the event of conflict between the documents referenced herein and the contents of this specification, this specification shall be considered a superseding requirement.

#### 2.1.1 Specifications

##### 2.1.1.1 Military

| | |
|---|---|
| MIL-HDBK-454A | Electronic Equipment, Ground, General Requirements for |
| MIL-HDBK-1791 | Air Transportability Requirements, General Specification For |
| MIL-S-8512D (2) | Support Equipment, Aeronautical, Special, General Specification for The Design Of |
| MIL-STD-1472 F | Human Engineering |

##### 2.1.1.2 Federal

| | |
|---|---|
| ASTM-B633, FE/ZN 25, TYPE II, SC 4 | Coating, Zinc (Electrodeposited) |
| ASTM-A967-2001E1 | Passivation Treatments for Corrosion Resisting Steel |
| W-C-596G | Connector, Plug, Receptacle and Cable Outlet, Electrical Power |
| A-A-59553 | Coupling, Hose (Half), Pneumatic, Universal Type |

## 2.2 Standards

### 2.2.1 Federal

| | |
|---|---|
| FED-STD-595B | Color |

### 2.2.2 Military Publications

| | |
|---|---|
| MIL-STD-129 P | Marking for Shipment and Storage |
| MIL-STD-130K | Identification Marking of US Military Property |
| MIL-STD-190 | Standards and Specifications, Order of Precedence for the Selection of |
| MIL-STD-2073/1D | Part and Equipment, Procedures for Packaging and Packing of |
| MIL-STD-810F | Environmental Test Procedures |
| MIL-STD-882D | System Safety |
| MIL-STD-1365B | General Design Criteria for Handling Equipment Associated with Weapons and Related Items |
| MIL-HDBK-1587 | Material and Processes Requirements for Air Force Weapon Systems |
| MS-3314 | Lug, Suspension, (1000 lb Class) Airborne Equipment |

## 2.3 Other Publications

### 2.3.1 Air Force Publications

| | |
|---|---|
| AFMAN 91-201 | Explosive Safety Standards |
| AFMAN 36-2108 | Enlisted Classification |
| AFOSHSTD 91-501 | Air Force Consolidated Occupational Safety Standard |

## 2.4 Non-Government Documents

| | |
|---|---|
| ASTM B117 | Salt Spray (Fog) Apparatus, Operating |
| AWS D1.1/D1.1M-2002 | Welding Code, Structural, Steel |
| AWS D1.2-1997 | Welding Code, Structural, Aluminum |

(Copies of specifications, standards, drawings, and publications, required by suppliers in connection with specified procurement functions should be obtained from the procuring activity or as directed by the Contracting Officer.)

# 3.0 REQUIREMENTS

## 3.1 MAC II Item Definition

The MAC II shall allow personnel to load and unload unassembled and assembled munitions from trailers onto either a roller conveyor for temporary storage or

directly to a conveyor for assembly or disassembly in a continuous process. A portable compressor and portable electrical power source shall provide power for the MAC II. The compressor and electrical power source are current inventory items that will be supplied by the field unit. The MAC II system shall have an interface control system for these power systems (compressed air, electrical, and/or hydraulic). Interfaces are defined in section 3.1.2.

### 3.1.1 MAC Item Diagram

Figure 1 is a notional functional diagram of the original MAC system. This is provided as information only. The MAC II system may contain improvements that may result in a different way of assembling/disassembling weapons. However, any extreme design departure that would require extensive retraining of Air Force personnel must be avoided.

- Draft -



**Figure 1. Functional Diagram**




***NOTE: Generator and Compressor are field furnished and will be located no less than 25 feet from explosives. Fuzing, finning and arming wire stations may not necessarily be in the order shown.**

- Draft -

Specification No. SP20038505
Code Ident. 18894
25 March 2003

### 3.1.2 Interface Definition

The MAC II shall be capable of interfacing with the following:

### 3.1.2.a Stores

The MAC II shall be capable of handling, assembling, and disassembling the munitions listed in Table 3.1.2.a.

**TABLE 3.1.2.a Intended Munitions**

| Munition | Description |
|---|---|
| MK-82 | General-purpose bomb with MAU-93, BSU-49, MK-15 fins, GBU-38 fins and strakes |
| GBU-32 w/MK-83 | Guided bomb with fins and strakes |
| MK-84 | General-purpose bombs with BSU-50 or conical fins |
| GBU-10, 12, 15, 17, 24 | Guided bombs |
| CBU-87, 89, 97, 103 to 105 | Cluster bombs |
| M-117 | General-purpose bombs with MAU-91 and MAU-103 fins |
| MK-37, M-117 | Destructors |
| M-129 | Leaflet bomb |
| SUU-64, 65, 66 | Dispensers* |
| GBU-31 w/BLU-109 | Penetration warhead with fins and strakes |

*Dispensers make up the CBU-87, 89, 97, 103 to 105.

### 3.1.2.b Transport Trailers/Tow Vehicles

The off-load and on load ends of the MAC II shall allow the transport trailers or tow vehicles in Table 3.1.2.b to pass through.

**TABLE 3.1.2.b Transport Trailers and Tow Vehicles**

| Item | Stacking Height (Feet) | Stacking Width (Feet) |
|---|---|---|
| 1. MHU-141/M Munitions Trailer | 7.87 | 6.89 |
| 2. MHU-12/M Munitions Trailer | 7.87 | 6.89 |
| 3. MHU-110/M Munitions Trailer | 7.87 | 7.55 |
| 4. MHU-85M Munitions Trailer | 8.53 | 7.87 |
| 5. 40-Foot Flatbed Truck | 8.53 | 7.87 |
| 6. Bobtail Tow Vehicle | 6.56 | 7.55 |
| 7. Commercial Tractor Tow Vehicles | 13.45 | 7.87 |
| 8. MB-4 Tow Vehicle | 8.202 | 7.87 |
| 9. MHU-226 Munitions Trailer | 7.87 | 7.25 |

### 3.1.2.c Facilities

The MAC II shall be capable of operating within a hardened facility (TAB VEE). The MAC II shall occupy a cube no larger than the following dimensions when assembled: Height-19.6 feet, Width-22.0 feet, and Length-65.6 feet. When the pallet conveyor is used, the width shall be no more than 26.2 feet.

### 3.1.2.d Electrical Power Source

The MAC II shall have it's own power cord and be capable of interfacing with the following power sources with a male plug (W-C-596G designation).

(1) NF-2 Light Cart
(2) TF-1 DC Flood Light Set
(3) FL-1D Floodlight

3.1.2.e **Compressed Air Source**

The MAC II shall be capable of interfacing with and powered by the MC-7 Air Compressor by using a ¾ inch pneumatic hose coupling, (A-A-59553 designation). The MAC II system shall have at least four fittings to power the pneumatic tools that will be used for assembling munitions.

3.1.2.f **Mobility**

The MAC II shall be capable of being Air Transportability Certified per MIL-HDBK-1791 on C-130, C-141, C-5, KC-10, or C-17 aircraft when loaded into containers and pallets on either one MHU-110 or one MHU-226 trailer.

3.1.2.g **Shipping and Storage**

The MAC II system shall be capable of being shipped and stored using the aluminum containers* and pallets* listed in Table 3.1.2.g below. Alternate long life reusable storage and shipping containers and/or pallets may be used for storage and shipment of the MAC II if cost effective. MIL-STD-2073 may be used as guidance in developing additional containers and/or pallets. See paragraph 3.2.1.3.

**TABLE 3.1.2.g Shipping and Storage**

| Container Name | Quantity | Approximate Internal Dimensions (Inches) | Tare Weight (Pounds) |
|---|---|---|---|
| Container 1, 2 | 2 | 47.0L x 26.0W x 24.0H | 150 |
| Container 3 | 1 | 83.0L x 36.0W x 24.0H | 295 |
| Container 4 | 1 | 157.5L x 46.0W x 19.0H | 600 |
| **Pallet Name** | **Quantity** | **Approximate External Dimensions (Inches)** | **Tare Weight (Pounds)** |
| Pallet 1 | 1 | 120.0L x 53.0W x 4.0H | 270 |
| Pallet 2 | 1 | 121.0L x 21.0W x 4.0H | 150 |

*Interface Control Drawings of the containers and pallets are available.

3.2 **Characteristics**

3.2.1 **Performance**

3.2.1.1 **Loading & Unloading System**

The MAC II shall be capable of loading and unloading the munitions listed in Table 3.1.2.a from trailers in Table 3.2.1.b to the conveyors. The MAC II shall have two hoist capabilities; one to lift up to three bomb bodies and another to lift up to 2 fully assembled munitions simultaneously as listed in 3.1.2.a. Load and unload hoists shall be of the same configuration and interchangeable. Hooks or attachment devices used for hoisting bombs shall incorporate safety features to preclude

accidental dropping of the munitions. All movement of munitions during lifting shall be powered. The MAC II loading and unloading system shall have a working strength of 6,000 lbs. The performance of the primary hoist shall be equivalent or greater than a HL3000K hoist. The MAC II shall have an ~~option for an electric~~ hoist that shall meet or exceed the capabilities of a HL3000K hoist. The MAC II shall have a manual brake release for lowering munitions in the event of a power failure.

**3.2.1.2 Assembly Conveyor**

The MAC II assembly conveyor shall be 10 feet in length and shall accommodate up to thirty 500-pound class munitions at one time. The conveyor shall include a means to secure munitions during assembly/disassembly and during movement along the conveyor but allow the munitions be rotated during assembly/disassembly. The conveyor shall allow easy movement of munitions along the conveyor. The conveyor shall prevent munitions from contacting each other during assembly. The conveyor shall provide four standard ¼ inch male quick-connect fittings for attachment to accessory equipment pneumatic hoses and shall be placed equidistantly along one side of the assembly conveyor. The MAC II shall have a method to safely secure the GBU-10, GBU-12, GBU-15, GBU-17, and GBU-24 bomb casing to allow for torquing of the forward adapter to 625 ± 25 ft-lb. The conveyor assembly shall have a working strength of 12,000 lbs per 10-foot section.

**3.2.1.3 MAC II Assembly/Disassembly**

The MAC II shall be capable of being assembled or disassembled and repackaged from transport trailers or tow vehicles in Table 3.1.2.b with a maximum of 15 Air Force personnel (AFSC 2W030/2W050 as described in AFMAN 36-2108) within 60 minutes using only a 6,000 lbs forklift, minimum hand tools, and no stand alone special tools. Special tooling for assembly may be integrated into piece parts of the MAC II system. Disassembly and repackaging shall use the existing containers to the maximum extend possible and still meet the mobility requirements stated in 3.2.1.f. See Table 3.1.2.g for a list of containers with dimensions. Alternate long life reusable storage and shipping containers and/or pallets may be used for storage and shipment of the MAC II if cost effective. MIL-STD-2073 may be used as guidance in developing additional containers and/or pallets. Alternate designed long life reusable containers and/or pallets will be supplied as part of the MAC II. See paragraph 6.0 Cost.

**3.2.1.4 Unimproved Surfaces & Leveling Devices**

The MAC II system, when loaded to its peak capacity shall not impose a pressure on any portion of the bearing surface upon which it is assembled, greater than 5,430 pounds per square foot. The MAC II shall be capable of being safely assembled

and used on improved as well as unimproved terrain consisting of a variation in surface height up to 5.25 inches. The MAC II shall not require anchors for stability.

### 3.2.1.5 Lighting

The MAC II system shall operate and maintain sufficient light to accomplish the loading and assembly. A lighting level of at least 75 foot-candles shall be maintained over the entire main assembly area at 3 feet above the ground. The lighting levels on either end of the loading and off-loading areas and under the lifting cranes shall be a minimum of 50 foot-candles 3 feet above the ground. The color of the light furnished shall be as near to the natural light as possible. The fixtures furnished shall not require more than 5 minutes of restart time when the light is turned off and back on again.

### 3.2.1.6 Interface Control Board (ICB)

The MAC II shall have an ICB for control and distribution of the electrical power and compressed air needed to operate MAC II subsystems. The ICB shall also have four 15 amp 110V receptacles to power miscellaneous electric devices not listed in this document. The electrical system shall conform to applicable AFOSHSTD 91-501 requirements.

### 3.2.1.7 Roller Conveyor Assembly

The MAC II system shall have a 20-foot long, 40 inches wide pallet roller conveyor for storage and movement prior to loading onto the conveyor. If used on uneven terrain, it shall not require support at intervals less than five feet and shall have a capacity of 1,000 pounds per foot.

### 3.2.1.8 Arming Wire Assembly

The MAC II shall have an arming wire dispenser that incorporates a wire straightener and an anti-backlash device, and can accommodate a spool of arming wire with an outer diameter of 9.00 inches, an inner diameter of 2.00 inches, and a width of 8.25 inches. The Arming Wire Assembly shall allow for easy dispensing.

### 3.2.1.9 Tool Trays

The MAC II shall incorporate at least four moveable tool trays, two or more on each side of the MAC II to allow technicians to place hand and air tools along the rail conveyor when not in use. The tray size shall be approximately 12 inches wide and 24 inches long. Hand and air tools shall consist of standard impact wrenches, torque wrenches, ratchets, speed handles, arming wire pliers, screwdrivers, and ratchet extensions. The tool tray placement and size shall not interfere with the technicians work environment and be of sufficient capacity to accommodate all tools.

3.2.1.10 Tubing Trolleys

The MAC II shall use durable effective tubing trolleys that keep overhead compressed air lines, wires, and/or hydraulic lines (as applicable) safely out of danger and prevent tangling. The tubing trolley shall capture and hold the tubing firmly and resist pulling and tugging.

3.2.2 **Physical Characteristics**

3.2.2.1 **Weight**

The MAC II shall be fabricated using lightweight material whenever possible to assist in personnel handling, minimizing the mobility footprint. The weight of the system including the containers shall not exceed 12,000 lbs. The weights of the containers and pallets are in Table 3.1.2.g.

3.2.3 **Service Life**

All structural and support members of the MAC II shall have an expected service life of not less than 30 years. The service life of commercial off the shelf items shall conform to industry standards.

3.2.3.1 **Maintainability & Reliability**

The MAC II shall have a high mean-time-between-failure (MTBF) and high mean-time-between-critical-failure (MTBCF). The MAC II shall have a low mean time to repair (MTTR). The mean time between maintenance (MTBM) shall be minimized. The MAC II's hoists and components shall be capable of continuous operation for 1,000 hours or more with little to no maintenance being required, minor maintenance is acceptable. The MAC II's dormant storage reliability shall be maximized when stored outside at a bare base for up to five years.

3.2.4 **Environmental Operational Conditions**

The MAC II shall be capable of operation and storage without damage when exposed to the environmental conditions listed in Table 3.2.4.

**TABLE 3.2.4 Environmental Condition Requirements**

| Environmental Condition | Requirement | |
|---|---|---|
| Low Temperature | Operating:<br>Storage: | -50°F<br>-65°F |
| High Temperature | Operating:<br>Storage: | +120°F with solar load<br>+160°F |
| Humidity | Relative Humidity | 3% to 95% |

| Environmental Condition | Requirement | |
|---|---|---|
| Salt Fog | See Doc.: ASTM B117, 96 hours | |
| Blowing Rain | Rainfall Rate:<br>Wind: | 2 inches per hour<br>40 miles per hour |
| Blowing Dust | Dust Concentration:<br>Wind: | $0.3 \pm 0.2$ g/ ft$^3$<br>35 miles per hour |
| Blowing Sand | Sand Concentration:<br>Wind: | $0.0623 \pm 0.015$ g/ft$^3$<br>35 miles per hour |
| Ice/ Freezing Rain | Water Delivery Rate:<br>Droplet Size: | 25mm/h<br>1.0 mm to 1.5 mm |

3.2.5 **Proof Load**

The MAC II shall meet MIL-STD-1365 proof load requirements.

3.3 **Design and Construction**

3.3.1 **Materials, Processes, and Corrosion Resistance**

Materials used shall be corrosion resistant when exposed to environments in Table 3.2.4. If paint is used, it shall be dark green, color number 34052 in accordance with FED-STD-595D. Painted surfaces shall be capable of being touched up without having to repaint affected areas. Hazardous and toxic materials and processes shall be avoided. The MAC II system shall not contain materials requiring special processes or treatment for disposal.

3.3.1.1 **Metals**

All metallic surfaces and joints shall be treated to resist corrosion due to fuels, salt fog, or atmospheric conditions likely to be met in storage or normal service.

3.3.1.2 **Dissimilar Metal**

Unless protected against corrosion, dissimilar metals shall not be used in direct contact with each other.

3.3.1.3 **Standard and Commercial Parts**

The MAC II shall use commercial off-the-shelf (COTS) parts whenever possible.

3.3.1.4 **Nameplates and Product Marking**

The MAC II piece parts, subassemblies, and assemblies shall be marked in accordance with MIL-STD-130K.

3.3.2 **Workmanship**

The MAC II shall be fabricated in a manner that will insure high quality appearance, fit, interchangeability and assembly. Particular attention shall be given to neatness and thoroughness of marking of parts and assemblies, plating, printing, riveting, machine screw assemblage and welding. The MAC II design shall not permit water accumulation in pockets, creases, fissures, or depressions, which could cause structural damage and or operational impairment upon freezing. Welded materials shall be IAW ANSI /AWS D1.2-1997 and or AWS D1.1-2002.

3.3.3 **Interchangeability**

All MAC II piece parts having the same part number shall be physically and functionally interchangeable without the need for modification.

3.3.4 **Safety**

The MAC II shall allow effective operations and maintenance without injury or damage to personnel and equipment.

3.3.4.1 **Grounding**

The MAC II shall incorporate capability to be externally grounded in accordance with AFMAN 91-201.

3.4 **Personnel**

The MAC II shall not require maintenance above the using base maintenance squadron. All operations of the system shall be carried out by a three-person team of 2W0XX personnel as defined by AFMAN 36-2108. No special training shall be required. The level of training required shall not exceed that which can be provided by on-the-job training on site.

4.0 **QUALITY ASSURANCE PROVISIONS**

4.1 **General**

This section defines the inspections, certifications, demonstrations, tests, and analyses necessary to verify the ability of the MAC II to meet the requirements prescribed in Section 3. These inspections, certifications, demonstrations, tests, and analyses will be performed on the prototype MAC II's.

The MAC II Integrated Development and Operational Test Plan contains the detailed procedures for the inspections, demonstrations, and tests required by this section.

Table 4.1 provides a cross-index of the Section 3 requirements, the Section 4 quality assurance provisions, and the associated organizational responsibilities. The verification methods listed in Table 4.1 are defined as follows:

- I – Inspection. Careful and critical examination, including measurements, where appropriate. Usually an unaided visual examination.
- C – Certification. A formal confirmation that a particular quality, feature, or characteristic meets a specified standard or that the results provided are true and accurate.
- D – Demonstration. An activity showing that a particular capability or function exists.
- T – Testing. Accomplish tests as defined in Section 3 and Section 4.
- A – Analysis. Perform analysis as defined in Section 3 and Section 4. This may consist of comparison to existing designs.
- NA – Not Applicable.
- G – Government.
- CONTR – Contractor.

The government reserves the right to witness and perform any of the tests or demonstrations required by this specification where the government deems such tests necessary to assure that the MAC II conforms to the specified requirements.

The government reserves the right to verify contractor certifications by independent analyses or testing.

### 4.1.1 Special Tests or Inspections

When inspections or tests not described or referenced herein are required, they shall be conducted in accordance with industry-approved standards acceptable to the government.

**TABLE 4.1 Requirements and Verifications Cross-Reference Index**

| REQUIREMENT | DESCRIPTION | METHOD | VERIFICATION | RESPONSIBILITY |
|---|---|---|---|---|
| 3. | Requirements | | N/A | N/A |
| 3.1 | MAC II Item Definition | | N/A | N/A |
| 3.1.1 | MAC II Item Diagram | | N/A | N/A |
| 3.1.2 | Interface Definition | | N/A | N/A |
| 3.1.2.a | Stores | I, D | 4.1.2.a | G |
| 3.1.2.b | Transport Trailers/Tow Vehicles | I, A, D | 4.1.2.b | G |
| 3.1.2.c | Facilities | I | 4.1.2.c | G |
| 3.1.2.d | Electrical Power Sources | I, D | 4.1.2.d | G |
| 3.1.2.e | Compressed Air Sources | T | 4.1.2.e | G |
| 3.1.2.f | Transportation | A | 4.1.2.f | G |
| 3.1.2.g | Shipping & Storage | A, D | 4.1.2.g | G, CONTR |

| | | | | |
|---|---|---|---|---|
| 3.2 | Characteristics | | N/A | N/A |
| 3.2.1 | Performance | | N/A | N/A |
| 3.2.1.1 | Loading & Unloading System | T | 4.2.1.1 | G, CONTR |
| 3.2.1.2 | Assembly Conveyor | I, A, D, T | 4.2.1.2 | G, CONTR |
| 3.2.1.3 | MAC II Assembly/Disassembly | D, T | 4.2.1.3 | G |
| 3.2.1.4 | Unimproved Surfaces & Leveling Devices | T | 4.2.1.4 | G |
| 3.2.1.5 | Lighting | C, T | 4.2.1.5 | G |
| 3.2.1.6 | Interface Control Board | I | 4.2.1.6 | G |
| 3.2.1.7 | Roller Conveyor Assembly | I, C, D | 4.2.1.7 | G, CONTR |
| 3.2.1.8 | Arming Wire Assembly | I, D | 4.2.1.8 | G |
| 3.2.1.9 | Tool Trays | I, D | 4.2.1.9 | G |
| 3.2.1.10 | Tubing Trolleys | I, D | 4.2.1.10 | G |
| 3.2.2 | Physical Characteristics | | N/A | N/A |
| 3.2.2.1 | Weight | I | 4.2.2.1 | G |
| 3.2.3 | Service Life | A, C | 4.2.3 | G, CONTR |
| 3.2.3.1 | Maintainability & Reliability | A, I, C | 4.2.3.1 | G, CONTR |
| 3.2.4 | Environmental Operational Conditions | I, A, T | 4.2.4 | G |
| 3.2.5 | Proof Load | I, T | 4.2.5 | G |
| 3.3 | Design & Construction | | N/A | N/A |
| 3.3.1 | Materials, Processes and Corrosion Resistance | I, C | 4.3.1 | G, CONTR |
| 3.3.1.1 | Metals | I, A, C | 4.3.1.1 | G, CONTR |
| 3.3.1.2 | Dissimilar Metals | I, C | 4.3.1.2 | G, CONTR |
| 3.3.1.3 | Standard and Commercial Parts | I | 4.3.1.3 | G |
| 3.3.1.4 | Nameplates and Product Marking | I | 4.3.1.4 | G |
| 3.3.2 | Workmanship | I | 4.3.2 | G |
| 3.3.3 | Interchangeability | I, D | 4.3.3 | G |
| 3.3.4 | Safety | I, A | 4.3.4 | G, CONTR |
| 3.3.4.1 | Grounding | I, T | 4.3.4.1 | G |
| 3.4 | Personnel | I, D | 4.4 | G |

*The government reserves the right to perform additional inspections, demonstrations, tests, and analyses set forth in the specification where such inspections, demonstrations, tests, and analyses are deemed necessary to assure supplies and services conform to prescribed requirements.

**4.1.2 Interfaces**

**4.1.2.a Stores**

Verification that the MAC II is capable of handling, assembling, and disassembling the munitions listed in Table 3.1.2.a shall be by inspection and demonstration. The government will inspect the MAC II to determine if the required functions for each of the intended munitions can be accomplished. Some or all of the munitions will be selected to demonstrate that they can be handled, assembled, and disassembled.

**4.1.2.b Transport Trailers/Tow Vehicles**

Verification that the off-load and the on load ends of the MAC II allow all of the transport trailers or tow vehicles listed in Table 3.1.2.b to pass through shall be accomplished by inspection, demonstration, and/or analysis as determined by the government.

**4.1.2.c Facilities**

Verification that the MAC II is capable of operation within a hardened facility (TAB VEE) shall be by inspection of the fully assembled MAC II and comparison with the maximum dimensions listed in 3.1.2.c.

**4.1.2.d Electrical Power Source**

Verification that the MAC II is capable of interfacing with the power sources listed in 3.1.2.d while using an electrical cord with the specified plug shall be by inspection and demonstration. Any or all of these power sources may be used to demonstrate the required interface capability.

**4.1.2.e Compressed Air Source**

Verification that the MAC II is capable of interfacing with and being powered by the MC-7 Air Compressor using the specified pneumatic hose coupling shall be by testing. This test shall include connecting pneumatic tools to at least four MAC II fittings and operating the tools simultaneously.

**4.1.2.f Mobility**

Verification that the MAC II meets the mobility requirements shall be by analysis. An analytical assessment will be made by the government of the MAC II on an MHU-110/M and an MHU-226 trailer to verify that the combined cube dimensions, weight, and trailer axle loadings of the MAC II and trailer can be certified per MIL-HDBK-1791 to meet the requirements for air transport on C-130, C-141, C-5, KC-10, and C-17 aircraft in accordance with MIL-A-7421 and 3.1.2.f.

**4.1.2.g Shipping and Storage**

Verification that the MAC II is capable of being shipped and stored using the aluminum containers and pallets listed in Table 3.1.2.g shall be by analysis and demonstration. An analytical assessment and demonstration will be made by the government concerning alternate long life reusable storage and shipping containers and/or pallets.

4.2 Characteristics

4.2.1 Performance

4.2.1.1 Loading & Unloading System

The ability of the MAC II to load and unload the munitions listed in Table I from trailers to the conveyors shall be verified by testing. Any or all of the munitions listed in Table 3.1.2.a may be used in this test. The lift speed of the primary hoist shall be measured and compared to that of the HL3000K. The lift speed of the optional electric hoist shall be measured and compared to that of the HL3000K.

4.2.1.2 Assembly Conveyor

Verification that the MAC II meets the requirements of 3.2.1.2 for strength, munitions accommodation, munitions securing, munitions movement, fittings, and layout, shall be by inspection, analysis, demonstration, and testing.

4.2.1.3 MAC II Assembly/Disassembly

Verification that the MAC II meets the assembly, disassembly, and repackaging requirements of 3.2.1.3 shall be by government testing and demonstration.

4.2.1.4 Unimproved Surfaces and Leveling Devices

Verification that the MAC II, when loaded to its peak capacity, meets the bearing surface pressure requirements and can be safely assembled on surfaces with a variation in surface height as specified in 3.2.1.4 shall be by government testing.

4.2.1.5 Lighting

The lighting levels and restart time required by 3.2.1.5 shall be verified by government testing while the MAC II is being powered by any of the power sources listed in 3.2.1.d. and under the ambient temperature conditions existing at the time and location of the test. Restart time at low temperatures and color temperature of the lighting shall be determined by contractor certification.

4.2.1.6 Interface Control Board

The presence of an ICB for control of the compressed air, electrical, and/or hydraulic systems shall be verified by inspection.

4.2.1.7 Roller Conveyor Assembly

The presence of the required pallet roller conveyor assembly shall be verified by inspection. The ability of the assembly to be used on uneven terrain without

requiring support at intervals less than five feet shall be verified by demonstration. The capacity of the roller conveyor assembly shall be verified by contractor certification.

**4.2.1.8 Arming Wire Assembly**

The presence of the arming wire dispenser and verification of its required characteristics shall be verified by inspection and demonstration.

**4.2.1.9 Tool Trays**

The presence and capacity of the required tool trays shall be verified by inspection. The effect of the placement and size of the tool trays on the technicians' work environment shall be evaluated during operational demonstrations.

**4.2.1.10 Tubing Trolleys**

The ability of the tubing trolleys to meet the requirements of 3.2.1.10 shall be verified by inspection and demonstration.

**4.2.2 Physical Characteristics**

**4.2.2.1 Weight**

The requirements of 3.2.2.1 shall be verified by inspection, including weighing.

**4.2.3 Service Life**

The service life requirements of 3.2.3 shall be verified by government and contractor analyses and by contractor certification.

**4.2.3.1 Maintainability & Reliability**

Data to verify that the MAC II meets the maintainability and reliability requirements of 3.2.3.1 will be accumulated throughout the period that the MAC II evaluation is being conducted. Verification that the hoists and components are capable of continuous operation for the period specified shall be by contractor certification and government inspection and analysis.

**4.2.4 Environmental Conditions**

The ability of the MAC II to operate and/or to be stored under the environmental conditions specified in 3.2.4 shall be verified by inspection, analysis, and testing by the government. Testing will be accomplished using the test methods, procedures, and parameters shown in Table 4.2.4. Any evidence of degradation in performance or corrosion shall be considered a failure.

- Draft -

Specification No. SP20038505
Code Ident. 18894
25 March 2003

**TABLE 4.2.4 Environmental Tests Methods, Procedures and Parameters**

| Condition | MIL-STD-810F | | |
|---|---|---|---|
| | **Method** | **Procedure** | **Parameter(s)** |
| High Temperature (operational) | 505.4 Solar Radiation | I (Cycling, Heating Effects) | +125°F ambient air with solar radiation |
| High Temperature (storage) | 501.4 | I (Storage) | +160°F maximum |
| Low Temperature (operational) | 502.4 | II (Operational) | -45°F minimum |
| Low Temperature (storage) | 502.4 | I (Storage) | -65°F minimum |
| Rain | 506.4 | I (Rain and Blowing Rain) | |
| Icing/Freezing Rain | 521.2 | I | Glaze Ice, 13 mm (Thickness) |
| Humidity | 507.4 | NA | |
| Sand and Dust | 510.4 | I (Blowing Dust) and II (Blowing Sand) | Air velocity of 35 mph |
| Salt Fog | ASTM B117 | | 96 hours |

## 4.2.5 Proof Load

The proof load of the MAC II shall be verified by test and inspection by the government. Testing will be accomplished using the test methods, procedures, and parameters in MIL-STD-1365.

## 4.3 Design and Construction

### 4.3.1 Materials, Processes, and Corrosion Resistance

The corrosion resistance of the materials used shall be evaluated during the testing specified in 4.2.4. Verification that toxic materials and processes have been avoided shall be by contractor certification and government inspection.

#### 4.3.1.1 Metals

The presence and adequacy of the required treatment of metallic surfaces and joints shall be determined by inspection, government analysis, and contractor certification.

#### 4.3.1.2 Dissimilar Metals

The requirement of 3.3.2.3 shall be verified by inspection and contractor certification.

4.3.1.3 Standard and Commercial Parts

The extent of the use of COTS parts shall be determined by inspection.

4.3.1.4 Nameplates and Product Marking

Verification that the MAC II is marked in accordance with MIL-STD-130K shall be determined by inspection.

4.3.2 Workmanship

Verification that the MAC II meets the requirements of 3.3.3 shall be by inspection. Verification that the welding has been accomplished in accordance with the stated specifications shall be accomplished by an American Welding Society-certified welding inspector.

4.3.3 Interchangeability

Interchangeability of piece parts and major components shall be verified by inspection and demonstration.

4.3.4 Safety

The safety of the MAC II shall be verified by an analysis of the design data, a review of the overall test results, and physical inspections to compare with the guidance and requirements in MIL-HDBK-46855A, MIL-STD-1472F, AFSC Handbook 1-6, AFMAN 91-201, and 3.3.5.

4.3.4.1 Grounding

The ability of the MAC II to be grounded shall be determined by inspection, including resistance measurements of applicable components.

4.4 Personnel

The MAC II shall be inspected by experienced government munitions handling equipment personnel who will evaluate the level of difficulty involved in operating the system and who will assess the level of training that would be required by personnel with the specified skill code.

5.0 PREPARATION FOR DELIVERY

5.1 Packaging and Preservation

Packaging and preservation shall be best commercial practice for shipment from the contractor's facility to the field.

5.2 **Markings**

In addition to any special marking required by the contract or order, the packages and shipping containers shall be marked in accordance with requirements of MIL-STD-129P.

6.0 **COST**

Alternately designed containers and/or pallets shall be included in the cost of the MAC II.

# MUNITIONS ASSEMBLY CONVEYOR (MAC) II

25 Mar 03

# STATEMENT OF OBJECTIVES (SOO)

1. Design a Munitions Assembly Conveyor (MAC) II in accordance with Performance Specification SP20038505.

2. Fabricate a MAC II prototype using production representative processes, personnel, tooling and materials.

3. Deliver MAC II prototype in accordance with the delivery schedule (section F of the contract).

4. Support government user evaluations and qualification testing.

5. Build production hardware in accordance with the delivery schedule (section F of the contract).

6. Maintain configuration control of the MAC II design using a structured configuration management system throughout production.

7. Provide a highly reliable, maintainable, and supportable system throughout the life cycle of the MAC II.

**Supportability Requirement**
**25 Mar 03**

Preoperational Support

The Contractor shall provide preoperational support/technical assistance during the Operational Testing at AFCOMAC, Beale AFB, CA. The contractor shall provide this support "on-call, as required" to resolve major or catastrophic failures requiring replacement parts and other than minor repair of the MAC II or its components under the provisions of the contractor's standard commercial warranty. Response time from notification by the Government contracting officer shall be NLT 24 hours. System/component warranties shall be the preferred method for handling system/component failures. The Government intends to use the preliminary technical order for the MAC II during test. However, the contractor may choose to be available in the local area during the period of testing to advise and assist the Government in the proper and safe operation of the MAC II. This support shall be for a period 30 days.

# Pricing Table

26 Mar 03

Please fill in prices for CLINs 0003-0010 in the spaces available. Please note that there shall be no escalation due to the EPA clause.

| Quantity | CLIN 0003-0010 |
|---|---|
| 1-7 | $__________ |
| 8-15 | $__________ |
| 16+ | $__________ |