# Section L – Instructions, Conditions, and Notices to Offerors

**APD**

- **Four Volumes**
  - Volume 1 - Mission Capability (Oral Proposals/Charts - bulleted format preferred, limit to slides that will be covered in the 2-hour presentation)
  - Volume 2 - Cost (unlimited pages, CLIN prices only)
  - Volume 3 - Past Performance (10-page limit)
  - Volume 4 - Reps & Certs and administrative data (unlimited pages)
- **All Volumes shall be written, including oral briefing slides.**
- Two (2) paper copies of each Volume
- One (1) electronic copy on a 3.5-inch floppy disk, 100MB Zip Disk, or CD-ROM in MS Word 97 or later format (do not write-protect) properly labeled with the proposal title, solicitation number and your company's name

**Con't…**



82

# Section L – Instructions, Conditions, and Notices to Offerors

**APD**

- Identify all proprietary information in the proposal.

- Page format for Past Performance preparation: Deviations may result in the proposal being evaluated as non-compliant with the RFP requirements.

- 8 1/2 by 11 inch or 8 by 10 ½
- One-half (1 1/2) line spacing
- No smaller than 11 point text
- No smaller than 8 point text within tables and figures
- Margins at least one (1) inch.
- Duplex sheets count as two (2) pages.

**Con't...**

# Section L – Instructions, Conditions, and Notices to Offerors

**APD**

- Volumes should be page-numbered sequentially and consecutively. The Government defines page one (1) of a Volume as the first page following prefaces.

To reference current technical data for the existing MAC system, contact:

Titan office
368 Adams Ave.
Valparaiso FL 32580.
POC: Ms. Christy Wicker
(850) 678-7887
Fax (850) 678-2557.

For authorized access:

- Have a completed DD Form 2345, Military Critical Data Agreement, on file at T[illegible]
- Have a written (e-mail or FAX) "Need to Know" statement on file [illegible] the MAC II PM [illegible]

**Con't...**

# Section L – Instructions, Conditions, and Notices to Offerors

APD

## PREPARATION OF PROPOSALS

(1) Develop the proposal based upon the Government's Performance Specification at Attachment 2, using your own program plans, procedures, and schedule for developing and building MAC II.

(2) Prepare each Volume simply and economically, providing a straightforward, concise outline of capabilities and approach.

(3) The Government will not assume that an offeror possesses any capability not specifically stated in the proposal.

(4) Cross-reference between Volumes and books of the proposal in lieu of repeating lengthy descriptions or data.

Con't...

# Section L – Instructions, Conditions, and Notices to Offerors

APD

**Specific Instructions for each Volume are outlined in the draft RFP**

## Volume 1 – Mission Capability

- Address all Mission Capability Subfactors
- Submited via Oral Proposals
  - Loading & Unloading System
  - Manufacturing Capability
  - Assembly Conveyor
- 2- hours proposal time limit with a brief break followed by a one-hour question and answer session
- Presented by key personnel responsible for contract performance
- Charts to be submitted at the same time all volumes are submitted
  - Briefings charts in latest version of Power Point or compatible
  - Properly labeled disk
  - Font size no less than 20 in Times New Roman or similar
  - Submit any videos, props or other supporting oral proposal material with charts
- Conducted at Eglin AFB, FL at a location and date TBD
- Government reserves the right to audio and/or video tape contractor's oral proposal

**Con't...**



86

# Section L – Instructions, Conditions, and Notices to Offerors

APD

## Volume 2 - Cost

Insert proposed prices in

- Section B for Contract Line Item Numbers (CLINs) 0001 and 0002 in the space provided; and
- Attachment 4, pricing table, for all option periods. The pricing table shall NOT not include escalation per the EPA clause in Section H.

The Government reserves the right to ask for Certified Cost and Pricing Data if deemed necessary by the Contracting Officer although not requested for this proposal.

Con't…

# Section L – Instructions, Conditions, and Notices to Offerors

APD

## Volume 3 - Past Performance

This Volume should consist of up to five (5) of the most relevant contracts that you consider current in demonstrating your ability to perform the proposed effort.

Current (performance occurred during the past 5 years).

Relevant Contracts (efforts related to the development or production of munitions material handling equipment (MMHE) with a contract value greater than $500,000.

Offerors will have the opportunity to submit Past Performance data early – 15 days after release of RFP.

**Con't...**

# Section L – Instructions, Conditions, and Notices to Offerors

APD

## Volume 3 - Past Performance

Request for Proposal in the format below.

(i) Administrative Data

1. Company/Division Name.
2. Program Title.
3. Contracting Agency or customer.
4. Contract Number.
5. A brief description of the contract and relevance to the effort being proposed.
6. Type of Contract.
7. Period of Performance.
8. Original and Final Contract Dollar Value (or Current Estimated), and brief description of reason for difference.
9. Original and Current Completion Dates.
10. Name, address, telephone and fax number of current (or last, if contract has been completed) program director/manager, and the contracting officer.

Con't…

# Section L – Instructions, Conditions, and Notices to Offerors

APD

## Volume 3 - Past Performance

- Specific Content: Include a discussion of any significant achievements and explain any past performance problems considered relevant to the proposed efforts.
- Discuss past and present efforts to identify and manage program risk.
- For each identified effort with a commercial customer, the offeror shall also submit a client authorization letter, authorizing release to the Government of requested information on the offeror's performance.
- The consent letter will not apply against the page count for the Past Performance Section.
- If an offeror has no current or relevant past performance information, state so in this Volume.

Con't...

# Section L – Instructions, Conditions, and Notices to Offerors

APD

## Volume 4 - Administrative Information

- Complete blocks 12-18 of RFP Section A, Standard Form (SF) 33. By completing the SF 33 in this manner, you agree to the contract terms and conditions as written in the RFP, Sections A through K.

- Review Sections C through K and complete any necessary fill-ins and certifications. This Volume represents your offer and should be the original with one copy, and secured in a binder. It will form the basis of any contract to your firm.

**Con't...**

# Section L – Instructions, Conditions, and Notices to Offerors

APD

## Volume 4 - Administrative Information

**INCLUDE THE FOLLOWNG:**

1. Section K Representations and Certifications
2. Information regarding availability of Data Rights
3. Teaming Arrangements
4. Mailing address, telephone and facsimile numbers, and facility codes for cognizant Contract Administration Office, DCAA, and the Government Paying Office
5. Proposal validity period (<u>must be at least 90 days</u>)
6. Terms and Conditions (such as additional GFP required)

# Section M – Evaluation Factors For Award

APD

- Evaluation of Proposals – Specific Factors
  - Past Performance
  - Mission Capability
    - Subfactor 1 – Loading and Unloading System
    - Subfactor 2 – Manufacturing Capability
    - Subfactor 3 – Assembly Conveyor
  - Proposal Risk
  - Cost
- Past Performance, Mission Capability, and Proposal Risk are equal in importance followed by Cost/Price
- All evaluation factors, other than cost or price, when combined are significantly more important than cost or price
- All subfactors are equal in importance

Con't...

# Section M – Evaluation Factors For Award

APD

## EVALUATION METHOD

- The Mission Capability factor will be further divided into subfactors to enable the Government to accurately evaluate proposals.
- Each offeror's proposal will be evaluated against subfactors that are defined in Section M.
- Each of the subfactors will receive a color/adjectival rating that will be fully supported by narrative findings.
- The color ratings used are defined in AFFARS 5315.305.
- The color/adjectival rating depicts how well the offeror's proposal meets the Evaluation Criteria.
- Results of a pre-award survey or manufacturing capability review (if conducted) will also be considered in the rating of proposals.

**Con't...**

# Section M – Evaluation Factors For Award

APD

## Past Performance Factor

– A performance risk rating will be assigned based upon the definitions in AFFARS 5315.305(a)(2).

– The Government will evaluate past performance using recent and relevant performance data associated with the offeror.

– The Government may also evaluate past performance data obtained from various sources, such as

- Contractor
- Performance Assessment Reports (CPARs)
- Defense Contract
- Management Agency (DCMA)
- Program offices, other service
- Organizations and Industry

Con't...

# Section M – Evaluation Factors For Award

APD

## Past Performance Factor

- In determining relevance, consideration will be given to product similarity, product complexity, similar technology, type of effort (development, production, repair, etc.), contract scope and type, and schedule.

- Relevancy is defined as those efforts related to the development or production of munitions material handling equipment (MMHE) with a contract value greater than $500,000.
  - The Government may consider as relevant efforts performed for agencies of the federal, state, or local Governments, commercial customers and others

- Recent is defined as contracts that were active within five years of the date of the release of this solicitation

Con't…

# Section M – Evaluation Factors For Award

APD

## Past Performance Factor

– Past performance evaluation focuses on performance relevant to the Mission Capability sub-factors

– Performance Confidence Assessment is made at the factor level and represents an overall evaluation of contractor performance

– The assessment will consider things such as

- offeror's history of forecasting and controlling costs
- adhering to schedules (including the administrative aspects of performance)
- reasonable and cooperative behavior
- commitment to customer satisfaction

**Con't...**

# Section M – Evaluation Factors For Award

APD

## Past Performance Factor

The following relevance ratings or categories will be used

VERY RELEVANT: Present/past performance programs involved the magnitude of effort and complexities that are essentially what this solicitation requires.

RELEVANT: Present/past performance programs involved less magnitude of effort and complexities, including most of what this solicitation requires.

SEMI-RELEVANT: Present/past performance programs involved much less magnitude of effort and complexities, including some of what this solicitation requires.

NOT RELEVANT: Did not involve any significant aspects of above.

...n't...

# Section M – Evaluation Factors For Award

APD

## Mission Capability Factor

Government will evaluate offeror's ability to develop and manufacture Munition Assembly Conveyors in accordance with the following SubFactors:

SubFactor 1 – Loading and Unloading System – subfactor met when contractor proposes a design that meets or exceeds the requirement in the SPS paragraph 3.2.1.1

SubFactor 2 – Manufacturing Capability – subfactor met when contractor sufficiently describes the necessary processes and resources (facilities, equipment, personnel) they will use to produce and deliver MAC II systems in accordance with SPS

Subfactor 3 – Assembly Conveyor – subfactor is met when contractor proposes a design that meets or exceed the requirement in the SPS paragraph 3.2.1.2

**Con't...**

# Section M – Evaluation Factors For Award

APD

<u>Eglin-M002-</u> Pre-Award Survey

- Government may conduct pre-award survey or plant visit
- Purpose – to gather information for validating and confirming offeror's written proposal

<u>Eglin- M005-</u> Incorporation of Parts of Proposal into Contract

- If any offeror proposes actions/efforts that are not inherent in their processes which result in the offeror receiving a "blue" mission capability factor/subfactor rating, that action will be unilaterally incorporated into any resulting contract with that offeror by the contracting officer

- Incorporation will not be considered "discussions"

**Con't…**

# Section M – Evaluation Factors For Award

APD

Proposal Risk Factor

- Proposal risk assessment will be assigned – represents the risks that are identified with your proposed approach as it relates to accomplishing Mission Capability requirements
- Assessed at the Mission Capability subfactor level
- Definitions – AFFARS 5315.305(a)(3)(B)

# Section M – Evaluation Factors For Award

**APD**

## Cost/Price Factor

- Evaluated for reasonableness
  - Reasonableness defined as the assessment that the offeror's approach achieves an affordable system while meeting the SPS and the cost/price is reasonable in relation to the requirements of the solicitation
  - Evaluated based on price analysis using one or more of the techniques in FAR 15.404-1(b) and overall assessment of offeror's proposal for balance
  - Total evaluated price = total of Clins 0001 and 0002 and BEQ for CLINs 0003-0010
  - Government Cost Estimate
    - Development - $103K
    - Production - $[illegible]

APD

# Engineering Outline

- History of Current MAC System
- Development & Production of MAC II System
- MAC II Performance Specification
- Data Available

# Engineering

## History of Current MAC System

APD

- Developed during mid 1980s
- Government bought drawings and technical data
- Re-procurements were build to print contracts
- Multiple manufacturers

# Engineering

## Development & Production of MAC II System

**APD**

- Will be procured under streamlined acquisition approach
- Contractor's design will be based on a gov't written performance specification
- One company will design and build all hardware under one multi-year contract

# Engineering

## Development & Production of MAC II System (cont.)

APD

- Government will control performance spec & purchase interface control drawings (ICDs)
- Gov't will not buy and control production drawings
- Class I Eng Changes, gov't responsibility, Class II Eng Changes, contractor responsibility

# Engineering

## Performance Specification

**APD**

- Performance Specification – defines capability, not solution
- Contractors open to propose <u>any</u> design that meets performance specification
- Initial draft sent out for industry review
- Can discuss questions, concerns, or comments during one-on-one meetings
- Final release with RFP <u>will</u> contain changes

# Engineering

## Performance Specification

APD

– Summary of top level changes from original MAC system

-- Improved load/unload system capability

-- Improved lighting

-- Improved efficiency when assembling US Air Force munitions

# Engineering

## Data Available

APD

- Original MAC technical data package

  Not complete,
  For information only
  Gov't not responsible for contents

- High level interface drawings of existing containers
- Interface Control Drawings of Munitions

# Questions?

APD

# BACKUPS