# Attendance List

| Name | Organization | Ph # | E-Mail Address |
|---|---|---|---|
| Dwight Howard | Spectrum | 850-796-0909 | dHoward@specsci.com |
| Pat Carpenter | Spectrum | 850-796-0909 | pat@specsci.com |
| Dan Mank | Zitec | 850-678-9747 | dmank@zitec.net |
| Richard McCoy | Oceaneering | 832-243-0130 | rmccoy@nortexos.com |
| John Propeck | Oceaneering | 301-291-4017 | jpropeck@adtech.oceaneering.com |
| Larry Hove | Entwistle | 817-738-3535 | larryhove@aol.com |
| Mike Diamon | Entwistle | 850-651-8130 | teamvectormike@earthlink.net |
| Randy Henning | Spectrum | 850-796-0909 | randy@specsci.com |
| Danny Bridges | Spectrum | 850-796-0909 | danny@specsci.com |
| Bob Shuping | General Scientific Manufacturing, Inc | 850-230-1546 | rshuping_gsc@knology.net |
| Gary Bates | General Scientific Manufacturing, Inc | 850-230-1546 | gbates_gsm@knology.net |
| Tom Turner | Weapon Systems Design & Manufacturing | 412-787-5552 | hktom94@nb.net |
| Bill Mandigo | Tec Sol Manufacturing | 850-244-4292 | Bmandigo@tecsofmfc.com |
| Nate Smith | Ver-Val Manufacturing | 850-244-2931 | info@ver-val.com |
| Bill Shirey | Manufacturing Technology, Inc. | 850-682-1618 | bill.shirey@mtifwb.com |
| Eric Prochaska | Manufacturing Technology, Inc. | 850-664-6070 | eric.prochaska.mtifwb.com |
| Stephen Hoyt | Advanced Industries | 530-550-7767 | shoyt@pacbell.net |
| John Naumann | Advanced Industries | 702-263-0600 | john@synergytec.com |
| Charles Wesonig | Advanced Industries | 816-633-7503 | advind@comcast.net |
| Greg Watshon | Advanced Industries | 816-633-7503 | advind@comcast.net |
| Allen Shackelford | Advanced Industries | 816-633-7503 | advind@comcast.net |
| David Martinez | D&D | 830-438-2309 | dmartinez@ddmach.com |

55

Industry Day
Tab 11
MAC II

# Attendance List

| Name | Organization | Ph # | E-Mail Address |
|---|---|---|---|
| Dwight Howard | Spectrum | 850-796-0909 | dHoward@SpecSci.com |
| Pat Carpenter | Spectrum | 850-796-0909 | pat@specsci.com |
| Dan Mank | ZITEC | 850-678-9747 | dmank@zitec.~~com~~net |
| Richard McCoy | Oceaneering | 832-273-0139 | rmccoy@northeros.com |
| John Prpeck | " | 301-291-4017 | [illegible] |
| Larry Hove | Entwistle | 817 738 3535 | LarryHove@AOL.com |
| Mike Diamon | " | (850) 651-8130 | Teamvectormike@earthlink. |
| Randy Henning | Spectrum | 850 796 0909 | Randy@specsci.com |
| Danny Bridges | Spectrum | 850 796 0909 | danny4@specsci.com |
| Bob Shuping | GSMI | 850-230-1546 | rshuping_gsc@knology.n |
| Gary Bates | GSMI | 850-230-1546 | gbates_gsm@knology.ne |
| Tom Turner | WSDM | 412-787-5552 | HKTom94@NB.NET |
| Bill Mandigo | Tec Sol Mfg | 850-244 4292 | BMandigo@Tecsolmfg.com |
| Nate Smith | Ver-Val Ent. Inc | 850-244-7931 | info@ver-val.com |
| Bill Shirey | MTI | 850-682-1618 | Bill.Shirey@MTIFWB. |
| Eric Prochaska | MTI | 850-664-6070 | prochaska@MTIFWB.co |
| Stephen Hoyt | Advanced Industries | 530-550-9767 | schoyt@pacbell.net |
| John Naumann | " " | 702-263-0600 | john@synergytec.com |
| Charles Wesonic | " " | 816-633-7503 | ADVIND@COMCAST.NET |
| Greg Watson | " " | " | " |
| Allen Shackelford | " " | " | " |
| David Martinez | D&D Machine | 830-438-2309 | DMARTINEZ@DDMACH.COM |

66



Tab 11

MAC II Industry Day 16 Apr 03

Lt Kyzar asked everyone in attendance if they had signed up on the sign in sheet. He welcomed everyone to Eglin, he apologized for the conference room being so cramped he also gave directions of where the snack bar, restrooms, etc. were located. He also apologized for the meeting starting a little late and started to go over the agenda of the day beginning with opening remarks from Mrs Stanford our SPO Director, followed by remarks then Chief Shelingoski would give them the opportunity to look at the existing MAC that is assembled in the bay area. Concluding this then everyone will reassemble back in the conference room for the briefing presentation of Contracting given by Christi O'Leary and Karen Turner and the Engineering portion given by Mark Hillman. After the briefing then everyone are welcomed back to bay area to look over the existing system some more, ask questions, take pictures, etc. After this there will be a lunch break and following the break we will begin the one on one discussion with the request of everyone participating in those to be at least 5 minutes early to their time. Lt Kyzar asked those in attendance if they were scheduled to have their one on ones tomorrow to please get with him if they should need assistance to get back onto the base for tomorrow.

Mrs Stanford welcomed everyone in attendance to Eglin she informed everyone that she would leave her business card on the head table for them to please pick one up before they leave. She also notice the MMHE had also placed their 2003-2004 Weapons File Booklet out for anyone to pick up and mentioned to everyone that inside was very good information. She recognized some familiar faces even faces that used to belong to this organization. She wanted everyone to understand that this venture was important not just to us but to them as well. That industry days like this are used to help one another to give us (the government) the opportunity to speak with industry and help us refine our RFP as far as descriptions, cost variances, technical and production issues, etc. That we need this kind of feedback from you (industry) in your today in this briefing or in your one on ones to help us create the best RFP before final release.

We, I want to make sure that it is tough on our Source Selection team to award a winner. So please if you do not understand something that we are asking for in the RFP please call someone – if it is within the draft RFP that you have a question on contact myself, Karen Turner, Christi O'Leary, Lt Kyzar or anyone else on the team. But after the final RFP has been released you must direct all questions to Karen Turner or Christi O'Leary. We want your proposal to be successful as well as make our Source Selection a success. Patty Uhrig is with us today from our Small Business Office she is available to help you understand what we are asking for contractually. At this time Patty Uhrig placed her business cards on the table and spoke to everyone in attendance. She explained to everyone that she was here representing the AF Small Business Office not SBA. Will try to assist you as much as I can but if I can't I will try to get you in contact within someone that can answer your question/s – just give me a call.

Ms Stanford shared a story with everyone present about when she had worked for a company that had bidded and won a contract but had no idea what was being asked of them – just wants to make sure this doesn't happen with anyone here. So please, please

use your resources that are available to you. You can either call Patty, Karen or Christi and they would be happy to assist you. This contract will be a "Best Value" what we mean by this is what is the best value to the government. When looking/rating your proposal the government will deem what meets or exceeds our requirements and what would be of best value for us from what you submitted within your proposal.
Our overall approach to this contract is what is the best value to the government.

We will have a ombudsman who will probably be Dr Caluda. Please I ask that you only contact him if you feel that you are having a difficult time with my organization or staff. Please do not contact him first before contacting us - he is for the last resort purposes. Is this Would like to know if this forum is a success – is there something else we can do another process to make this easier on you/all. Please do not forget up until the final release of the RFP changes will be made to documentation. It is you time now until then to ask as many questions as you would like. After the release of the final RFP all questions must be directed to Karen Turner and Christi O'Leary. Thank you again for coming here today.

Lt Kyzar then introduced CMSgt Shelingoski

Good morning all I'm Chief Shelingoski of MMHE which we are the gurus of the existing MAC equipment. Most of you probably now just as much or even more of the MAC than I do. For those of you who don't I'll briefly go over some history of the MAC as well as take you out into the bay to show you a fully assembled MAC.

MAC was founded in the 1980's as a bomb assembly line with about 24 pieces and like I stated we have one out in the bay for everyone to look at. Gives the capability to bring larger and smaller pieces together. We've used this existing system in operations like Dessert Storm, Kosovo, our war efforts right now as well as local exercises, etc. The system has just out lived itself it needs to be updated. Don't want to regret the existing one. There is one set up out in the bay for you all to look at. It is fully assembled as if it was fielded out. Also have some munitions in the bay area that are assembled with the current system as well as the compressor that is used with the system is available outside for you to look at. I ask that you ask my men only technical questions when you are looking over the system and not contractual questions. After you look over the equipment we will return back in here to begin the briefing to go over the Contracting and Engineering sections. While out in the bay CMSgt Shelingoski explained what they were seeing was the whole assembly with compressor located outside. Explained how it had a mechanical and manual hoist system. Explained how you start building a bomb on one end down to the other. Pointed out how it has a lighting and electrical system. Showed the roller bins. Explained how whole system can fit into container and set on a trailer – needs to be able to set on a trailer to be able to be transportable.

Lt Kyzar explained to everyone present when reconvening in the conference room that they are about to get started on the Contracting and Engineering portion of the Industry Day. Before he turned over the floor to Ms Christi O'Leary he wanted to go over a few slides himself. Went over the Overview of what to expect for the rest of the day. He also

introduced everyone that was on the team that was present as well as informed everyone of those who were unable to make it what their job was going to be on this effort. He also informed them of their proposal preparation resources available to them. Reminded them how they can contact Patty Urich here at the Eglin Small Business Office on any questions contractually – if she can not assist she would get you in contact with someone that can help you. Lt Kyzar also informed all present that some university have good small business offices that might possibly be able to assist. Also gave everyone a idea of searching Yahoo or some kind of search engine to look for a private company that could help consult them through this process. Just wanted to let everyone one know that there are several sources for them to refer to. He then introduced Christi O'Leary.

Hello everyone I will be the buyer on this program. Wanted to remind everyone here today that the draft RFP that is out is exactly that a draft RFP. Things can change between now and the final release of. So please, please look at the posting often for any changes. Today I will be going over Sections A-K and Karen Turner will be going over Sections L & M. Ms Turner asked everyone if they had seen or had a copy of the current draft off of Fed Biz.com. Ms O'Leary then started to go over her respective sections A-K. Went through each chart that was given to everyone in paper copy. Section A no additional info. Section B – let everyone know that we are anticipating a buy of 20 units per year if we decide to exercise option to buy. Section C – called out all CLINs – 25 Mar 03 listed as attach to RFP, request for proposal. Section D – no additional information. Section E – No additional information. Section F – no additional information. Section G – Informed everyone that the first 2 milestones you would only have to send in a company invoice/s for payment on the 3rd milestone you would need to submit a DD250. Section H – Had a question

| | |
|---|---|
| Q | First bullet in Section H – you indicate that data does that include drawings? |
| A | Yes |
| Q | At no cost |
| A | Yes – we just want to make sure if you should go out of business that we will be able to continue our project lifecycle by having access to your suppliers that you used for this effort. |

Section I – had a question

| | |
|---|---|
| Q | Why will first article testing be done at Beale AFB, CA |
| A | Not sure why – someone else in attendance explained that he believed the reason why Beale was picked because of Havco make age – most use. |

Section J – no additional information. Section K – no additional information. Ms O'Leary thanked everyone for their time and then introduced Ms Turner to the audience.

Ms Turner welcomed everyone and reminded them that she was PCO of this contract. Explained how Christi had went through a lot of different type of clauses and if they should have any questions to refer to the FAR site or contact herself or Ms O'Leary. If anything today Ms Turner wanted to stress the importance of Sections L & M that she is

about to go through – most important to this contract. Reminded everyone to read very carefully all instructions and guidelines within these sections. Also reminded everyone that what is out currently is a draft and not the final, so questions from industry today are welcomed.

Section L – Informed everyone that the cover page would not be counted towards their limited page sections of their proposals. She also informed them if they sent more pages than what was requested ex. Someone sent 12 pages when limit was 10 she would send back to the company the last 2 pages of their submitted proposal. Also informed everyone that they could receive a disc of information that would include technical data on the existing MAC system as well as the draft RFP but they would need to fill out a DD Form 2345 to have access to this information. We do have a more current disc that is a available to those who have already submitted DD Form 2345 for those who haven't please submit the form and we would be happy to send you both versions CDs 1 and 2. Reminded everyone to please state and submit everything they want us to know about their product they will be pitching to us. If you think we might remember what you might say in today's meeting or in the one on ones please don't assume that because we probably won't remember. Ms Turner also explained to everyone that all oral presentation charts shall be submitted at the same time everything else is submitted this way it is a equal playing ground – no one would have the opportunity to make last minute changes, etc. In the Past Performance section Ms Turner asked all present to please contact anyone that they will be using as a reference to let them know that they are being listed as one for this effort. This way our team that will contact them we don't have any delays in getting the information we need. We will be providing a sample letter for client authorization to release to the government requested information needed to evaluate your past performance. We also have the right to contact anyone else that might be reliable sources for this information.

Section M – Sub factors listed are what we want for you to do to meet requirements. We are looking for "Best Value" not lowest cost. Government reserves the right to use other sources of information to base their evaluation on (ex CPARs, DCMA, etc) – we want to see the whole picture. Don't forget that these sections of L & M are very important – please read everything carefully. Again any questions can be directed to anyone here today until the final release of the RFP. After that time you must all direct your questions to either myself or Ms Christi O'Leary. Any questions – yes

| | |
|---|---|
| Q | When do you expect the final release of the RFP |
| A | We are shooting for 2 May 03 |

| | |
|---|---|
| Q | Exhibit A data – what is the status on this |
| A | Not been posted yet – we were waiting to see what we learned from today's industry day as a whole as well as the one on ones we will be having. This is just a draft right now – please don't base your proposal on what you see today or up until the final release of the RFP |

| | |
|---|---|
| Q | Is there any way you could black line or emphasize any changes made to the draft |

| | |
|---|---|
| | RFP. |
| A | Not really – system we use currently isn't very friendly to do this. Plus some changes might be so drastic that it could change several things. Possibility of constant changes being made everyday until final release of RFP. |

Ms Turner turned the floor over to Mr Mark Hillman for his portion of the engineering section.

Mr Hillman introduced himself as the lead engineer for this procurement. Explained how we wrote in the spec what we want for our new system. Also explained how the government bought drawings and technical data for the old system and had to use multiple companies/manufacturers for parts. Explained how this was a streamlining process and that the designs proposed should be based on what is written within the Performance Spec. Also informed everyone that this is a winner takes all type of program for right now. No down selects will be made. Even though we (government) don't plan to buy any drawings other than the ICDs would still like to be kept in the loop with the Class II changes. Reminded everyone that the purpose of their company is to meet our performance spec (most current draft out is 25 Mar 03) and not to base whole design on this document right now that there is a possibility of changes in the final release version. Some of the top level changes we are looking at are going from 2 tons capacity to 3 tons or more, gantry vs load/unload system, improved lighting 75 and 50 at ends right now need lights to come on right away – good light and to improve efficiency with holding munitions, wire dispenser, tool trays, etc. Trying to show size on containers ICDs – dimensions, width and height, what you need to know to put on the conveyor. Take the information we give you and do with it what you want to. We do have a new CD with more information than the first CD you would've received that can help you answer your questions on the ICDs and munitions. If you haven't yet filled out a DD2345 please do so and Miss Christy Wicker from the library will send you both copies.

| | |
|---|---|
| Q | New CD coming out is the 2nd CD that is available |
| A | Yes – ICDs and weapons on it. The Technical Library is where you'll find this information. For those of you who have a DD2345 form on file right now we can give you the 2nd CD today. |
| Q | Technical Library where is that |
| A | It is at the Titan office in Valparaiso this library holds critical information. All you need to do is get with Miss Christy Wicker (slide 22 in your handouts) she will be able to assist you. After she receives your form she will mail out both CDs to your company. |
| Q | Will you being using all the munitions you have listed on the new system |
| A | GBU 15 & 17 will be taken out of. All munitions in the final RFP are current |

# Munitions Assembly Conveyor II (MAC) Program

# Industry Day

| Company | Attendees | One – On – One | Date & Time |
|---|---|---|---|
| ✓ Spectrum | Dwight Howard<br>Pat Carpenter | Yes | 16th 1300-1345 |
| ✓ Manufacturing Technology, Inc. | Eric Trochaska<br>Bill Shirey | Yes | 16th 1345-1430 |
| ✓ Advanced Industries | Charles B. Wesonig<br>Allen Shackelford<br>Greg Watson<br>John Naumann<br>Stephen Hoyt | Yes | 16th 1430-1515 |
| ✓ Zitec | Daniel Mank<br>John Propeck<br>Rich McCoy | Yes | 16th 1515-1600 |
| ✓ D&D | David Martinez | Yes | 17th ~~0800-0845~~ |
| ~~TecSol~~ canx | Bill Mandigo<br>Archie Ponder | Yes | 17th 0845-0930 |
| P-MAC Enterprises | Mike Phillips<br>Phillip Bloomer | Yes | 17th 0930-1015 |
| ~~Kietek Material Handling~~ canx | Dennis Brinerton | Yes | 17th ~~1015-1100~~ |
| General Scientific Manufacturing, Inc. | Bob Shuping<br>Gary Bates<br>Ken Murphy<br>Sharon Watley | Yes | 17th 1300-1345 |
| Ver Val | Nate Smith | | 17th 1345-1430 |
| | | | 17th 1430-1515 |
| | | | 17th 1515-1600 |
| Weapon Systems Design & Manufacturing | Tom Turner | No | |
| Entwistle | Mike Diamon<br>Larry Hove | No | |

16 '7 APR

# Industry Day

APD

## Munitions Assembly Conveyor II (MAC)







73

63

# Overview

APD

- Agenda
- MAC II Team
- Proposal Preparatio
- Contracting
- Engineering

64

# Agenda

APD

| | |
|---|---|
| • Opening Remarks | 0800-0815 |
| • MAC Demo/Description | 0815-0915 |
| • Break | 0915-0930 |
| • MAC II Program Brief | 0930-1030 |
| • Free Time to observe old MAC & Munitions | 1030-1200 |
| • Lunch | 1200-1300 |
| • Begin One-on-Ones | 1300 |

# MAC II Team

APD

- Lt. John Kyzar – Program Manager
- Karen Turner – PCO
- Christi O'Leary – Buyer
- Mark Hillman – Lead Engineer
- Jonathan Markle – Engineer
- Tiffany Misita – Logistics
- TSgt Wali Lanier – Logistics
- Lt. Mike Burrell - Finance

# Proposal Preparation Resources

APD

- Eglin Small Business Office
  - Patty Uhrig – 850-882-2843
- Local Small Business Offices
- Private Companies
  - Consulting
  - Seminars

# Contracting

APD

- **Request For Proposal (RFP)**
  - Sections
    - A – Form 33
    - B – Supplies or Services
    - C – Descriptions/Specs/Work Statement
    - D – Packaging and Marking
    - E – Inspection and Acceptance
    - F – Deliveries or Performance
    - G – Contract Administration Data
    - H – Special Contract Requirements
    - I – Contact Clauses
    - J – List of Attachments
    - K – Representations, Certifications and Other Statements
    - L – Instructions, Conditions and notices to offerors
    - M – Evaluation Factors For Award

# Section A – Form 33

APD

- Solicitation F08635-03-R-0077
- Complete blocks 12-18 of RFP, Standard Form 33.
- By completing the SF 33 in this manner, you agree to the contract terms and conditions as written in the RFP, Sections A through K.

# Section B – Supplies or Services

APD

- CLIN 0001
  - 1 prototype
  - Pre-Operational Support
- CLIN 0002 - Data
  - A001 Technical Manual
  - A002 Interface Control Drawings (ICD)
  - A003 Provisioning
  - A004 Engineering Change Proposal (ECP)
- CLIN 0003 – 0010
  - Production Units
  - BEQ of 20 units per year

# Section C – Description/Specs/Work Statement

APD

- **C001 Work Description/Specification**

- All work called for by the contract line items specified in Section B shall be performed in accordance with

- System Performance Specification dated 25 Mar 03 or most recent version upon exercise of any options.

- Statement of Objectives dated 25 Mar 03.



71

# Section D – Packing and Marking

APD

- **AFMC 5352.247-9006 Marking of Warranted Items**

The Contractor shall mark the items to show the existence of the warranty; its substance and duration; and the name, address, and telephone number of the person to notify if the items are defective in accordance with FAR 46.706(b)(5), Warranty Terms and Conditions.

# Section E – Inspection and Acceptance

APD

- **FAR 52.246-16 Responsibility for Supplies**

  Unless the contract specifically provides otherwise, risk of loss of or damage to supplies shall remain with the Contractor until, and shall pass to the Government upon—

  (1) Delivery of the supplies to a carrier, if transportation if f.o.b. origin; or

  (2) Acceptance by the Government or delivery of the supplies to the Government at the destination specified in the contract, whichever is later, if transportation is f.o.b. destination.

- **DFARS 252.246-7000 Material Inspection and Receiving Report** Preparation Instructions located at Appendix F, of the DFARS.

# Section – F Deliveries or Performance

*APD*

## F001 OPTION CLIN PERFORMANCE PERIOD(S)

- 0003-0010 (FY 03 - FY 10)
  Deliver quantities ordered up to twenty (20) units within two hundred and twenty (220) days after award of each production option CLIN.

- 0002 Data Deliver data IAW Exhibit A of the CDRL.

# Section G – Contract Administration Data

APD

- Performance Based Payments

- Upon completion of each milestone as identified below, the contractor may submit an invoice to the MAC II Program Office in the amount identified for each milestone.

1. Design Completion
2. Prototype Delivered
3. Pre-Operational Support Complete

- For the last milestone, the contractor shall submit a final DD250 for payment which will close out this developmental part of the program and allow for liquidation of the remaining amount.

- The Government shall approve payment of each invoice within 7 days after receipt of the invoice or else provide rationale as to why approval has not been granted within that timeframe.

# Section H – Special Contract Requirements

APD

- **Eglin - H043 Assurance of Source Data**

The contractor will make available to the Government, at no charge, all source documentation required to secure parts, supplies, and manufacture the MAC II. This requirement is moot as long as the contractor remains a viable supplier.

- Eglin - H044 Economic Price Adjustment

CLINs 0003-0010 are subject to EPA. The proposed prices shall use no escalation.

Labor Index: EMPLOYMENT COST Index - 156.8
Material Index: PRODUCER PRICE Index - 151.0

**Con't...**

# Section H – Special Contract Requirements

APD

- Eglin - H042 Contractual Direction and Changes

  The Contracting Officer shall be the only individual authorized to redirect the effort or in any way amend any of the terms of this contract.

- H018 - Configuration Reviews/Audits

  The reviews/audits required by this contract will be performed on the dates and at the locations specified.

- H023 - Indefinite Quantity

  Pursuant to FAR 16.504, the maximum dollar threshold under this contract is $15M; the minimum is $100K

- H029 - Implementation of Disclosure of Information

  Distribution information per DFARS 252.204-7000.

Con't

# Section I – Contract Clauses

APD

## FAR 52.209-04 First Article Approval – Government Testing

- The Contractor shall deliver <u>1 Prototype</u> within <u>150</u> calendar days from the date of this contract to the Government at <u>Beale AFB, CA.</u> for first article tests.

- Within <u>45</u> calendar days after the Government receives the first article, the Contracting Officer shall notify the Contractor, in writing, of the conditional approval, approval, or disapproval of the first article.

- The Contractor shall produce both the first article and the production units (CLINS 0003-0010) at the same facility.

**Con't**

# Section I – Contract Clauses

**APD**

- **FAR 52.246-19 Warranty of Systems and Equipment Under Performance Specifications or Design Criteria**
  Offeror should fill in the Warranty information, <u>or</u> submit the Warranty under separate cover that will be included as an attachment to the contract.

- **DFARS 252.242-7000 Postaward Conference**
  The Contractor agrees to attend any postaward conference convened by the contracting activity or contract administration office in accordance with FAR Subpart 42.5.

  Conference to be held at contractor's facility within 10 days after contract award

# Section J – List of Attachments

APD

- Exhibit A
  - Data
  - Price at CLIN level and on the CDRL, DD Form 1423-1
- Attachment 1
  - Statement of Objectives (SOO)
- Attachment 2
  - System Performance Specification
- Attachment 3
  - Supportability Requirement
- Attachment 4
  - Pricing Table

# Section K – Representations, Certifications and Other

APD

- Represents your offer and should be the original with one copy, and secured in a binder. It will form the basis of any contract with your firm.
- Review Sections C through K and complete any necessary fill-ins and certifications.