Specification No. SP20038715
Code Ident. 18894
1 May 2003

**DEPARTMENT OF THE AIR FORCE**
AIR ARMAMENT CENTER (AFMC)
EGLIN AIR FORCE BASE, FLORIDA

# PERFORMANCE SPECIFICATION FOR

# CONVEYOR, MUNITIONS ASSEMBLY XXXX

Distribution A.

Approved for public release: Distribution is unlimited.

This document is unclassified and has been cleared for public release by a competent authority IAW directive 5230.9.

# TABLE OF CONTENTS

1.0 SCOPE ..... 5
2.0 APPLICABLE DOCUMENTS ..... 5
2.1 Government Documents ..... 5
2.1.1 Specifications ..... 5
2.1.1.1 Military ..... 5
2.1.1.2 Federal ..... 5
2.2 Standards ..... 5
2.2.1 Federal ..... 5
2.2.2 Military Publications ..... 5
2.3 Other Publications ..... 6
2.3.1 Air Force Publications ..... 6
2.4 Non-Government Documents ..... 6
3.0 REQUIREMENTS ..... 6
3.1 MAC II Item Definition ..... 6
3.1.1 MAC Item Diagram ..... 6
Figure 1. Functional Diagram ..... 7
3.1.2 Interface Definition ..... 8
3.1.2.a Stores ..... 8
TABLE 3.1.2.a Intended Munitions ..... 8
3.1.2.b Transport Trailers/Tow Vehicles ..... 9
TABLE 3.1.2.b Transport Trailers and Tow Vehicles ..... 9
3.1.2.c Facilities ..... 9
3.1.2.d Electrical Power Source ..... 9
3.1.2.e Compressed Air Source ..... 10
3.1.2.f Mobility ..... 10
3.1.2.g Shipping and Storage ..... 10
TABLE 3.1.2.g Shipping and Storage ..... 10
3.2 Characteristics ..... 10
3.2.1 Performance ..... 10
3.2.1.1 Loading & Unloading System ..... 11
3.2.1.2 Munition Assembly/Disassembly ..... 11
3.2.1.3 MAC II Assembly/Disassembly ..... 11
3.2.1.4 Unimproved Surfaces & Leveling Devices ..... 11
3.2.1.5 Lighting ..... 12
3.2.1.6 Temporary Storage Area ..... 12
3.2.1.7 Arming Wire Assembly ..... 12
3.2.1.8 Tool Trays ..... 12
3.2.2 Physical Characteristics ..... 12
3.2.2.1 Weight ..... 12
3.2.3 Service Life ..... 13
3.2.3.1 Maintainability & Reliability ..... 13
3.2.4 Environmental Operational Conditions ..... 13
TABLE 3.2.4 Environmental Condition Requirements ..... 13

3.2.5 Safety Factors and Design Proof Loads .......... 13
3.3 Design and Construction .......... 14
3.3.1 Materials, Processes, and Corrosion Resistance .......... 14
3.3.1.1 Metals .......... 14
3.3.1.2 Dissimilar Metal .......... 14
3.3.1.3 Standard and Commercial Parts .......... 14
3.3.1.4 Nameplates and Product Marking .......... 14
3.3.2 Workmanship .......... 14
3.3.3 Interchangeability .......... 14
3.3.4 Safety .......... 15
3.3.4.1 Grounding .......... 15
3.4 Personnel .......... 15
4.0 QUALITY ASSURANCE PROVISIONS .......... 15
4.1 General .......... 15
4.1.1 Special Tests or Inspections .......... 16
TABLE 4.1 Requirements and Verifications Cross-Reference Index .......... 16
4.1.2 Interfaces .......... 17
4.1.2.a Stores .......... 17
4.1.2.b Transport Trailers/Tow Vehicles .......... 17
4.1.2.c Facilities .......... 17
4.1.2.d Electrical Power Source .......... 18
4.1.2.e Compressed Air Source .......... 18
4.1.2.f Mobility .......... 18
4.1.2.g Shipping and Storage .......... 18
4.2 Characteristics .......... 18
4.2.1 Performance .......... 18
4.2.1.1 Loading & Unloading System .......... 18
4.2.1.2 Munition Assembly/Disassembly .......... 19
4.2.1.3 MAC II Assembly/Disassembly .......... 19
4.2.1.4 Unimproved Surfaces and Leveling Devices .......... 19
4.2.1.5 Lighting .......... 19
4.2.1.6 Temporary Storage Area .......... 19
4.2.1.7 Arming Wire Assembly .......... 19
4.2.1.8 Tool Trays .......... 19
4.2.2 Physical Characteristics .......... 19
4.2.2.1 Weight .......... 19
4.2.3 Service Life .......... 20
4.2.3.1 Maintainability & Reliability .......... 20
4.2.4 Environmental Conditions .......... 20
TABLE 4.2.4 Environmental Tests Methods, Procedures and Parameters .......... 20
4.2.5 Safety Factors and Design Proof Loads .......... 20
4.3 Design and Construction .......... 21
4.3.1 Materials, Processes, and Corrosion Resistance .......... 21
4.3.1.1 Metals .......... 21
4.3.1.2 Dissimilar Metals .......... 21

4.3.1.3 Standard and Commercial Parts ........ 21
4.3.1.4 Nameplates and Product Marking ........ 21
4.3.2 Workmanship ........ 21
4.3.3 Interchangeability ........ 21
4.3.4 Safety ........ 22
4.3.4.1 Grounding ........ 22
4.4 Personnel ........ 22
5.0 PREPARATION FOR DELIVERY ........ 22
5.1 Packaging and Preservation ........ 22
5.2 Markings ........ 22

## 1.0 SCOPE

This specification establishes the performance and validation requirements for a Munition Assembly Conveyor II (MAC II), XXXX. The MAC II shall be used to assemble munitions.

## 2.0 APPLICABLE DOCUMENTS

### 2.1 Government Documents

The following documents of the exact issue shown shall form a part of this specification to the extent specified herein. In the event of conflict between the documents referenced herein and the contents of this specification, this specification shall be considered a superseding requirement.

### 2.1.1 Specifications

#### 2.1.1.1 Military

| | |
|---|---|
| DoD 6055.9-STD | DoD Ammunition and Explosives Safety Standards |

#### 2.1.1.2 Federal

| | |
|---|---|
| W-C-596G | Connector, Plug, Receptacle and Cable Outlet, Electrical Power |
| A-A-59553 | Coupling, Hose (Half), Pneumatic, Universal Type |

### 2.2 Standards

#### 2.2.1 Federal

| | |
|---|---|
| FED-STD-595B | Color |

#### 2.2.2 Military Publications

| | |
|---|---|
| MIL-STD-129P | Marking for Shipment and Storage |
| MIL-STD-130K | Identification Marking of US Military Property |
| MIL-STD-2073/1D | Part and Equipment, Procedures for Packaging and Packing of |
| MIL-STD-810F | Environmental Test Procedures |
| MIL-STD-882D | System Safety |
| MIL-STD-1365B | General Design Criteria for Handling Equipment Associated with Weapons and Related Items |
| MIL-STD-1472F | Human Engineering |
| MIL-HDBK-1791 | Air Transportability Requirements, General Specification For |

## 2.3 Other Publications

### 2.3.1 Air Force Publications

| | |
|---|---|
| AFMAN 91-201 | Explosive Safety Standard |
| AFMAN 36-2108 | Enlisted Classification |
| AFOSHSTD 91-501 | Air Force Consolidated Occupational Safety Standard |

## 2.4 Non-Government Documents

| | |
|---|---|
| ANSI B30 | Material Handling Equipment Safety Standard |
| ASTM B117 | Salt Spray (Fog) Apparatus, Operating |
| AWS D1.1/D1.1M-2002 | Welding Code, Structural, Steel |
| AWS D1.2-1997 | Welding Code, Structural, Aluminum |

(Copies of specifications, standards, drawings, and publications, required by suppliers in connection with specified procurement functions should be obtained from the procuring activity or as directed by the Contracting Officer.)

# 3.0 REQUIREMENTS

## 3.1 MAC II Item Definition

The MAC II shall allow personnel to load and unload unassembled and assembled munitions from trailers onto temporary storage or directly for assembly or disassembly in a continuous process. A portable compressor and electrical power source shall provide power for the MAC II. The compressor and electrical power sources are current inventory items that will be supplied by the field unit.

### 3.1.1 MAC Item Diagram

Figure 1 is a notional functional diagram of the original MAC system. This is provided as information only. The MAC II system may contain improvements that result in a different way of assembling/disassembling weapons.

**Figure 1. Functional Diagram**




*NOTE: Generator and Compressor are field furnished and will be located no less than 25 feet from explosives (AFMAN 91-201). Fuzing, finning and arming wire stations may not necessarily be in the order shown.





118

3.1.2 Interface Definition

The MAC II shall be capable of interfacing with the following:

3.1.2.a Stores

The MAC II shall be capable of handling, assembling, and disassembling the munitions listed in Table 3.1.2.a.

**TABLE 3.1.2.a Intended Munitions**

| Munition | Description |
|---|---|
| MK-82 | General-purpose bomb with MAU-93, BSU-49, GBU-38 fins and strakes |
| MK-84 | General-purpose bombs with BSU-50, GBU-31 fins and strakes, or conical fins |
| GBU-31 w/BLU-109 | Penetration warhead with fins and strakes |
| GBU-32 w/MK-83 | Guided bomb with fins and strakes |
| GBU-10, 12, 24, 27 | Guided bombs |
| SUU-64, 65, 66 | Dispensers* |
| CBU-87, 89, 97, 103 to 105 | Cluster bombs |
| M-117 | General-purpose bombs with MAU-91 and MAU-103 fins |
| M-129 | Leaflet bomb |

*NOTE: Dispensers contain the CBU-87, 89, 97, 103 to 105.

### 3.1.2.b Transport Trailers/Tow Vehicles

The MAC II shall allow the transport trailers or tow vehicles in Table 3.1.2.b easy access to load and unload munitions.

**TABLE 3.1.2.b Transport Trailers and Tow Vehicles**

| **Munition Trailers** | **Triple Stacked Height (Feet)** | **Triple Stacked Width (Feet)** |
|---|---|---|
| 1. MHU-141/M Munitions Trailer | 8.00* | 7.00 |
| 2. MHU-110/M Munitions Trailer | 7.50 | 7.25 |
| 4. MHU-226/M Munitions Trailer | 7.875 | 7.25 |
| **Semi-Trailer** | **Height (Feet)** | **Width (Feet)** |
| 5. 40-Foot Flatbed Trailer | 7.125** | 8.00 |
| **Tow Vehicles** | **Vehicle Height (Feet)** | **Vehicle Width (Feet)** |
| 6. Bobtail Tow Vehicle | 6.50 | 7.50 |
| 7. Commercial Tractor Tow Vehicle | 13.50 | 8.00 |
| 8. MB-4 Tow Vehicle | 8.25 | 8.00 |

*NOTE: Highest non-munition loading/unloading configuration.
**NOTE: 40-Foot Flatbed Trailer with MK-84 Aluminum Rail Set configuration is the highest munition configuration for loading/unloading. In this configuration the MK-84 lugs are 7.125 feet from the ground.

### 3.1.2.c Facilities

The MAC II shall be capable of operating within a Third Generation Hardened Facility (TAB VEE) with dimensions of approximately 27.4 feet high by 70.8 feet wide by 120 feet long as described by DoD 6055.9-STD.

### 3.1.2.d Electrical Power Source

The MAC II shall provide for control and distribution of electrical power. In addition, it shall have four 110V, 15 AMP receptacles to power miscellaneous electrical devices not list in this document. The MAC II electrical system shall conform to applicable AFOSHSTD 91-501 requirements. The MAC II shall have a male plug (W-C-596G designation) to interface with the following power sources that will be located a minimum of 25 feet from explosives (AFMAN 91-201).

(1) NF-2D Portable Floodlight Set
(2) FL-1D Floodlight

3.1.2.e Compressed Air Source

The MAC II shall have a ¾ inch pneumatic hose coupling, (A-A-59553 designation) that is capable of interfacing with the MC-7 Air Compressor located a minimum of 25 feet from explosives (AFMAN 91-201). The MAC II system shall have the capability to simultaneously power four pneumatic tools used for assembling munitions.

3.1.2.f Mobility

The MAC II shall be capable of being Air Transportability Certified per MIL-HDBK-1791 on C-130, C-141, C-5, KC-10, or C-17 aircraft when loaded into containers and pallets on either one MHU-110 or one MHU-226 trailer.

3.1.2.g Shipping and Storage

The MAC II system shall be capable of being shipped and stored using the existing aluminum containers* and pallets* listed in Table 3.1.2.g below. An alternate long life reusable storage and shipping containers and/or pallets may be used for storage and shipment of the MAC II if cost effective. The cost of the alternate design, if proposed, must be included in the cost of the MAC II and provided with each system at the time of delivery. MIL-STD-2073 may be used as guidance in developing additional containers and/or pallets. See paragraph 3.2.1.3.

**TABLE 3.1.2.g Shipping and Storage**

| Container Name | Drawing Number | Quantity | Approximate Internal Dimensions (Inches) | Tare Weight (Pounds) |
|---|---|---|---|---|
| Container 1 | 20038957 | 1 | 47.0L x 26.0W x 24.0H | 150 |
| Container 2 | 20038958 | 1 | 47.0L x 26.0W x 24.0H | 150 |
| Container 3 | 20038959 | 1 | 83.0L x 36.0W x 24.0H | 295 |
| Container 4 | 20038960 | 1 | 157.5L x 46.0W x 19.0H | 600 |
| **Pallet Name** | | **Quantity** | **Approximate External Dimensions (Inches)** | **Tare Weight (Pounds)** |
| Pallet 1 | 20038961 | 1 | 120.0L x 53.0W x 4.0H | 270 |
| Pallet 2 | 20038962 | 1 | 121.0L x 21.0W x 4.0H | 150 |

*NOTE: Interface Control Drawings of the containers and pallets are available.

3.2 Characteristics

3.2.1 Performance

3.2.1.1 Loading & Unloading System

The MAC II shall be capable of simultaneously loading and unloading bomb bodies and fully assembled munitions listed in Table 3.1.2.a from and onto the trailers listed in Table 3.1.2.b. The MAC II shall operate more efficiency (speed and/or weight capacity) than the current MAC. Load and unload features shall be of the same configuration and interchangeable. Safety features shall be included to preclude accidental dropping of the munitions. All movement of munitions during lifting shall be powered. If required for cold temperature, an alternate load and unload features can be an option. The MAC II shall have a manual brake release for lowering munitions in the event of a power failure.

3.2.1.2 Munition Assembly/Disassembly

The MAC II shall accommodate up to twenty-five, 500-pound class munitions at one time. The system shall facilitate the assembly/disassembly of the munitions listed in Table 3.1.2.a. Munition flow from loading to unloading shall be free and easy without binding. The MAC II shall preclude munitions from interfering with or impacting each other. The MAC II shall also allow munition assemblies to be torqued up to 625 ± 25 ft-lb. The MAC II shall have a working strength of 12,000 lbs per 10-foot section.

3.2.1.3 MAC II Assembly/Disassembly

The MAC II shall be capable of being assembled or disassembled and repackaged from transport trailers or tow vehicles in Table 3.1.2.b with a maximum of 15 Air Force personnel (AFSC 2W030/2W050 as described in AFMAN 36-2108) within 60 minutes using only a 6,000 lbs forklift, minimum hand tools, and no stand alone special tools. Special tooling for assembly may be integrated into the MAC II system. Marking or some other means of identification to facilitate assembly and repacking shall be provided. Disassembly and repackaging shall use the existing containers and meet the mobility requirements stated in 3.2.1.f. See Table 3.1.2.g for a list of containers with dimensions. An alternate long life reusable storage and shipping containers and/or pallets may be used. See paragraph 3.1.2.g.

3.2.1.4 Unimproved Surfaces & Leveling Devices

The MAC II system, when loaded to its peak capacity shall not impose a pressure on any portion of the bearing surface upon which it is assembled, greater than 5,430 pounds per square foot. The MAC II shall be capable of being safely assembled and used on improved as well as unimproved terrain consisting of a variation in surface height up to 5.25 inches. The MAC II shall not require anchors for stability.

3.2.1.5 **Lighting**

The MAC II system shall operate and maintain sufficient light to accomplish munition loading, assembly, and unloading. A lighting level of at least 75 foot-candles shall be maintained over the entire munition assembly/disassembly area at 3 feet above the ground. The lighting levels at the loading and off-loading areas shall be a minimum of 50 foot-candles 3 feet above the ground. The color of the light furnished shall be as near to the natural light as possible. The fixtures furnished shall not require more than 5 minutes of restart time when the light is turned off and back on again.

3.2.1.6 **Temporary Storage Area**

The MAC II shall have a munition storage area loading that shall allow easy manual movement of pallets to the loading area. It shall be capable of storing six, 2,000-pound class munition pallets double-stacked at one time. Each 2,000-pound class munition pallet contains two bomb bodies. It shall also be capable of storing seven, 500-pound class munition pallets triple-stacked at one time. Each 500-pound class munition pallet contains six bomb bodies.

3.2.1.7 **Arming Wire Assembly**

The MAC II shall have an arming wire dispenser that incorporates a wire straightener and an anti-backlash device, and can accommodate a spool of arming wire with an outer diameter of 9.00 inches, an inner diameter of 2.00 inches, and a width of 8.25 inches. The Arming Wire Assembly shall allow for easy dispensing.

3.2.1.8 **Tool Trays**

The MAC II shall incorporate at least four moveable tool trays strategically located to allow technicians to efficiently retrieve and store hand and air tools. The tray size shall be approximately 12 inches wide and 24 inches long. Hand and air tools shall consist of standard impact wrenches, torque wrenches, ratchets, speed handles, arming wire pliers, screwdrivers, and ratchet extensions. The tool tray placement and size shall not interfere with the technicians work environment and be of sufficient capacity to accommodate all tools.

3.2.2 **Physical Characteristics**

3.2.2.1 **Weight**

The MAC II shall meet the human engineering lifting requirements of MIL-STD-1472F for manually handled features up to 5 feet above the ground. The weight of the system including the containers shall not exceed 12,000 lbs to minimize the mobility footprint. The weights of the containers and pallets are in Table 3.1.2.g.

3.2.3 Service Life

All structural and support members of the MAC II shall have an expected service life of not less than 30 years. The service life of commercial off the shelf items shall conform to industry standards. The MAC II shall be capable of being stored outside for a minimum of five years.

3.2.3.1 Maintainability & Reliability

The MAC II shall be capable of continuous operation for 1,000 hours or more with no unscheduled maintenance required. Maintenance on the MAC II shall be limited to field level. Preventive maintenance for commercial off the shelf items shall be in accordance with industry standards. The mean time to repair (MTTR) by a skill level five person shall be no more than 4 hours using the technical manual.

3.2.4 Environmental Operational Conditions

The MAC II shall be capable of operation and storage throughout its service life without damage when exposed to the environmental conditions listed in Table 3.2.4.

**TABLE 3.2.4 Environmental Condition Requirements**

| Environmental Condition | Requirement | |
|---|---|---|
| Low Temperature | Operating:<br>Storage: | -25°F<br>-65°F |
| High Temperature | Operating:<br>Storage: | +125°F with solar load<br>+160°F |
| Humidity | Relative Humidity | 3% to 95% |
| Salt Fog | See Doc.: ASTM B117, 96 hours | |
| Blowing Rain | Rainfall Rate:<br>Wind: | 2 inches per hour<br>40 miles per hour |
| Blowing Dust | Dust Concentration:<br>Wind: | $0.3 \pm 0.2$ g/ ft$^3$<br>35 miles per hour |
| Blowing Sand | Sand Concentration:<br>Wind: | $0.0623 \pm 0.015$ g/ft$^3$<br>35 miles per hour |
| Ice/ Freezing Rain | Water Delivery Rate:<br>Droplet Size: | 25mm/h<br>1.0 mm to 1.5 mm |

3.2.5 Safety Factors and Design Proof Loads

The MAC II's safety factor and design proof load requirements shall meet MIL-STD-1365B and ANSI B30.

## 3.3 Design and Construction

### 3.3.1 Materials, Processes, and Corrosion Resistance

Materials used shall be corrosion resistant when exposed to environments in Table 3.2.4. If paint is used to provide corrosion protection, it shall be dark green, color number 34052, in accordance with FED-STD-595B. Painted surfaces shall be capable of being touched up without having to repaint adjacent areas. Hazardous and toxic materials and processes shall be avoided. The MAC II system shall not contain materials requiring special processes or treatment for disposal.

#### 3.3.1.1 Metals

All metallic surfaces and joints shall be treated to resist corrosion due to fuels, salt fog, or atmospheric conditions likely to be met in storage or normal service.

#### 3.3.1.2 Dissimilar Metal

Unless protected against corrosion, dissimilar metals shall not be used in direct contact with each other.

#### 3.3.1.3 Standard and Commercial Parts

The MAC II shall use commercial off-the-shelf (COTS) parts to the maximum extent practical.

#### 3.3.1.4 Nameplates and Product Marking

The MAC II shall be marked in accordance with MIL-STD-130K.

### 3.3.2 Workmanship

The MAC II shall be fabricated in a manner that will insure high quality appearance, fit, interchangeability and assembly. Particular attention shall be given to neatness and thoroughness of marking of parts and assemblies, plating, printing, riveting, machine screw assemblage and welding. The MAC II design shall not permit water accumulation in pockets, creases, fissures, or depressions, which could cause structural damage and or operational impairment upon freezing. Welded materials shall be IAW ANSI /AWS D1.2-1997 and or AWS D1.1-2002.

### 3.3.3 Interchangeability

MAC II piece parts shall be physically and functionally interchangeable between systems without the need for modification.

3.3.4 Safety

The MAC II shall allow effective operations and maintenance without injury or damage to personnel and equipment with emphasis on MIL-STD-882D and AFMAN91-201 requirements. To assure safe operation the MAC II shall implement durable effective hose trolleys that keep overhead compressed air lines, wires, and/or hydraulic lines (as applicable) safely out of danger and prevent tangling. The hose trolleys shall capture and hold any air lines, wires, and/or hydraulic lines firmly and resist pulling and tugging.

3.3.4.1 **Grounding**

The MAC II shall incorporate capability to be externally grounded in accordance with AFMAN 91-201.

3.4 **Personnel**

The MAC II shall not require maintenance above the using base maintenance squadron. All operations of the system shall be carried out by a three-person team of 2W0XX personnel as defined by AFMAN 36-2108. No special training shall be required. The level of training required shall not exceed that which can be provided by on-the-job training on site.

4.0 **QUALITY ASSURANCE PROVISIONS**

4.1 **General**

This section defines the inspections, certifications, demonstrations, tests, and analyses necessary to verify the ability of the MAC II to meet the requirements prescribed in Section 3. These inspections, certifications, demonstrations, tests, and analyses will be performed on the prototype MAC II's.

The MAC II Integrated Development and Operational Test Plan contains the detailed procedures for the inspections, demonstrations, and tests required by this section.

Table 4.1 provides a cross-index of the Section 3 requirements, the Section 4 quality assurance provisions, and the associated organizational responsibilities. The verification methods listed in Table 4.1 are defined as follows:

- I – Inspection. Careful and critical examination, including measurements, where appropriate. Usually an unaided visual examination.
- C – Certification. A formal confirmation that a particular quality, feature, or characteristic meets a specified standard or that the results provided are true and accurate.

- D – Demonstration. An activity showing that a particular capability or function exists.
- T – Testing. Accomplish tests as defined in Section 3 and Section 4.
- A – Analysis. Perform analysis as defined in Section 3 and Section 4. This may consist of comparison to existing designs.
- NA – Not Applicable.
- G – Government.
- CONTR – Contractor.

The government reserves the right to witness and perform any of the tests or demonstrations required by this specification where the government deems such tests necessary to assure that the MAC II conforms to the specified requirements.

The government reserves the right to verify contractor certifications by independent analyses or testing.

### 4.1.1 Special Tests or Inspections

When inspections or tests not described or referenced herein are required, they shall be conducted in accordance with industry-approved standards acceptable to the government.

**TABLE 4.1 Requirements and Verifications Cross-Reference Index**

| REQUIREMENT | DESCRIPTION | METHOD | VERIFICATION | RESPONSIBILITY |
|---|---|---|---|---|
| 3. | Requirements | | N/A | N/A |
| 3.1 | MAC II Item Definition | | N/A | N/A |
| 3.1.1 | MAC II Item Diagram | | N/A | N/A |
| 3.1.2 | Interface Definition | | N/A | N/A |
| 3.1.2.a | Stores | I, D | 4.1.2.a | G |
| 3.1.2.b | Transport Trailers/Tow Vehicles | I, A, D | 4.1.2.b | G |
| 3.1.2.c | Facilities | I | 4.1.2.c | G |
| 3.1.2.d | Electrical Power Source | I, D | 4.1.2.d | G |
| 3.1.2.e | Compressed Air Source | T | 4.1.2.e | G |
| 3.1.2.f | Mobility | A | 4.1.2.f | G |
| 3.1.2.g | Shipping & Storage | A, D | 4.1.2.g | G, CONTR |
| 3.2 | Characteristics | | N/A | N/A |
| 3.2.1 | Performance | | N/A | N/A |
| 3.2.1.1 | Loading & Unloading System | T | 4.2.1.1 | G, CONTR |
| 3.2.1.2 | Munition Assembly/Disassembly | I, A, D, T | 4.2.1.2 | G, CONTR |
| 3.2.1.3 | MAC II Assembly/Disassembly | D, T | 4.2.1.3 | G |
| 3.2.1.4 | Unimproved Surfaces & Leveling Devices | T | 4.2.1.4 | G |
| 3.2.1.5 | Lighting | C, T | 4.2.1.5 | G |
| 3.2.1.6 | Temporary Storage Area | I, C, D | 4.2.1.6 | G, CONTR |

| | | | | |
|---|---|---|---|---|
| 3.2.1.7 | Arming Wire Assembly | I, D | 4.2.1.7 | G |
| 3.2.1.8 | Tool Trays | I, D | 4.2.1.8 | G |
| 3.2.2 | Physical Characteristics | | N/A | N/A |
| 3.2.2.1 | Weight | I | 4.2.2.1 | G |
| 3.2.3 | Service Life | A, C | 4.2.3 | G, CONTR |
| 3.2.3.1 | Maintainability & Reliability | A, I, C | 4.2.3.1 | G, CONTR |
| 3.2.4 | Environmental Operational Conditions | I, A, T | 4.2.4 | G |
| 3.2.5 | Safety Factor and Design Proof Load | I, T | 4.2.5 | G |
| 3.3 | Design & Construction | | N/A | N/A |
| 3.3.1 | Materials, Processes and Corrosion Resistance | I, C | 4.3.1 | G, CONTR |
| 3.3.1.1 | Metals | I, A, C | 4.3.1.1 | G, CONTR |
| 3.3.1.2 | Dissimilar Metals | I, C | 4.3.1.2 | G, CONTR |
| 3.3.1.3 | Standard and Commercial Parts | I | 4.3.1.3 | G |
| 3.3.1.4 | Nameplates and Product Marking | I | 4.3.1.4 | G |
| 3.3.2 | Workmanship | I | 4.3.2 | G |
| 3.3.3 | Interchangeability | I, D | 4.3.3 | G |
| 3.3.4 | Safety | I, A | 4.3.4 | G, CONTR |
| 3.3.4.1 | Grounding | I, T | 4.3.4.1 | G |
| 3.4 | Personnel | I, D | 4.4 | G |

*NOTE: The government reserves the right to perform additional inspections, demonstrations, tests, and analyses set forth in the specification where such inspections, demonstrations, tests, and analyses are deemed necessary to assure supplies and services conform to prescribed requirements.

**4.1.2 Interfaces**

**4.1.2.a Stores**

Verification that the MAC II is capable of handling, assembling, and disassembling the munitions listed in Table 3.1.2.a shall be by inspection and demonstration. The government will inspect the MAC II to determine if the required functions for each of the intended munitions can be accomplished. Some or all of the munitions will be selected to demonstrate that they can be handled, assembled, and disassembled.

**4.1.2.b Transport Trailers/Tow Vehicles**

Verification that the off-load and the on-load features of the MAC II allow all of the transport trailers or tow vehicles listed in Table 3.1.2.b easy access shall be accomplished by inspection, demonstration, and/or analysis as determined by the government.

**4.1.2.c Facilities**

Verification that the MAC II is capable of operation within a Third Generation Hardened Facility (TAB VEE) shall be by inspection of the fully assembled MAC II and comparison with the maximum dimensions listed in 3.1.2.c.

**4.1.2.d Electrical Power Source**

Verification that the MAC II is capable of interfacing with the power sources listed in 3.1.2.d while having means with which to collect electrical power with the specified plug and providing a control and distribution source shall be by inspection and demonstration. Any or all of these power sources may be used to demonstrate the required interface capability.

**4.1.2.e Compressed Air Source**

Verification that the MAC II is capable of interfacing with and being powered by the MC-7 Air Compressor using the specified pneumatic hose coupling shall be by testing. This test shall include connecting pneumatic tools to at least four MAC II fittings and operating the tools simultaneously.

**4.1.2.f Mobility**

Verification that the MAC II meets the mobility requirements shall be by analysis. An analytical assessment will be made by the government of the MAC II on an MHU-110 and an MHU-226 trailer to verify that the combined cube dimensions, weight, and trailer axle loadings of the MAC II and trailer can be certified per MIL-HDBK-1791 to meet the requirements for air transport on C-130, C-141, C-5, KC-10, and C-17 aircraft in accordance with 3.1.2.f.

**4.1.2.g Shipping and Storage**

Verification that the MAC II is capable of being shipped and stored using the aluminum containers and pallets listed in Table 3.1.2.g shall be by analysis and demonstration. Verification that alternate long life reusable storage and shipping containers and/or pallets meet required storage and shipping requirements shall be by government analysis and demonstration.

**4.2 Characteristics**

**4.2.1 Performance**

**4.2.1.1 Loading & Unloading System**

The ability of the MAC II to simultaneously load and unload the munitions listed in Table 3.1.2.a from the trailers listed in Table 3.1.2.b shall be verified by testing. Any or all of the munitions listed in Table 3.1.2.a may be used in this test. Verification that the MAC II meets the requirements of 3.2.1.1 for capability, strength, and safety shall be by government testing. The required operation of the manual brake release shall be demonstrated.

4.2.1.2 **Munition Assembly/Disassembly**

Verification that the MAC II meets the requirements of 3.2.1.2 for strength, munitions accommodation, torquing, and strength shall be by inspection, analysis, demonstration, and testing.

4.2.1.3 **MAC II Assembly/Disassembly**

Verification that the MAC II meets the assembly, disassembly, and repackaging requirements of 3.2.1.3 shall be by government testing and demonstration.

4.2.1.4 **Unimproved Surfaces and Leveling Devices**

Verification that the MAC II, when loaded to its peak capacity, meets the bearing surface pressure requirements and can be safely assembled on surfaces with a variation in surface height as specified in 3.2.1.4 shall be by government testing.

4.2.1.5 **Lighting**

The lighting levels and restart time required by 3.2.1.5 shall be verified by government testing while the MAC II is being powered by any of the power sources listed in 3.1.2.d. and under the ambient temperature conditions existing at the time and location of the test. Restart time at low temperatures and color temperature of the lighting shall be determined by contractor certification.

4.2.1.6 **Temporary Storage Area**

The presence of the required pallet storage area shall be verified by inspection. The capacity of the storage area shall be verified by contractor certification.

4.2.1.7 **Arming Wire Assembly**

The presence of the arming wire dispenser and verification of its required characteristics shall be verified by inspection and demonstration.

4.2.1.8 **Tool Trays**

The presence and capacity of the required tool trays shall be verified by inspection. The effect of the placement and size of the tool trays on the technicians' work environment shall be evaluated during operational demonstrations.

4.2.2 **Physical Characteristics**

4.2.2.1 **Weight**

The requirements of 3.2.2.1 shall be verified by inspection, including weighing.

4.2.3 **Service Life**

The service life requirements of 3.2.3 shall be verified by government and contractor analyses and by contractor certification.

4.2.3.1 **Maintainability & Reliability**

The contractor shall certify, and shall provide the supporting analytical data, that the lifting source and its components meet the requirements of 3.2.3.1. The MTTR for the lifting source will be demonstrated during test using the preliminary technical order. Reliability and Maintainability data will be collected during the testing to augment the certifications.

4.2.4 **Environmental Conditions**

The ability of the MAC II to operate and/or to be stored under the environmental conditions specified in 3.2.4 shall be verified by inspection, analysis, and testing by the government. Testing will be accomplished using the test methods, procedures, and parameters shown in Table 4.2.4. Any evidence of degradation in performance or corrosion shall be considered a failure.

**TABLE 4.2.4 Environmental Tests Methods, Procedures and Parameters**

| Condition | MIL-STD-810F | | |
|---|---|---|---|
| | **Method** | **Procedure** | **Parameter(s)** |
| High Temperature (operational) | 505.4 Solar Radiation | I (Cycling, Heating Effects) | +125°F ambient air with solar radiation |
| High Temperature (storage) | 501.4 | I (Storage) | +160°F maximum |
| Low Temperature (operational) | 502.4 | II (Operational) | -25°F minimum |
| Low Temperature (storage) | 502.4 | I (Storage) | -65°F minimum |
| Rain | 506.4 | I (Rain and Blowing Rain) | |
| Icing/Freezing Rain | 521.2 | I | Glaze Ice, 13 mm (Thickness) |
| Humidity | 507.4 | NA | |
| Sand and Dust | 510.4 | I (Blowing Dust) and II (Blowing Sand) | Air velocity of 35 mph |
| Salt Fog | ASTM B117 | | 96 hours |

4.2.5 **Safety Factors and Design Proof Loads**

The safety factor and design proof load requirements of the MAC II shall be verified by test and inspection by the government. Testing will be accomplished

using the test methods, procedures, and parameters in MIL-STD-1365 and ANSI B30.

4.3 **Design and Construction**

4.3.1 **Materials, Processes, and Corrosion Resistance**

The corrosion resistance of the materials used shall be evaluated during the testing specified in 4.2.4. Verification that toxic materials and processes have been avoided shall be by contractor certification and government inspection.

4.3.1.1 **Metals**

The presence and adequacy of the required treatment of metallic surfaces and joints shall be determined by inspection, government analysis, and contractor certification.

4.3.1.2 **Dissimilar Metals**

The requirement of 3.3.1.2 shall be verified by inspection and contractor certification.

4.3.1.3 **Standard and Commercial Parts**

The extent of the use of COTS parts shall be determined by inspection.

4.3.1.4 **Nameplates and Product Marking**

Verification that the MAC II is marked in accordance with MIL-STD-130K shall be determined by inspection.

4.3.2 **Workmanship**

Verification that the MAC II meets the requirements of 3.3.2 shall be by inspection. Verification that the welding has been accomplished in accordance with the stated specifications shall be accomplished by an American Welding Society-certified welding inspector.

4.3.3 **Interchangeability**

Interchangeability of piece parts and major components shall be verified by inspection and demonstration.

4.3.4 Safety

The safety of the MAC II shall be verified by an analysis of the design data, a review of the overall test results, and physical inspections to compare with the guidance and requirements in MIL-STD-882D, AFMAN 91-201, and 3.3.4.

**4.3.4.1 Grounding**

The ability of the MAC II to be grounded shall be determined by inspection, including resistance measurements of applicable components.

**4.4 Personnel**

The MAC II shall be inspected by experienced government munitions handling equipment personnel who will evaluate the level of difficulty involved in operating the system and who will assess the level of training that would be required for operation and maintenance by personnel with the specified skill code.

**5.0 PREPARATION FOR DELIVERY**

**5.1 Packaging and Preservation**

Packaging and preservation shall be best commercial practice for shipment from the contractor's facility to CONUS and overseas bases. Subsequent shipments will be made in Government furnished containers and pallets listed in Table 3.1.2.g. (See paragraph 3.1.2.g for exception).

**5.2 Markings**

In addition to any special marking required by the contract or order, the packages and shipping containers shall be marked in accordance with requirements of MIL-STD-129P.