# AWARD/CONTRACT

1. PAGE 1 OF 42

| 2. INSTRUMENT ID NO. (PIIN) | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. | 5. CERTIFIED FOR NATIONAL DEFENSE UNDER BDC DO-A5 REG 2/DMS REG 1 RATING |
|---|---|---|---|
| F08635-84-C-0301 | 84 SEP 12 | | |

**6. ISSUED BY** CODE FQ7621

DEPARTMENT OF THE AIR FORCE
AD/YNK
Eglin AFB FL 32542-5320

Buyer: Capt Wall
Telephone: (904) 882-2737

**7. ADMINISTERED BY** CODE S0101A

DCASMA Birmingham
908 South 20th Street
Birmingham AL 35202

PAS: S0101A48017PC

**8. CONTRACTOR NAME AND ADDRESS** CODE 61420 FACILITY CODE

Ver-Val Enterprises, Inc.
97 Hill Ave.
Industrial Park
Fort Walton Beach FL 32548

MAILING DATE: 84 SEP 12

APPROVED 12 SEP 1984
EDGAR L. BITTLE
ASST DEPUTY FOR CONTRACTING AND MANUFACTURING

IF "D" FOR MULTIPLE FACILITIES SEE SECT "G"

9. SUBMIT INVOICES (4 copies unless otherwise specified) TO ADDRESS SHOWN IN

10. DISCOUNT FOR PROMPT PAYMENT

| | % | DAYS | NET DAYS |
|---|---|---|---|
| 1 ST | N % | DAYS | OTHER |
| 2 ND | % | DAYS | IF "9" SEE SECT "B" |
| 3 RD | % | DAYS | |

| 11. AUTHORIZED RATE A. PROGRESS PAY | B. RECOUP | 12. CONTRACT PERCENT FEE |
|---|---|---|
| 95.00 % | 95.0 % | % |

13. PAYMENT WILL BE MADE BY CODE S1102A

DCASR Atlanta
805 Walker St.
Marietta GA 30060

IF "D" FOR MULTIPLE DISBURSING OFFICES. SEE SECT "G"

| 14. PURCHASE OFFICE POINT OF CONTACT | 15. SVC/AGENCY USE |
|---|---|
| EAJ/EAN/EAJ | |

| 16. TYPE CONTRACTOR | 17. SECURITY A. CLAS | B. DATE OF DD 254 |
|---|---|---|
| J | U | |

| 18. CONTRACT ADMINISTRATION DATA A. FAST PAY | B. CONTRACT (1) KIND | (2) TYPE | C. ABSTRACT RECIP ADP POINT | D. SPL CONT PROVISIONS | E. CONT ADMIN FUNC LMT | 19. (RESERVED) | 20. DATE SIGNED | 21. SURV CRIT | 22. TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | 2 | J | S1102A | | | | | C | $1,139,423.00 |

23. THIS PROCUREMENT WAS ☐ ADVERTISED ☒ NEGOTIATED PURSUANT TO 10 USC 2304(A)( 1 ) : 41 USC 252(C)( ); 10 USC 2667 ( )

24. TABLE OF CONTENTS *(The following sections marked "X" are contained in the contract.)*


| (X) | SEC | DESCRIPTION | PAGE(S) | (X) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 28 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH | |
| X | C | DESCRIPTION/SPECS/WORK STATEMENT | 13 | X | J | LIST OF ATTACHMENTS | 42 |
| X | D | PACKAGING AND MARKING | 14 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 15 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 16 | | L | INSTRS., CONDS., AND NOTICES TO OFFER | |
| X | G | CONTRACT ADMINISTRATION DATA | 20 | | M | EVALUATION FACTORS FOR AWARD | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 22 | | | | |


**CONTRACTING OFFICER WILL COMPLETE BLOCK 25 OR 29, AS APPLICABLE**

25. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return* 1 *copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified herein for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. *(Attachments are listed herein.)*

29. AWARD *(Contractor is not required to sign this document.)* Your offer on Solicitation Number _____, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed herein. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

26. CONTRACTOR
BY Nathaniel Smith Jr (SIGNATURE OF PERSON AUTHORIZED TO SIGN)

30. UNITED STATES OF AMERICA
BY Henry E Barham Jr (SIGNATURE OF CONTRACTING OFFICER)

| 27. NAME AND TITLE OF SIGNER (TYPE OR PRINT) | 28. DATE SIGNED | 31. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) | 32. DATE SIGNED |
|---|---|---|---|
| NATHANIEL SMITH, JR. PRESIDENT | 84-9-12 (YYMMDD) | HENRY E. BARHAM, JR., Capt, USAF | 84 SEP 12 (YYMMDD) |

70E

**SECTION B OF THE SCHEDULE SUPPLIES LINE ITEM DATA**

1. PROC INSTRUMENT ID NO. (PIIN): F08635-84-C-0301
2. SPIIN:
3. PAGE 2 OF

4. ITEM NO.: 0001
5. QUANTITY*:
6. PURCH UNIT:
7. UNIT PRICE: $
8. TOTAL ITEM AMOUNT*: $
9. SCTY CLAS: U
10. ACRN:
11. NSN: N
12. FSCM AND PART NUMBER:
13. CIRR:
14. SITE CODES A. POA B. ACP C. FOB:
15. NOUN: Design, Develop, and Fabricate RAMS
16. SVC/AGENCY USE:
17. PR/MIPR DATA: FY7621-84-14019-0001
18. AUTHORIZED RATE A. PROCRCSS PAY B. RECOUP: %
19. CONTRACT PERCENT FEE: %
20. SVC ID NO.: %
21. ITEM/PROJ MGR:
22. 1ST DISCOUNT A. % B. DAYS
23. 2ND DISCOUNT A. % B. DAYS
24. 3RD DISCOUNT A. % B. DAYS
25. NET DAYS
26. QUANTITY VARIANCE A. OVER % B. UNDER %
27. TYPE CONTRACT
28. OPR

29. DESCRIPTIVE DATA

RAMS is an acronym for the Rapid Assembly of Munition System, A/E 32K-3. This system is to be designed, developed, fabricated, and tested in accordance with Section C.

4. ITEM NO.: 0001AA
5. QUANTITY*: 1
6. PURCH UNIT: JO
7. UNIT PRICE: $ 410,199.00
8. TOTAL ITEM AMOUNT*: $ 410,199.00
9. SCTY CLAS: U
10. ACRN: XA
11. NSN: N
12. FSCM AND PART NUMBER:
13. CIRR:
14. SITE CODES A. POA: S B. ACP: S C. FOB: S
15. NOUN: Design and Development of RAMS
16. SVC/AGENCY USE:
17. PR/MIPR DATA: FY7621-84-14019-0001AA
18. AUTHORIZED RATE A. PROCRESS PAY B. RECOUP: %
19. CONTRACT PERCENT FEE: %
20. SVC ID NO.: %
21. ITEM/PROJ MGR:
22. 1ST DISCOUNT A. % B. DAYS
23. 2ND DISCOUNT A. % B. DAYS
24. 3RD DISCOUNT A. % B. DAYS
25. NET DAYS
26. QUANTITY VARIANCE A. OVER % B. UNDER %
27. TYPE CONTRACT
28. OPR

29. DESCRIPTIVE DATA

Perform in accordance with Section C.

*REPRESENTS NET AMOUNT OF INCREASE/DECREASE WHEN MODIFYING EXISTING ITEM NO.

N = NOT APPLICABLE
U = UNDEFINITIZED
NSP = NOT SEPARATELY PRICED

E = ESTIMATED
− (IN QTY AND $) = DECREASE
+ OR − (IN ITEM NO.) = ADDITION OR DELETION
CIRR: CONTROLLED ITEM RPT RQMT

SITE CODES: S = SOURCE, D = DESTINATION, O = INTERMEDIATE

SECTION B OF THE SCHEDULE
SUPPLIES LINE ITEM DATA

1. PROC INSTRUMENT ID NO. (PIIN): F08635-84-C-0301
2. SPIIN:
3. PAGE 5 OF

4. ITEM NO.: 0001AF
5. QUANTITY*: 1
6. PURCH UNIT: LO
7. UNIT PRICE: $ NSP
8. TOTAL ITEM AMOUNT*: $ NSP
9. SCTY CLAS: U
10. ACRN: XA
11. NSN: N
12. FSCM AND PART NUMBER:
13. CIRR:
14. SITE CODES: A. POA: S B. ACP: S C. FOB: S
15. NOUN: Unlimited Rights in Tech Data
16. SVC/AGENCY USE:
17. PR/MIPR DATA: FY7621-84-14019-0001AF
18. AUTHORIZED RATE A. PROGRESS PAY %  B. RECOUP %
19. CONTRACT PERCENT FEE %
20. SVC ID NO.
21. ITEM/PROJ MGR
22. 1ST DISCOUNT A. % B. DAYS
23. 2ND DISCOUNT A. % B. DAYS
24. 3RD DISCOUNT A. % B. DAYS
25. NET DAYS
26. QUANTITY VARIANCE A. OVER % B. UNDER %
27. TYPE CONTRACT
28. OPR
29. DESCRIPTIVE DATA

In accordance with Section C.

---

4. ITEM NO.: 0002
5. QUANTITY*:
6. PURCH UNIT:
7. UNIT PRICE: $
8. TOTAL ITEM AMOUNT*: $
9. SCTY CLAS: U
10. ACRN: XA
11. NSN: N-Exhibit
12. FSCM AND PART NUMBER:
13. CIRR:
14. SITE CODES: A. POA B. ACP C. FOB
15. NOUN: Data
16. SVC/AGENCY USE:
17. PR/MIPR DATA: FY7621-84-14019-0002
18. AUTHORIZED RATE A. PROGRESS PAY %  B. RECOUP %
19. CONTRACT PERCENT FEE %
20. SVC ID NO.
21. ITEM/PROJ MGR
22. 1ST DISCOUNT A. % B. DAYS
23. 2ND DISCOUNT A. % B. DAYS
24. 3RD DISCOUNT A. % B. DAYS
25. NET DAYS
26. QUANTITY VARIANCE A. OVER % B. UNDER %
27. TYPE CONTRACT
28. OPR
29. DESCRIPTIVE DATA

Data in accordance with Section C.

Total Item Amount: $164,167.00

---

*REPRESENTS NET AMOUNT OF INCREASE/DECREASE WHEN MODIFYING EXISTING ITEM NO.

N = NOT APPLICABLE
U = UNDEFINITIZED
NSP = NOT SEPARATELY PRICED

E = ESTIMATED
− (IN QTY AND $) = DECREASE
+ OR − (IN ITEM NO.) = ADDITION OR DELETION
CIRR: CONTROLLED ITEM RPT RQMT

SITE CODES: S = SOURCE, D = DESTINATION, O = INTERMEDIATE

# SECTION C

## DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

Work called for by the contract line items specified in SECTION B shall be performed in accordance with the following:

| CONTRACT LINE ITEMS (CLINs) | DESCRIPTION/SPECIFICATIONS |
|---|---|
| 0001AA, 0001AB, 0001AC, 0001AD, 0001AE | R&D Statement of Work, SOW YX83-13 dated 29 Dec 83 and Specification No. SP8387215 dated 29 Dec 83 as revised through SCN No. 1 dated 5 Jul 84 |
| 0001AF | In accordance with H-13 and DAR 7-104.9(i) |
| 0002 | R&D Statement of Work, SOW YX83-13 dated 29 Dec 83 and Specification No. SP8387215 dated 29 Dec 83 as revised through SCN No. 1 dated 5 Jul 84 and Exhibit A |
| 0003, 0004, 0005, 0007 | Production Statement of Work, SOW YX83-22 29 Dec 83 and Specification No. SP 8387215 as approved under ELIN A005 |
| 0006 | Production Statement of Work, SOW YX83-22 29 Dec 83 and Specification No. SP 8387215 as approved under ELIN A005 and Exhibit B |
| 0008 | Production Statement of Work, SOW YX83-22 29 Dec 83 and Specification No. SP 8387215 as approved under ELIN A005 and H-14 |
| 0009, 0010 | Production Statement of Work, SOW YX83-22 29 Dec 83 and Specification No. SP 8387215 as approved under ELIN A005 and H-11 |
| 0011 | Production Statement of Work, SOW YX83-22 29 Dec 83 and Specification No. SP 8387215 as approved under ELIN A005 and Exhibit C |

SECTION I

GENERAL PROVISIONS
APPLYING TO CLINs 0001 AND 0002

(a)(1) The provisions set forth in the following paragraphs of the Defense Acquisition Regulation (DAR) are incorporated herein by reference with the same force and effect as though set forth in full. Any clause incorporated by reference will be made available upon request to the Contracting Officer.

| DAR PARAGRAPH | CLAUSE TITLE | DATE OF CLAUSE |
|---|---|---|
| 7-103.1 | Definitions | 1979 Mar |
| 7-103.6 | Title and Risk of Loss | 1968 Jun |
| 7-103.8 | Assignment of Claims | 1962 Feb |
| 7-103.10(a) | Federal, State, and Local Taxes | 1971 Nov |
| 7-103.12(a) | Disputes | 1983 Feb |
| 7-103.17 | Walsh-Healey Public Contracts Act | 1958 Jan |
| 7-103.18(a) | Equal Opportunity | 1978 Sep |
| 7-103.19 | Officials Not to Benefit | 1949 Jul |
| 7-103.20 | Covenant Against Contingent Fees | 1958 Jan |
| 7-103.21(b) | Termination for Convenience of the Government | 1974 Oct |
| 7-103.23 | Notice and Assistance Regarding Patent and Copyright Infringement | 1965 Jan |
| 7-103.26 | Pricing of Adjustments | 1970 Jul |
| 7-103.27 | Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era | 1983 Aug |
| 7-103.28 | Affirmative Action for Handicapped Workers | 1976 May |
| 7-103.29 | Clean Air And Water | 1975 Oct |
| 7-103.30 | Invoices | 1982 Oct |
| 7-104.3(a) | Buy American Act and Balance of Payments Program | 1980 Oct |
| *7-104.9(a) | Rights in Technical Data and Computer Software | 1981 May |
| 7-104.9(b) | Rights in Technical Data and Computer Software | 1972 Apr |
| 7-104.9(h) | Technical Data - Withholding of Payment | 1976 Jul |
| §7-104.9(j) | Contract Schedule Items Requiring Experimental, Developmental, or Research Work | 1975 Mar |
| 7-104.9(l) | Identification of Technical Data | 1975 Mar |
| 7-104.9(m) | Deferred Ordering of Technical Data or Computer Software | 1974 Nov |
| 7-104.9(n)(1) | Data Requirements | 1972 Apr |
| *7-104.9(o)(1) | Warranty of Technical Data | 1974 Nov |
| 7-104.14(a) | Utilization of Small Business and Small Disadvantaged Business Concerns | 1980 Aug |
| 7-104.15 | Examination of Records by Comptroller General | 1975 Jun |

*See DAR 7-105.1(a), "Alterations in Contract," for Insertions, Changes and/or Deletions.
§See Subparagraph (a)(3) for information to complete this clause.

SECTION I (Continued)

| DAR PARAGRAPH | CLAUSE TITLE | DATE OF CLAUSE |
|---|---|---|
| 7-104.89 | Engineering Change Proposals | No Date |
| 7-104.102 | Certification of Requests for Adjustment or Relief Exceeding $100,000 | 1980 Feb |
| 7-104.106 | Qualifying Country Sources as Subcontractors | 1980 Oct |
| §7-105.2 | Approval of Contract | 1949 Jul |
| 7-105.3(c) | Stop Work Order | 1971 Apr |
| §7-105.4 | Report of Shipment (REPSHIP) | 1968 Jun |
| 7-302.2 | Payments | 1959 Jun |
| 7-302.3 | Standards of Work | 1959 Jun |
| 7-302.4(a) as modified by 7-302.4(c) | Inspection | 1967 Aug |
| 7-302.4(b) | Inspection | 1959 Jun |
| 7-302.9(a) | Default | 1969 Aug |
| 7-302.21 | Authorization and Consent | 1961 Jan |
| 7-302.23(h) | Patent Rights - Small Business Firm or Domestic Nonprofit Organization | 1984 Jan |
| 7-304.1 | Changes | 1965 Jun |
| 7-404.6 | Reports of Work | 1960 Jul |

§See Subparagraph (a)(3) for information to complete this clause.

(a)(2) DAR 7-105.1(a) - ALTERATIONS IN CONTRACT (1949 Jul)

The following alterations have been made in the provisions of this contract:

DAR 7-104.9(a) RIGHTS IN TECHNICAL DATA AND COMPUTER SOFTWARE -

The clause is modified to include the following as an additional paragraph:

(i) Notwithstanding any other provision of this contract, it is the intent of both the Government and the Contractor that 60 months after the first delivery of production items under this contract, the Government shall have unlimited rights, as defined in Subsection (a)(7) of this clause, in all technical data and computer software used by the Contractor, including subcontractors and suppliers at any tier, in all phases of the development and manufacture of production items including, but not limited to all components, modules, assemblies or parts thereof. For purposes of this Subsection (i), the Government shall have the right at any time following the 60 months after delivery of the first production item(s) and within two (2) years after either acceptance of all items (other than data or computer software) to be delivered under this contract or termination of this contract, whichever is later, to direct the Contractor to deliver all technical data and computer software, in a

SECTION I (Continued)

format prescribed by the Contracting Officer, necessary to reprocure from another contractor(s) either an entire production item in the production configuration then-current or any component, module, assembly or part thereof. When the Contracting Officer directs delivery of technical data and computer software under this Subsection (i), to the extent not otherwise previously compensated for delivery of such data or computer software, the Contractor shall be compensated for converting the data or computer software into the prescribed form, for reproduction and delivery.

DAR 7-104.9(o)(1), WARRANTY OF TECHNICAL DATA, is modified to add the following paragraph as (d)(3) in accordance with DAR 7-104.9(o)(2):

"(3) In addition to the remedies specified under (1) and (2) above, the Contractor shall be liable to the Government for all damages sustained by the Government as a result of breach of the warranty specified in this clause; however, the additional liability under this subparagraph (3) shall not exceed 10% of the total contract price. If the breach of the warranty specified in (b) of this clause is with respect to data supplied by an equipment subcontractor, the limit of the prime Contractor's liability shall be 10% of the total subcontract price in the case of a firm fixed-price subcontract, 75% of the total subcontract fee in the case of a cost-plus-fixed-fee or cost-plus-award-fee subcontract, or 75% of the total subcontract target profit or fee in the case of a fixed-price or cost-plus-incentive-type contract. The additional liability specified in this paragraph (3) shall not apply:

(i) with respect to the requirement under Category E or I of MIL-D-1000, provided that the data furnished by the Contractor was current, accurate at time of submission and did not involve a significant omission of data necessary to comply with such requirements; or

(ii) with respect to specific defects as to which the Contractor discovers and gives written notice to the Government before the error is discovered by the Government."

(a)(3) This Subparagraph (a)(3) contains information to complete the blanks in the General Provisions incorporated by reference in subparagraph (a) identified by § as having an applicable fill-in.

DAR 7-104.9(j) - CONTRACT SCHEDULE ITEMS REQUIRING EXPERIMENTAL, DEVELOPMENTAL OR RESEARCH WORK

...that CLINs 0001 and 0002 require the performance of experimental, developmental, or research work.

DAR 7-105.4 - REPORT OF SHIPMENT (REPSHIP)

The Report of Shipment will be addressed to: AD/YNS<br>Eglin AFB FL 32542<br>Attn: C. Anthony

168

FORM APPROVED
OMB NO. 0704-0016

# REPORT OF INVENTIONS AND SUBCONTRACTS

*(Pursuant to "Patent Rights" Contract Clause) (See Instructions on Reverse Side.)*

| | | | | |
|---|---|---|---|---|
| 1a. NAME OF CONTRACTOR/SUBCONTRACTOR<br>VER-VAL ENTERPRISES, INC. | c. CONTRACT NUMBER<br>F08635-84-C-0301 | 2a. NAME OF GOVERNMENT PRIME CONTRACTOR | c. CONTRACT NUMBER | 3. TYPE OF REPORT (check one)<br>☒ INTERIM ☐ FINAL |
| b. ADDRESS (include Zip Code)<br>P.O. Drawer 4550 32549-4550<br>Ft. Walton Bch., FL. | d. AWARD DATE (YYMMDD)<br>12 Sept 84 | b. ADDRESS (include Zip Code) | d. AWARD DATE (YYMMDD) | 4. REPORTING PERIOD (YYMMDD)<br>FROM:<br>TO: July 86 |

## SECTION I - SUBJECT INVENTIONS

5. "SUBJECT INVENTIONS" REQUIRED TO BE REPORTED BY CONTRACTOR/SUBCONTRACTOR *(If "None", so state)*

| a. NAME OF INVENTOR(S) (Last, First, M.I.) | b. TITLE OF INVENTION(S) | c. DISCLOSURE NO., PATENT APPLICATION SERIAL NO. OR PATENT NO. | d. ELECTION TO FILE PATENT APPLICATIONS: UNITED STATES YES | UNITED STATES NO | FOREIGN YES | FOREIGN NO | e. CONFIRMATORY INSTRUMENT OR ASSIGNMENT FORWARDED TO CONTRACTING OFFICER: YES | NO |
|---|---|---|---|---|---|---|---|---|
| Madamba, O, Mark<br>Brown, Wallace L. | MUNITIONS ASSEMBLY SYSTEM | 862995 | X | | | X | X | |

| f. EMPLOYER OF INVENTOR(S) NOT EMPLOYED BY CONTRACTOR/SUBCONTRACTOR. | | g. ELECTED FOREIGN COUNTRIES IN WHICH A PATENT APPLICATION WILL BE FILED. | |
|---|---|---|---|
| i. NAME OF INVENTOR (Last, First, M.I.) | i. NAME OF INVENTOR (Last, First, M.I.) | i. TITLE OF INVENTION | ii. FOREIGN COUNTRIES OF PATENT APPLICATION |
| ii. NAME OF EMPLOYER | ii. NAME OF EMPLOYER | | |
| iii. ADDRESS OF EMPLOYER (include Zip Code) | iii. ADDRESS OF EMPLOYER (include Zip Code) | | |

## SECTION II – SUBCONTRACTS *(Containing a "Patent Rights" clause)*

6. SUBCONTRACTS AWARDED BY CONTRACTOR/SUBCONTRACTOR. *(If "None", so state)*

| a. NAME OF SUBCONTRACTOR(S) | b. ADDRESS (include Zip Code) | c. SUBCONTRACT NO.(S) | d. DAR "PATENT RIGHTS" CLAUSE NO. | DATE (YYMM) | e. DESCRIPTION OF WORK TO BE PERFORMED UNDER SUBCONTRACT(S) | f. SUBCONTRACT DATES (YYMMDD) AWARD | ESTIMATED COMPLETION |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |

## SECTION III – CERTIFICATION

7. CERTIFICATION OF REPORT BY CONTRACTOR/SUBCONTRACTOR. *(Not required if* ☒ *Small Business or* ☐ *Non-Profit organization.) (Check appropriate box)*

| | |
|---|---|
| a. NAME OF AUTHORIZED CONTRACTOR/SUBCONTRACTOR OFFICIAL (Last, First, M.I.) | c. I certify that the reporting party has procedures for prompt identification and timely disclosure of "Subject Inventions," that such procedures have been followed and that all "Subject Inventions" have been reported. |
| b. TITLE | SIGNATURE OF AUTHORIZED CONTRACTOR/SUBCONTRACTOR OFFICIAL — DATE (YYMMDD) |

DD FORM 882, 82 OCT — EDITION OF 1 OCT 75 IS OBSOLETE

# CONFIRMATORY INSTRUMENT

1. NAME OF CONTRACTOR

VER-VAL ENTERPRISES, INC.

2. CONTRACT NO.

F08635-84-C-0301

3. TITLE OF INVENTION

MUNITIONS ASSEMBLY SYSTEM

4. NAME OF INVENTOR(s)

O. Mark Madamba
Wallace L. Brown

5. SERIAL NO.

862995

6. FILING DATE

May 14, 1986

The invention identified above is a "Subject Invention" under Patent Rights clause DAR7-302.23(h) Jan 1984 *(identify clause by title and date)* included in Contract No. F08635-84-C-0301 with U.S. Air Force Armament Division *(specify Government agency)* which *(~~does~~)/(does not)* include the communications satellite paragraph of DAR 7-302.23*(g)*.

This document is confirmatory of the paid-up license granted to the Government under this contract in this invention, patent application and any resulting patent, and of all other rights acquired by the Government by the referenced clause.

The Government is hereby granted an irrevocable power to inspect and make copies of the above-identified patent application.

*(SEAL)*

BY *(Signature of Contractor)*

Lou Wiseman

TITLE OF CONTRACTOR

Lou Wiseman
General Manager

BUSINESS ADDRESS

P.O. Drawer 4550
Ft. Walton Beach, FL. 32549-4550

ATTEST Jannie V. Smith Secretary/Treasurer

FORM



AFSC—Andrews AFB DC 1983

| REVISIONS | | | |
|---|---|---|---|
| LTR | DESCRIPTION | DATE | APPROVED |

**NOTES**

1. INTERPRET DRAWING PER DOD-STD-100
2. WORKMANSHIP TO BE IN ACCORDANCE WITH MIL-A-2550
3. REMOVE PAINT AS NECESSARY TO PROPERLY GROUND GROUNDING CLIPS
4. ATTACH GROUND STRAPS SO THAT ALL COMPONENTS GROUND TO INTERFACE CONTROL PANEL




-10 CONVEYOR, MUNITIONS ASSY A/E 32K-3

| -10 | SYM | NOMENCLATURE | CODE IDENT | IDENTIFYING NO. | MATERIAL / SPECIFICATION | UNIT WT | ZONE | FIND NO. |
|---|---|---|---|---|---|---|---|---|
| 4 | | RAIL CONVEYOR ASSY | | [illegible]-10 | | | | 13 |
| 1 | | INTERFACE CONT BD ASSY | | [illegible]-10 | | | | 12 |
| 1 | | LIGHTING ASSEMBLY | | 8457589 -20 | | | | 11 |
| 1 | | LIGHTING ASSEMBLY | | 8457588 -10 | | | | 10 |
| 1 | | HOIST, CHAIN, HAND OPRD | | | MIL-H-904 CL 2, TY C, ST 2 | | | 9 |
| 2 | | HOIST ASSY, PNEUMATIC | | 845758[illegible] -10 | | | | 8 |
| 1 | | ADJUSTMENT BAR ASSY | | 8457584 -10 | | | | 7 |
| 2 | | GANTRY ASSEMBLY | | 8457580 -10 | | | | 6 |
| 1 | | ROLLER CONVEYOR ASSY | | 8457576 -10 | | | | 5 |
| 30 | | DOLLY ASSEMBLY | | 8457566 -10 | | | | 4 |
| 1 | | ARM, WIRE DISP ASSY | | 8457555 -10 | | | | 3 |
| 2 | | TRIPLE BOMB BAR ASSY | | 8457546 -10 | | | | 2 |
| 1 | | STRAP, RESTRAINT | | 8457611 -10 | | | | 1 |

QUANTITY REQUIRED PER DASH NO.

PARTS LIST

UNLESS OTHERWISE SPECIFIED DIMENSIONS ARE IN INCHES – TOLERANCES ON: FRACTIONS ± ~ DECIMALS .XX ± ~ .XXX ± ~ ANGLES ± ~

CONTRACT NO. F08635-84-C-0301

DR D. ATKINS 85-8-15
CHK [signature] 85-8-15
[signature] 85-8-2
[signature] 86-4-3
AIR FORCE AUTHENTICATION [signature] 86-4-2
AIR FORCE RELEASE [signature] 86-4-

U.S. AIR FORCE EGLIN AFB FLA

TITLE CONVEYOR, MUNITIONS ASSY A/E 32K-3

SIZE D 18894 8457540

SCALE NONE SHEET 1 OF 1

NEXT ASSEMBLY A/E 32K-3 USED ON

APPLICATION

CURRENT CODE IDENT NO

ENGINEERING DRAWING LAYOUT D

AF FORM 1465

170

# INFORMATION TO OFFERORS OR QUOTERS
# SECTION A - COVER SHEET

*Form Approved*
*OMB No. 9000-0002*
*Expires Oct 31, 2004*

Public reporting burden for this collection of information is estimated to average 35 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (9000-0002), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person will be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM TO THE ADDRESS IN BLOCK 4 BELOW.**

| 1. SOLICITATION NUMBER | 2. *(X one)* | 3. DATE/TIME RESPONSE DUE |
|---|---|---|
| F08635-03-R-0077 | [ ] a. INVITATION FOR BID (IFB)<br>[X] b. REQUEST FOR PROPOSAL (RFP)<br>[ ] c. REQUEST FOR QUOTATION (RFQ) | |

**INSTRUCTIONS**

**NOTE:** The provision entitled "Required Central Contractor Registration" applies to most solicitations

1. If you are not submitting a response, complete the information in Blocks 9 through 11 and return to the issuing office in Block 4 unless a different return address is indicated in Block 7.

2. Offerors or quoters must include full, accurate, and complete information in their responses as required by this solicitation (including attachments). "Fill-ins" are provided on Standard Form 18, Standard Form 33, and other solicitation documents. Examine the entire solicitation carefully. The penalty for making false statements is prescribed in 18 U.S.C. 1001.

3. Offerors or quoters must plainly mark their responses with the Solicitation Number and the date and local time for bid opening or receipt of proposals that is in the solicitation document.

4. Information regarding the timeliness of response is addressed in the provision of this solicitation entitled either "Late Submissions, Modifications, and Withdrawal of Bids" or "Instructions to Offerors - Competitive Acquisition".

| 4. ISSUING OFFICE *(Complete mailing address, including Zip Code)* | 5. ITEMS TO BE PURCHASED *(Brief description)* |
|---|---|
| DEPARTMENT OF THE AIR FORCE<br>AIR ARMAMENT CENTER<br>BLDG 11, 102 WEST D AVE, SUITE 300<br>EGLIN, AFB FL 32542 | |

**6. PROCUREMENT INFORMATION** *(X and complete as applicable)*

| | |
|---|---|
| | a. THIS PROCUREMENT IS UNRESTRICTED |
| | b. THIS PROCUREMENT IS 100 % SET-ASIDE FOR SMALL BUSINESS. THE APPLICABLE NAICS CODE IS: 333924 |
| | c. THIS PROCUREMENT IS _____ % SET-ASIDE FOR HUB ZONE CONCERNS. THE APPLICABLE NAICS CODE IS: _________ |
| | d. THIS PROCUREMENT IS RESTRICTED TO FIRMS ELIGIBLE UNDER SECTION 8(a) OF THE SMALL BUSINESS ACT. |

**7. ADDITIONAL INFORMATION**

IMPORTANT NOTICE FOR PREPARATION OF PROPOSALS.
The entire RFP package should be read by all personnel preparing your proposal. To read only the description/specifications/work statement is not sufficient and may result in your proposal being determined non-responsive. Instructions for preparing your proposal are interspersed throughout the RFP package.

**8. POINT OF CONTACT FOR INFORMATION**

| a. NAME *(Last, First, Middle Initial)* | | b. ADDRESS *(Include Zip Code)* |
|---|---|---|
| CHRISTE O'LEARY | | See Block 4 |
| c. TELEPHONE NUMBER *(Include Area Code and Extension)*<br>850-882-4686 X339 | d. E-MAIL ADDRESS<br>Christi.oleary@eglin.af.mil | |

**9. REASONS FOR NO RESPONSE** *(X all that apply)*

| | | | |
|---|---|---|---|
| | a. CANNOT COMPLY WITH SPECIFICATIONS | | d. DO NOT REGULARLY MANUFACTURE OR SELL THE TYPE OF ITEMS INVOLVED |
| | b. UNABLE TO IDENTIFY THE ITEM(S) | | e. OTHER *(Specify)* |
| | c. CANNOT MEET DELIVERY REQUIREMENT | | |

**10. MAILING LIST INFORMATION** *(X one)*

WE [ ] DO [ ] DO NOT DESIRE TO BE RETAINED ON THE MAILING LIST FOR FUTURE PROCUREMENT OF THE TYPE INVOLVED.

| 11a. COMPANY NAME | b. ADDRESS *(Include Zip Code)* |
|---|---|
| | |

**c. ACTION OFFICER**

| (1) TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | (2) TITLE |
|---|---|
| | |
| (3) SIGNATURE | (4) DATE SIGNED *(YYYYMMDD)* |

DD FORM 1707, FEB 2002 PREVIOUS EDITION IS OBSOLETE.

171

443

# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) — RATING: DO-C9 — PAGE 1 OF 7 PAGES

2. CONTRACT NO.

3. SOLICITATION NO. F08635-03-R-0077

4. TYPE OF SOLICITATION: ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP)

5. DATE ISSUED

6. REQUISITION/PURCHASE NO.

7. ISSUED BY AAC/WMOK CODE FA8678
DEPARTMENT OF THE AIR FORCE
AIR ARMAMENT CENTER
BLDG 11, 102 WEST D AVE, SUITE 300
EGLIN, AFB FL 32542
CHRISTI O'LEARY 850-882-4686 X339
CHRISTI.OLEARY@EGLIN.AF.MIL

8. ADDRESS OFFER TO *(If other than Item 7)*

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Indefinite Delivery/Indefinite Quantity (IDIQ) type, Firm Fixed Price Contract to procure Universal Munitions Trailer.
CAUTION - Late Submissions, Modifications, and Withdrawls: See Section L Provision No. 52.215-01. All offers are subject to all terms and conditions contained in the solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE *(Include area code)* *(NO COLLECT CALLS)* | C. E-MAIL ADDRESS |
|---|---|---|---|
| | KAREN S. TURNER | 850-882-4684 X316 | karen.turner@eglin.af.mil |

11. TABLE OF CONTENTS



| (√) | SEC. | DESCRIPTION | PAGE(S) | (√) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | *PART I - THE SCHEDULE* | | | | *PART II - CONTRACT CLAUSES* | |
| √ | A | SOLICITATION/CONTRACT FORM | 1 | √ | I | CONTRACT CLAUSES | 7 |
| √ | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 3 | | | *PART III - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACH.* | |
| √ | C | DESCRIPTION/SPECS./WORK STATEMENT | 7 | √ | J | LIST OF ATTACHMENTS | 7 |
| √ | D | PACKAGING AND MARKING | 7 | | | *PART IV - REPRESENTATIONS AND INSTRUCTIONS* | |
| √ | E | INSPECTION AND ACCEPTANCE | 7 | √ | K | REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS | K - 1 |
| √ | F | DELIVERIES OR PERFORMANCE | 7 | | | | |
| √ | G | CONTRACT ADMINISTRATION DATA | 7 | √ | L | INSTRS, CONDS, AND NOTICES TO OFFERORS | L - 1 |
| √ | H | SPECIAL CONTRACT REQUIREMENTS | 7 | √ | M | EVALUATION FACTORS FOR AWARD | M - 1 |



## OFFER *(Must be fully completed by offeror)*

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ________ calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date of receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGEMENTS OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

15B. TELEPHONE NO. *(Include area code)*

15C. CHECK IF REMITTANCE ADDRESS ☐ IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE

18. OFFER DATE

## AWARD *(To be completed by Government)*

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* — ITEM

24. ADMINISTERED BY *(If other than Item 7)* CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER *(Type or print)*

27. UNITED STATES OF AMERICA
*(Signature of Contracting Officer)*

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS UNUSABLE
ConWrite Version 5.2.9
Created 07 Mar 2003 11:23 AM

STANDARD FORM 33 (REV. 9-97)
Prescribed by GSA
FAR (48 CFR) 53.21(c)

| ITEM | SUPPLIES OR SERVICES | Qty Purch Unit | Unit Price Total Item Amount |
|---|---|---|---|
| **0001** | | 1 Lot | |

*Noun:* Munitions Assembly Conveyor (MAC) II Prototype (Basic)
*NSN:* N - Not Applicable
*Contract type:* J - FIRM FIXED PRICE
*Inspection:* DESTINATION
*Acceptance:* DESTINATION
*FOB:* DESTINATION
*Descriptive Data:*

The contactor shall design and manufacture one prototype in conformance with Section C and the System Performance Specification, Attachment 2. The prototype shall be manufactured using production representative processes, personnel, tooling & materials IAW Statement of Objectives (SOO), Attachment 1. The contractor shall also provide pre-operational support/technical assistance along with all parts and material required to support the MAC II during the government testing of the MAC II system.

For further details see the Supportability/Maintenance Definitions in Attachment 3.

| ITEM | SUPPLIES OR SERVICES | Qty Purch Unit | Unit Price Total Item Amount |
|---|---|---|---|
| **0002** | | 1 Lot | |

*Noun:* Data Exhibit A (Option)
*NSN:* N - Not Applicable
*DD1423 is Exhibit:* A
*Contract type:* J - FIRM FIXED PRICE
*Inspection:* DESTINATION
*Acceptance:* DESTINATION
*FOB:* DESTINATION
*Descriptive Data:*

Data shall be delivered IAW Exhibit - A of the Contract Data Requirements List (CDRL). Data includes the following.

A001 Technical Manual

A002 Interface Control Drawings (ICD)

A003 Provisioning

A004 Engineering Change Proposals (ECP's)

| ITEM | SUPPLIES OR SERVICES | Qty Purch Unit | Unit Price Total Item Amount |
|---|---|---|---|
| **0003** | OPTION CLIN | | |

*Noun:* Munitions Assembly Conveyor II (OPTION YR 1)
*NSN:* N - Not Applicable
*Contract type:* K - FIXED PRICE - ECONOMIC PRICE ADJUSTMENT
*Inspection:* SOURCE
*Acceptance:* SOURCE
*FOB:* SOURCE
*Descriptive Data:*

The contractor shall manufacture a Munitions Assembly Conveyor II, IAW the most current System Performance Specification, Attachment 2. The contractor shall provide pricing IAW the System Performance Specification, Attachment 2 and the Pricing Table, Attachment 4.

Best Estimated Quantity (BEQ) 20 per year

**0004** OPTION CLIN

*Noun:* Munitions Assembly Conveyor II (OPTION YR 2)
*NSN:* N - Not Applicable
*Contract type:* K - FIXED PRICE - ECONOMIC PRICE ADJUSTMENT
*Inspection:* SOURCE
*Acceptance:* SOURCE
*FOB:* SOURCE
*Descriptive Data:*

The contractor shall manufacture a Munitions Assembly Conveyor II, IAW the most current System Performance Specification, Attachment 2. The contractor shall provide pricing IAW the System Performance Specification, Attachment 2 and the Pricing Table, Attachment 4.

Best Estimated Quantity (BEQ) 20 per year

| ITEM | SUPPLIES OR SERVICES | Qty<br>Purch Unit | Unit Price<br>Total Item Amount |
|---|---|---|---|
| **0005** | OPTION CLIN | | ________ |

*Noun:* Munitions Assembly Conveyor II (OPTION YR 3)
*NSN:* N - Not Applicable
*Contract type:* K - FIXED PRICE - ECONOMIC PRICE ADJUSTMENT
*Inspection:* SOURCE
*Acceptance:* SOURCE
*FOB:* SOURCE
*Descriptive Data:*

The contractor shall manufacture a Munitions Assembly Conveyor II, IAW the most current System Performance Specification, Attachment 2. The contractor shall provide pricing IAW the System Performance Specification, Attachment 2 and the Pricing Table, Attachment 4.

Best Estimated Quantity (BEQ) 20 per year

| | | | |
|---|---|---|---|
| **0006** | OPTION CLIN | | ________ |

*Noun:* Munitions Assembly Conveyor II (OPTION YR 4)
*NSN:* N - Not Applicable
*Contract type:* K - FIXED PRICE - ECONOMIC PRICE ADJUSTMENT
*Inspection:* SOURCE
*Acceptance:* SOURCE
*FOB:* SOURCE
*Descriptive Data:*

The contractor shall manufacture a Munitions Assembly Conveyor II, IAW the most current System Performance Specification, Attachment 2. The contractor shall provide pricing IAW the System Performance Specification, Attachment 2 and the Pricing Table, Attachment 4.

Best Estimated Quantity (BEQ) 20 per year

| ITEM | SUPPLIES OR SERVICES | Qty Purch Unit | Unit Price Total Item Amount |
|---|---|---|---|
| **0007** | OPTION CLIN | | ________ |

*Noun:* Munitions Assembly Conveyor II (OPTION YR 5)
*NSN:* N - Not Applicable
*Contract type:* K - FIXED PRICE - ECONOMIC PRICE ADJUSTMENT
*Inspection:* SOURCE
*Acceptance:* SOURCE
*FOB:* SOURCE
*Descriptive Data:*
The contractor shall manufacture a Munitions Assembly Conveyor II, IAW the most current System Performance Specification, Attachment 2. The contractor shall provide pricing IAW the System Performance Specification, Attachment 2 and the Pricing Table, Attachment 4.

Best Estimated Quantity (BEQ) 20 per year

| | | | |
|---|---|---|---|
| **0008** | OPTION CLIN | | ________ |

*Noun:* Munitions Assembly Conveyor II (OPTION YR 6)
*NSN:* N - Not Applicable
*Contract type:* K - FIXED PRICE - ECONOMIC PRICE ADJUSTMENT
*Inspection:* SOURCE
*Acceptance:* SOURCE
*FOB:* SOURCE
*Descriptive Data:*
The contractor shall manufacture a Munitions Assembly Conveyor II, IAW the most current System Performance Specification, Attachment 2. The contractor shall provide pricing IAW the System Performance Specification, Attachment 2 and the Pricing Table, Attachment 4.

Best Estimated Quantity (BEQ) 20 per year

| ITEM | SUPPLIES OR SERVICES | Qty Purch Unit | Unit Price Total Item Amount |
|---|---|---|---|
| **0009** | OPTION CLIN | | ________ |

*Noun:* Munitions Assembly Conveyor II (OPTION YR 7)
*NSN:* N - Not Applicable
*Contract type:* K - FIXED PRICE - ECONOMIC PRICE ADJUSTMENT
*Inspection:* SOURCE
*Acceptance:* SOURCE
*FOB:* SOURCE
*Descriptive Data:*
The contractor shall manufacture a Munitions Assembly Conveyor II, IAW the most current System Performance Specification, Attachment 2. The contractor shall provide pricing IAW the System Performance Specification, Attachment 2 and the Pricing Table, Attachment 4.

Best Estimated Quantity (BEQ) 20 per year

| | | | |
|---|---|---|---|
| **0010** | OPTION CLIN | | ________ |

*Noun:* Munitions Assembly Conveyor II (OPTION YR 8)
*NSN:* N - Not Applicable
*Contract type:* K - FIXED PRICE - ECONOMIC PRICE ADJUSTMENT
*Inspection:* SOURCE
*Acceptance:* SOURCE
*FOB:* SOURCE
*Descriptive Data:*
The contractor shall manufacture a Munitions Assembly Conveyor II, IAW the most current System Performance Specification, Attachment 2. The contractor shall provide pricing IAW the System Performance Specification, Attachment 2 and the Pricing Table, Attachment 4.

Best Estimated Quantity (BEQ) 20 per year

| ITEM | SUPPLIES OR SERVICES | Qty<br>Purch Unit | Unit Price<br>Total Item Amount |
|---|---|---|---|
| **0011** | OPTION CLIN | | |

*Noun:* Munitions Assembly Conveyor II (OPTION YR 9)
*NSN:* N - Not Applicable
*Contract type:* K - FIXED PRICE - ECONOMIC PRICE ADJUSTMENT
*Inspection:* SOURCE
*Acceptance:* SOURCE
*FOB:* SOURCE
*Descriptive Data:*
The contractor shall manufacture a Munitions Assembly Conveyor II, IAW the most current System Performance Specification, Attachment 2. The contractor shall provide pricing IAW the System Performance Specification, Attachment 2 and the Pricing Table, Attachment 4.

Best Estimated Quantity (BEQ) 20 per year

All evaluation factors, other than cost or price, when combined are significantly more important than cost or price.

c. EVALUATION METHOD

Some factors will be further divided into subfactors to enable the Government to accurately evaluate proposals. Each offeror's proposal will be evaluated against subfactors that are defined in the following sections. Each of the subfactors will receive a color/adjectival rating that will be fully supported by narrative findings. The narrative findings will identify significant strengths and weaknesses associated with each subfactor. The factors will also receive a color/adjectival rating based on the ratings of their subfactors and narrative findings. Proposal evaluations will be concluded with an integrated color/adjectival rating and narrative findings based on factor ratings.

The color ratings used are defined in AFFARS 5315.305. The color/adjectival rating depicts how well the offeror's proposal meets the Evaluation Criteria. Results of a pre-award survey or manufacturing capability review (if conducted) will also be considered in the rating of proposals.

1. Past Performance Factor. A performance risk rating will be assigned based upon the definitions in AFFARS 5315.305(a)(2).

The Government will evaluate past performance using the most recent and relevant performance data associated with the offeror. In this context, the offeror's past performance means the prospective prime contractor and his major subcontractors. In addition to evaluating the offeror's past performance data contained in Volume 3 of his proposal, the Government will evaluate past performance data obtained from various sources, such as Contractor Performance Assessment Reports (CPARs), Defense Contract Management Agency (DCMA), program offices, other service organizations, and Industry. If sufficient past performance data are not available through Government sources, the Government will request the offeror provide specific performance data. The Government will document requests for additional past performance data.

(a) Under the Past Performance factor, the Performance Confidence Assessment represents the evaluation of an offeror's present and past work record to assess the Government's confidence in the offeror's probability of successfully performing as proposed. The Government will evaluate the offeror's demonstrated record of contract compliance in supplying products and services that meet user's needs, including cost and schedule. The Past Performance Evaluation is accomplished by reviewing aspects of an offeror's relevant present and recent past performance, focusing on and targeting performance that is relevant to the Mission Capability factor. In determining relevance, consideration will be given to product similarity, product complexity, similar technology, type of effort (development, production, repair, etc.), contract scope and type, and schedule. For instance, Recent is defined as contracts that were active within five years of the date of the release of this solicitation. Relevancy is defined as those efforts related to the development or production of munitions material handling equipment (MMHE) with a contract value greater than $500,000. This information may include data on efforts performed by other divisions, critical subcontractors, or teaming contractors, if such resources will be brought to bear or significantly influence the performance of the proposed effort. The Government may consider as relevant efforts performed for agencies of the federal, state, or local governments and commercial customers.

As a result of an analysis of those risks and strengths identified, each offeror will receive an integrated Performance Confidence Assessment, which is the rating for the Past Performance factor. Although the past performance evaluation focuses on performance that is relevant to the Mission Capability sub-factors, the resulting Performance Confidence Assessment is made at the factor level and represents an overall evaluation of contractor performance. In addition to evaluating the extent to which the offeror's performance meets mission requirements, the assessment will consider things such as the offeror's history of forecasting and controlling costs, adhering to schedules (including the administrative aspects of performance), reasonable and cooperative behavior and commitment to customer satisfaction, and generally, the contractor's business-like concern for the interest of the customer.

In assessing Performance Confidence, an independent determination of the relevancy of the past performance information will be necessary. To consider how relevant an offeror's present or recent past performance history is to the instant acquisition, the following relevance ratings or categories will be used:

VERY RELEVANT: Present/past performance programs involved the magnitude of effort and complexities that are essentially what this solicitation requires.

RELEVANT: Present/past performance programs involved less magnitude of effort and complexities, including most of what this solicitation requires.

SEMI-RELEVANT: Present/past performance programs involved much less magnitude of effort and complexities, including some of what this solicitation requires.

NOT RELEVANT: Did not involve any significant aspects of above.

The relevancy of an offeror's performance in aggregate, rather than on an effort-by-effort basis, may be considered. For example, an offeror's work on three present or recent past efforts may represent only "Semi-Relevant" effort. However, if all three efforts are/were performed concurrently (in part or in whole) and are assessed in aggregate, the work may more accurately reflect a "Very Relevant" effort.

Where a relevant performance record indicates performance problems, the Government will consider the number and severity of the problems and the appropriateness and effectiveness of any corrective actions taken (not just planned or promised). The Government may review more recent contracts or performance evaluations to ensure corrective actions have been implemented and to evaluate their effectiveness.

(b) Schedule, government oversight, and quality of work will be considered in the past performance assessment:

(c) The Government intends to evaluate a maximum of five (5) contracts per offeror. If an offeror does not have a maximum number of recent and relevant programs or if pertinent data are not available on all programs, the Government evaluation will be limited to the reduced number of recent and relevant programs. The Government reserves the right to review additional programs if data available is not considered relevant.

(d) The government may conduct clarifications, as necessary, to provide the offerors past performance information, or address minor clerical issues.

2. Mission Capability Factor. The Government will evaluate the offeror's ability to develop and build Munition Assembly Conveyors as required by this contract as specified in the System Performance Specification, Attachment 2. A color rating will be assigned which depicts how well the proposal meets the Mission capability requirements of the solicitation. A color rating will be assigned at the subfactor level in accordance with AFFARS 5315.305(a)(3).

The subfactors under Mission Capability are listed below with Subfactor 1, Subfactor 2, and Subfactor 3 being equal in importance.

Subfactor 1: Loading and Unloading System – The offeror's proposal will be evaluated to determine if the offeror has an clear understanding of the Loading & Unloading System requirement stated in paragraph 3.2.1.1 of the System Performance Specification. As a minimum, the subfactor is met when the contractor proposes a design that meets or exceeds the Loading & Unloading System requirement stated in paragraph 3.2.1.1 of the System Performance Specification.

Subfactor 2: Manufacturing Capability – The offeror's proposal will be evaluated to determine if the offeror has the ability to manufacturer the Munitions Assembly Conveyor II (MAC) at the required quantity. The subfactor is met when the contractor sufficiently describes the processes and resources (facilities, equipment, personnel) it will use to produce and deliver quality MAC II systems in the required BEQ of 20 MAC II systems per year to meet the program schedule.

Subfactor 3: Assembly Conveyor – The offeror's proposal will be evaluated to determine if the offeror has an clear understanding of the Assembly Conveyor requirement stated in paragraph 3.2.1.2 of the System Performance

# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) — RATING: DO-C9 — PAGE 1 OF 29 PAGES

2. CONTRACT NO.:

3. SOLICITATION NO.: F08635-03-R-0077

4. TYPE OF SOLICITATION: ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP)

5. DATE ISSUED:

6. REQUISITION/PURCHASE NO.:

7. ISSUED BY AAC/WMOK CODE FA8678
DEPARTMENT OF THE AIR FORCE
AIR ARMAMENT CENTER
314 W. CHOCTAWHATCHEE AVE, STE 104
EGLIN, AFB FL 32542
CHRISTI D. OLEARY 850-882-4686 X339
CHRISTI.OLEARY@EGLIN.AF.MIL

8. ADDRESS OFFER TO *(If other than Item 7)*

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Indefinite Delivery/Indefinite Quantity (IDIQ) type, Firm Fixed Price Contract to procure Munition Assembly Conveyor II.
CAUTION - Late Submissions, Modifications, and Withdrawls: See Section L Provision No. 52.215-01. All offers are subject to all terms and conditions contained in the solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE *(Include area code) (NO COLLECT CALLS)* | C. E-MAIL ADDRESS |
|---|---|---|---|
| | KAREN S. TURNER | 850-882-4684 X316 | karen.turner@eglin.af.mil |

11. TABLE OF CONTENTS


| (√) | SEC. | DESCRIPTION | PAGE(S) | (√) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | *PART I - THE SCHEDULE* | | | | *PART II - CONTRACT CLAUSES* | |
| √ | A | SOLICITATION/CONTRACT FORM | 1 | √ | I | CONTRACT CLAUSES | 22 |
| √ | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 3 | | | *PART III - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACH.* | |
| √ | C | DESCRIPTION/SPECS./WORK STATEMENT | 11 | √ | J | LIST OF ATTACHMENTS | 29 |
| √ | D | PACKAGING AND MARKING | 12 | | | *PART IV - REPRESENTATIONS AND INSTRUCTIONS* | |
| √ | E | INSPECTION AND ACCEPTANCE | 13 | √ | K | REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS | K - 1 |
| √ | F | DELIVERIES OR PERFORMANCE | 14 | | | | |
| √ | G | CONTRACT ADMINISTRATION DATA | 16 | √ | L | INSTRS, CONDS, AND NOTICES TO OFFERORS | L - 1 |
| √ | H | SPECIAL CONTRACT REQUIREMENTS | 18 | √ | M | EVALUATION FACTORS FOR AWARD | M - 1 |


## OFFER *(Must be fully completed by offeror)*

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within **90** calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date of receipt of offers specified above, to furnish any or all items upon which prices are offered at the price s opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|
| 14. ACKNOWLEDGEMENTS OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
| | | | | |
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

15B. TELEPHONE NO. *(Include area code)*

15C. CHECK IF REMITTANCE ADDRESS ☐ IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE

18. OFFER DATE

## AWARD *(To be completed by Government)*

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* — ITEM

24. ADMINISTERED BY *(If other than Item 7)* CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER *(Type or print)*

27. UNITED STATES OF AMERICA
*(Signature of Contracting Officer)*

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS UNUSABLE
ConWrite Version 5.2.9
Created 08 Jul 2003 8:37 AM

STANDARD FORM 33 (REV. 9-97)
Prescribed by GSA
FAR (48 CFR) 53.21(c) 27

| ITEM | SUPPLIES OR SERVICES | Qty<br>Purch Unit | Unit Price<br>Total Item Amount |
|---|---|---|---|
| **0001** | | 1<br>Lot | ______<br>______ |

| | |
|---|---|
| *Noun:* | Munitions Assembly Conveyor II Prototype (Basic) |
| *NSN:* | N - Not Applicable |
| *Contract type:* | J - FIRM FIXED PRICE |
| *Inspection:* | DESTINATION |
| *Acceptance:* | DESTINATION |
| *FOB:* | DESTINATION |

*Descriptive Data:*

The contactor shall design and manufacture one prototype in conformance with Section C and the System Performance Specification, Attachment 2. The prototype shall be manufactured using production representative processes, personnel, tooling & materials IAW Statement of Objectives (SOO), Attachment 1. The contractor shall also provide pre-operational support/technical assistance along with all parts and material required to support the MAC II during the Government testing of the MAC II system. For further details see the Supportability Requirement, Attachment 3. The prototype shall be delivered in the containers and pallets provided as GFP.

**Data Exhibit A**

**0002** OPTION CLIN (supply) ______

| | |
|---|---|
| *Noun:* | DATA EXHIBIT A (OPTION) |
| *NSN:* | N - Not Applicable |
| *DD1423 is Exhibit:* | A |
| *Contract type:* | J - FIRM FIXED PRICE |
| *Inspection:* | DESTINATION |
| *Acceptance:* | DESTINATION |
| *FOB:* | DESTINATION |

*Descriptive Data:*

Data shall be delivered IAW Exhibit - A of the Contract Data Requirements List (CDRL) and Attachment 5.

A001 Technical Manuals - $___________

| ITEM | SUPPLIES OR SERVICES | Qty<br>Purch Unit | Unit Price<br>Total Item Amount |
|---|---|---|---|

**Data Exhibit B**

**0003** OPTION CLIN (supply) ________

*Noun:* DATA EXHIBIT B (OPTION)
*NSN:* N - Not Applicable
*Contract type:* J - FIRM FIXED PRICE
*Inspection:* DESTINATION
*Acceptance:* DESTINATION
*FOB:* DESTINATION
*Descriptive Data:*
Data shall be delivered IAW Exhibit - B of the Contract Data Requirements List (CDRL).

B001 Interface Control Drawing $____________

B002 Engineering Change Proposal (Not Separately Priced)

**Data Exhibit C**

**0004** OPTION CLIN (supply) ________

*Noun:* DATA EXHIBIT C (OPTION)
*NSN:* N - Not Applicable
*Contract type:* J - FIRM FIXED PRICE
*Inspection:* DESTINATION
*Acceptance:* DESTINATION
*FOB:* DESTINATION
*Descriptive Data:*
Data shall be delivered IAW Exhibit - C of the Contract Data Requirements List (CDRL).

C001 Provisioning - Logistics Management Information $____________

C002 Supplemental Provisioning Data $____________

**I. NOTICE:** The following solicitation provisions pertinent to this section are hereby incorporated by reference:

**A. FEDERAL ACQUISITION REGULATION SOLICITATION PROVISIONS**

52.217-05 EVALUATION OF OPTIONS (JUL 1990)
52.247-47 EVALUATION -- F.O.B. ORIGIN (APR 1984)

**B. AIR FORCE MATERIEL COMMAND FEDERAL ACQUISITION REGULATION SUPPLEMENT SOLICITATION PROVISIONS**

5352.215-9019 ADDITIONAL EVALUATION FACTOR FOR CONSIDERATION OF PAST PERFORMANCE RED-YELLOW-GREEN PROGRAM (OVER $100K) (AFMC) (AUG 2002)

**II. NOTICE:** The following solicitation provisions pertinent to this section are hereby incorporated in full text:

**OTHER SOLICITATION PROVISIONS IN FULL TEXT**

**EGLIN-M001 EVALUATION OF PROPOSALS (APR 2002)**

OTHER SOLICITATION PROVISIONS IN FULL TEXT

a. BASIS FOR CONTRACT AWARD

Award will be made to the offeror who is deemed responsible in accordance with the Federal Acquisition Regulation (FAR), whose proposal conforms to the RFP's requirements and is judged to represent the best value to the Government. The best value is represented by the most advantageous offer, cost and other factors considered, providing the best technical quality, business aspects, risks, and cost for a given application, and in consonance with the Government's stated importance of evaluation criteria. To arrive at a best value decision, the Source Selection Authority (SSA) will integrate the source selection team's evaluations of the factors and subfactors described in the paragraphs that follow. The factors and subfactors are the uniform baseline against which each offeror's solution is compared to determine the confidence the Government has that the offeror will be able to actually perform the work the offeror proposes to accomplish in its proposal. The SSA will establish the level an offeror's proposal must meet in order to be judged acceptable. To result in an awardable contract, a proposal must meet all technical requirements of the System Performance Specifications, conform to all required terms and conditions, and include all required representations and certifications. While the Government evaluation team and the SSA will strive for maximum objectivity, the source selection process, by its nature, is subjective. Therefore, professional judgment is implicit throughout the entire process. The Government intends to select one contractor for the Munitions Assembly Conveyor II Program. However, the Government reserves the right to award no contract at all, depending on the quality of the proposal(s) submitted and the availability of funds.

b. SPECIFIC FACTORS OF EVALUATION

The Government will base its evaluations on the offeror's capability to execute the program, derived from past and present experience and performance, and on the capability to meet the Government's requirements, as evidenced in the proposal. The Government will use the following Evaluation Factors to accomplish the evaluations. Past Performance, Mission Capability, and Proposal Risk are equal in importance followed by Cost/Price. All evaluation factors, other than cost or price, when combined are significantly more important than cost or price.

1. Past Performance
2. Mission Capability
    Subfactor 1 - Loading and Unloading System
    Subfactor 2 - Manufacturing Capability

Subfactor 3 - Munition Assembly/Disassembly

3. Proposal Risk
   - Subfactor 1 - Loading and Unloading System
   - Subfactor 2 - Manufacturing Capability
   - Subfactor 3 - Munition Assembly/Disassembly
4. Cost/Price

c. EVALUATION METHOD

Mission Capability and Proposal Risk will be divided into three (3) subfactors to enable the Government to accurately evaluate proposals. Each offeror's proposal will be evaluated against subfactors that are defined in Sections c.2 and c.3. Each of the subfactors will receive a color/adjectival rating that will be fully supported by narrative findings. The narrative findings will identify significant strengths and weaknesses associated with each subfactor. Proposal evaluations will be concluded with an integrated color/adjectival rating and narrative findings based on factor ratings.

The color ratings used are defined in AFFARS 5315.305. The color/adjectival rating depicts how well the offeror's proposal meets the Evaluation Criteria. Results of a pre-award survey or manufacturing capability review (if conducted) will also be considered in the rating of proposals.

1. Past Performance Factor. A performance risk rating will be assigned based upon the definitions in AFFARS 5315.305(a)(2).

The Government will evaluate past performance using recent and relevant performance data associated with the offeror. In this context, the offeror's past performance means the prospective prime contractor and the major subcontractors or teaming partners. In addition to evaluating the offeror's past performance data contained in Volume 3 of the proposal, the Government may also evaluate past performance data obtained from various sources, such as Contractor Performance Assessment Reports (CPARs), Defense Contract Management Agency (DCMA), program offices, other service organizations, and Industry. The Government will document requests for additional past performance data.

(a) Under the Past Performance factor, the Performance Confidence Assessment represents the evaluation of an offeror's present and past work record to assess the Government's confidence in the offeror's probability of successfully performing as proposed. The Government will evaluate the offeror's demonstrated record of contract compliance in supplying products and services that meet user's needs, including cost and schedule. In determining relevance, consideration will be given to product similarity, product complexity, similar technology, type of effort (development, production, repair, etc.), contract scope and type, and schedule. For instance, "recent" is defined as contracts that were active within five (5) years of the date of the release of this solicitation. "Relevancy" is defined as those efforts related to the development or production of material handling equipment capable of handling 500lbs or greater, with a contract value greater than $500,000.00. This information may include data on efforts performed by other divisions, critical subcontractors, or teaming contractors, if such resources will be brought to bear or significantly influence the performance of the proposed effort. The Government may consider as relevant efforts performed for agencies of the federal, state, or local Governments, commercial customers and others.

As a result of an analysis of those risks and strengths identified, each offeror will receive an integrated Performance Confidence Assessment, which is the rating for the Past Performance factor. Although the past performance evaluation focuses on performance that is relevant to the Mission Capability sub-factors, the resulting Performance Confidence Assessment is made at the factor level and represents an overall evaluation of contractor performance. In addition to evaluating the extent to which the offeror's performance meets mission requirements, the assessment will consider the offeror's history of forecasting and controlling costs, adhering to schedules (including the administrative aspects of performance), reasonable and cooperative behavior and commitment to customer satisfaction, and generally, the contractor's business-like concern in the interest of the customer.

In assessing Performance Confidence, an independent determination of the relevancy of the past performance information will be necessary. To consider how relevant an offeror's present or recent past performance history is to the instant acquisition, the following relevance ratings or categories will be used:

VERY RELEVANT: Present/past performance programs involved the magnitude of effort and complexities that are essentially what this solicitation requires.

RELEVANT: Present/past performance programs involved less magnitude of effort and complexities, including most of what this solicitation requires.

SOMEWHAT-RELEVANT: Present/past performance programs involved much less magnitude of effort and complexities, including some of what this solicitation requires.

NOT RELEVANT: Did not involve any significant aspects of above.

The relevancy of an offeror's performance in aggregate, rather than on an effort-by-effort basis, may be considered. For example, an offeror's work on three present or recent past efforts may represent only "Somewhat-Relevant" effort. However, if all three efforts are/were performed concurrently (in part or in whole) and are assessed in aggregate, the work may more accurately reflect a "Very Relevant" effort.

Where a relevant performance record indicates performance problems, the Government will consider the number and severity of the problems and the appropriateness and effectiveness of any corrective actions taken (not just planned or promised). The Government may review more recent contracts or performance evaluations to ensure corrective actions have been implemented and to evaluate their effectiveness.

(b) Schedule, Government oversight, and quality of work will be considered in the past performance assessment:

(c) If an offeror does not have a maximum number of recent and relevant contracts or if pertinent data are not available on all contracts, the Government evaluation will be limited to the reduced number of recent and relevant programs. The Government reserves the right to review additional programs.

(d) The Government may conduct clarifications, as necessary, to provide the offerors past performance information, or address minor clerical issues.

2. Mission Capability Factor. The Government will evaluate the offeror's ability to develope and manufacture Munition Assembly Conveyors as required by this contract as specified in the System Performance Specification (Attachment 2). A color rating will be assigned which depicts how well the proposal meets the Mission Capability requirements of the solicitation. A color rating will be assigned at the subfactor level in accordance with AFFARS 5315.305(a)(3).

The subfactors under Mission Capability and Proposal Risk are listed below with Subfactor 1, Subfactor 2, and Subfactor 3 being equal in importance.

Subfactor 1: Loading and Unloading System - The offeror's proposal will be evaluated to determine if the offeror has a clear understanding of the Loading & Unloading System requirement stated in paragraph 3.2.1.1 of the System Performance Specification. The subfactor is met when the contractor proposes a design that meets or exceeds the Loading & Unloading System requirement stated in paragraph 3.2.1.1 of the System Performance Specification.

Subfactor 2: Manufacturing Capability - The offeror's proposal will be evaluated to determine if the offeror has the capability to manufacture the Munitions Assembly Conveyor II (MAC) at the required quantity. The subfactor is met when the contractor sufficiently describes the necessary processes and resources (facilities, equipment, personnel) it will use to produce and deliver MAC II systems IAW the System Performance Specification at the rate of 20 with a surge capabilty of up to 60 to meet delivery requirements in SECTION F.

Subfactor 3: Assembly/Disassembly - The offeror's proposal will be evaluated to determine if the offeror has a clear understanding of the Assembly/Disassembly requirement stated in paragraph 3.2.1.2 of the System Performance Specification. The subfactor is met when the contractor proposes a design that meets or exceeds the Assembly/Disassembly requirement stated in paragraph 3.2.1.2 of the System Performance Specification.

3. Proposal Risk Factor. A proposal risk assessment will be assigned which represents the risks that are identified with your proposed approach as it relates to accomplishing the Mission Capability requirements of the solicitation. A proposal risk assessment will be accomplished at the Mission Capability subfactor level. The subfactors for the Proposal Risk Factor are identical to the subfactors in the Mission Capability Factor above and have the same order of importance. As part of the assessment of proposal risk, the government will consider the degree to which the offeror proposes to mitigate risk regarding the Mission Capability subfactors through the use of a Systems Engineering approach to design, testing, and production of the MAC II. A sound Systems Engineering process provides for: (1) the translation of requirements (Perf Spec) into design requirements using a disciplined concurrent integrated approach, (2) compatibility of functional and physical interfaces, and (3) technical risk characterization and management. The Systems Engineering process shall include trade studies, risk management plans and processes, configuration management, data management, and design reviews. Design considerations shall include manufacturability, quality, reliability, maintainability, cost, ergonomics, supportability, etc. from the earliest stages of the program. The proposal risk definitions are found in AFFARS 5315.305(a)(3)(B).

4. Cost/Price Factor. The Cost/Price will not be rated or scored, but will be evaluated for reasonableness. For the purposes of this evaluation, "reasonableness" is defined as the assessment that the offeror's approach achieves an affordable system while still meeting the system performance requirements and whether the proposed Cost/Price is reasonable in relation to the solicitation requirements. Reasonableness is evaluated based upon price analysis using one or more of the techniques identified in FAR 15.404-1(b), and the overall assessment of the offeror's proposal for balance.

The offeror's Cost/Price proposal will be calculated for evaluation purposes. The total evaluated price will be the total of: The sum of CLINs 0001, 0002, 0003 and 0004, and the prices based on the Best Estimated Quantity (BEQ) for CLINs 1001-8001.

Proposed unit prices will also be evaluated to determine whether or not they are balanced across the quantity variations. Offerors are advised that unbalanced pricing proposals may be deemed to be unreasonable. The Government will be evaluating price differentials across quantity changes for reasonableness.

EGLIN-M004 SOLICITATION REQUIREMENTS, TERMS AND CONDITIONS (JUN 2002)

Offerors are required to meet all solicitation requirements, such as terms and conditions, representations and certifications, and technical requirements, in addition to those identified as factors to be eligible for award. Failure to comply with the terms and conditions of the solicitation may result in the offeror being removed from consideration for award. Any exceptions to the solicitation's terms and conditions must be fully explained and justified.

EGLIN-M005 INCORPORATION OF PARTS OF PROPOSAL INTO CONTRACT

If any offeror proposes actions/efforts that are not inherent in their processes, which result in the offeror exceeding Mission Capability factor/subfactor requirements, that specific action/effort will be unilaterally incorporated into any resulting contract with that offeror by the contracting officer. Any such incorporation will not be considered "discussions".

**EGLIN-M002 PRE-AWARD SURVEY (MAR 2003)**

The Government may conduct a pre-award survey, or plant visit, as part of this source selection. The purpose of this visit will be to gather information for judging the offeror's potential for correcting deficiencies, quality of development or manufacturing practices/processes, or other areas useful in evaluating the offer. If conducted, the

# MUNITIONS ASSEMBLY CONVEYOR (MAC) II

25 Mar 03

# STATEMENT OF OBJECTIVES (SOO)

1. Design a Munitions Assembly Conveyor (MAC) II in accordance with Performance Specification SP20038505.

2. Fabricate a MAC II prototype using production representative processes, personnel, tooling and materials.

3. Deliver MAC II prototype in accordance with the delivery schedule (section F of the contract).

4. Support government user evaluations and qualification testing.

5. Build production hardware in accordance with the delivery schedule (section F of the contract).

6. Maintain configuration control of the MAC II design using a structured configuration management system throughout production.

7. Implement an Integrated Logistics Support (ILS) program to ensure that supportability design criteria and characteristic are considered and incorporated into the design of the MAC to ensure a highly reliable, maintainable, and supportable system throughout the life cycle of the MAC II.

8. The objective is for the contractor to identify and recommend logical spare/repair parts sufficient to meet system/equipment operation and supportability objectives in accordance with the Air Force Initial Provisioning Performance Specification (IPPS) and Contract Data Requirements Lists (CDRLs).

9. Provide Technical Orders in accordance with (IAW) attached draft Technical Manual Contract Requirements (TCMR).

10. Provide a support package and infrastructure that provides for lean and agile worldwide deployment, employment, operations and field level maintenance of MAC.

F08635-03-R-0099
Attachment 1
Pg 1 of 1