No. 04-1366C
(Judge Allegra)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SPECTRUM SCIENCES AND SOFTWARE INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant

---

# PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

---

Terrance R. Ketchel, Esquire
Attorney
KETCHEL & LESTER
4 Eleventh Avenue, Suite 2B
Shalimar, Florida 32579
Tel: (850) 651-5508
Fax: (850) 651-5722
Florida Bar No. 39815

Attorney for Plaintiff

July 1, 2005

# TABLE OF CONTENTS

**PAGE(S)**


PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT .......... 1

I. STATEMENT OF THE ISSUES .......... 1

1. Motion for Summary Judgment .......... 1

2. Motion to Dismiss .......... 3

II. PLAINTIFF'S STATEMENT OF FACTS .......... 3

III. ARGUMENT .......... 10

1. Defendant's Motion For Summary Judgment Should Be Denied .......... 10

A. Summary Judgment Standards to be Applied .......... 10

B. The Draft and Final Request for Proposals Divulged Spectrum's Proprietary Information .......... 12

(1) Specific Examples of Spectrum's Proprietary Information Divulged in Draft RFP and Final RFP in Breach of the CRADA .......... 15

(2) Specific Examples of Spectrum's Proprietary Information Divulged in Draft RFP and Final RFP Contained Spectrum's Unsolicited Proposal .......... 18

C. A Genuine Issue of a Material Fact Exists With Regards to Whether Former USAF Personnel Turner or Mank Divulged Spectrum's Proprietary Information in Violation of the CRADA and the Implied In Fact Contract Created by the Unsolicited Proposals .......... 19

2. Defendant's Motion To Dismiss Should Be Denied .......... 22

A. Standard of Review .......... 22

B. The United States Fundamentally Misunderstands Spectrum's Claim and Has Moved For Dismissal on a Non-Existent Issue .......... 23

# TABLE OF AUTHORITIES

**CASE** **PAGE(S)**


Adickes v. S.H. Kress & Co.,
398 U.S. 144, 158-59 (1970) .......... 12

Aleutain Constructors v. United States,
24 Cl.Ct. 372, 379 (1991) .......... 14

Am. Pelagic Fishing Co. v. United States,
379 F.3d 1363, 1371 (Fed. Cir. 2004).......... 11

Anderson v. Liberty Lobby, Inc.,
477 U.S. 242, 248-49 (1986) .......... 11

Berkovitz v. United States,
486 U.S. 531, 540 (1988).......... 23

Blake Construction Company, Inc. v. United States,
987 F. 2d 743, 746 (Fed. Cir. 1993).......... 13

Celotex Corp. v. Catrett,
477 U.S. 317, 323 (1986).......... 10, 11

Conley v. Gibson,
355 U.S. 41, 45-46, 78 S.Ct. 99, 2 L.Ed. 2d 80 (1957) .......... 23, 24

Consumers Energy Co. v. United States,
___ Fed. Cl. ___, 2005 WL 1023513 at *4 (Fed. Cl. April 29, 2005).......... 11

Contessa Food Prods., Inc. v. Conagra, Inc.,
282 F.3d 1370, 1376 (Fed. Cir. 2002).......... 11

Crown Operations Int'l, Ltd. v. Solutia Inc.,
289 F.3d 1367, 1375 (Fed. Cir. 2002).......... 10

Harvard College,
323 F. Supp. 2d .......... 10, 11, 12

Highland Falls –Fort Montgomery Cent. School Dist. v. United States,
48 F. 3d 1166, 1166-67 (Fed Cir. 1995) .......... 23

Liberty Lobby, Inc.,
477 U .S. at 249 (1986).......... 11, 12

Matsushida Elec. Indus. Co. v. Zenith Radio Corp.,
475 U.S. 574, 587-88 (1986) .......................................................................... 11

New Valley Corp. v. United States,
119 F.3d 1576, 1580 (Fed. Cir. 1998)............................................................... 23

Orlosky Inc. v. United States,
64 Fed. Cl. 63, 68 (Fed. Cl. 2005) ................................................................ 10, 11, 12

Research, Analysis,& Development, Inc. v. United States,
8 Cl.Ct. 54,61 (Ct.Cl. 1985).............................................................................. 15

Ruttenburg v. United States,
___ Fed. Cl. ____, 2005 WL 757172 at *4 (Fed. Cl. March 25, 2005).................... 11

Santiago-Ramos v. Centennial P.R. Wireless Corp.,
217 F.3d 46, 52 (1st Cir. 2000)......................................................................... 10

Smith v. F.W. Morse & Co., Inc.,
76 F.3d 413, 427 (1st Cir. 1996)....................................................................... 10

Swierkiewicz v. Sorema, N.A.,
534 U.S. 506, 511, 122 S.Ct. 992, 152 L.Ed.2d 1 (2002)........................................ 23

Systems Fuels, Inc. v. United States,
65 Fed. Cl. 163, 168 (Fed. Cl. 2005) ................................................................. 23

Triangle Trading Co., Inc. v. Robroy Indus., Inc.,
200 F.3d 1, 2 (1st Cir. 1999)............................................................................ 10

United States v. Diebold, Inc.,
369 U.S. 654, 655 (1962).................................................................................. 11

United States v. President and Fellows of Harvard College,
323 F.Supp. 2d 151, 163 (D. Mass. 2004) ........................................................... 10

Utility Contractors, Inc. v. United States,
8 Cl.Ct. 42, 50 n. 7 (1985) ............................................................................... 14

**STATUTES AND RULES**

18 U.S.C. §§ 207(a) .......................................................................................... 23, 24, 27

18 U.S.C. §§ 1905 ................................................................................................. 3, 27

5 C.F.R. Part 2637 ........................................................................................ 3, 23, 24, 27