IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES, INC.<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant | ) | No. 04-1366-C<br>Judge Francis M. Allegra |

**AFFIDAVIT OF DWIGHT HOWARD**

Before me this day personally appeared Dwight Howard, who being duly sworn, deposes and says:

1. I, Dwight Howard, Vice President of Spectrum Sciences and Software, Inc. ("Spectrum"), make the following statement with respect to the above captioned case for the purpose of supporting Spectrum's Opposition to Defendant's Motion to Dismiss and Motion for Summary Judgment. The statements made herein are based upon my personal knowledge.

2. I have been employed full time by Spectrum since 2000. During all times relevant to activities involved with this lawsuit, I served as the lead management representative at Spectrum on all the research and development relating to the Munitions Assembly Conveyor ("MAC") (Previously named RAMS, for "Rapid Assembly of Munitions System"), as well as the negotiation and performance under the Cooperative Research and Development Agreement ("CRADA"), the preparation of Spectrum's Unsolicited Proposal, as well as the review and response to the MAC II