Solicitation.

3. Prior to being employed I served in the United States Air Force ("USAF") for 28.5 years, and have been intimately familiar with the MAC since its inception.

4. Prior to Spectrum and the United States Air Force ("USAF") entering into the ("CRADA") on October 17, 2000, the Spectrum engaged in substantial research and development on improvements to the munitions assembly conveyor ("MAC"). Spectrum expended approximately $500,000.00 in its research and development effort which was funded independent of any government funding. As part of this research and development effort, Spectrum created an in-house laboratory at Spectrum to conduct MAC research and development, and Spectrum manufactured a prototype of the improvements to the MAC. Such research and development efforts were conducted prior to entering into the CRADA.

5. Following Spectrum's research and development efforts, which resulted in the manufacture of a prototype MAC containing the improvements to the MAC, Spectrum invited the United States Air Force ("USAF") to physically view these improvements to the MAC to determine the USAF's interest in procuring, testing, or further researching such improvements to the MAC. The USAF was interested in testing and integrating this new technology which ultimately resulted in Spectrum and USAF entering into the CRADA.

6. During the performance of the CRADA Spectrum delivered to the USAF at Beale AFB a number of individual components of the