improved MAC that were developed by Spectrum prior to entering into the CRADA. The purpose for delivering these improved MAC components to Beale AFB was to allow the USAF to test such improved MAC components for combat capability pursuant to the CRADA.

7. During the performance of the CRADA, Spectrum worked closely with a number of USAF personnel to explain and test Spectrum's improvements to the MAC and to integrate these improvements into the then current model of the MAC being used by the USAF. Such interactions with USAF personnel included Spectrum providing the USAF substantial amounts of specific design information and test results for its improvements to the MAC over the almost two year period of the performance of the CRADA. Examples of specific design information provided to the USAF include

(a) electric hoist design

(b) lighting design

(c) gantry design

(d) dolly stop design

(e) torque bar design

(f) compressed air source design

8. During the performance under the CRADA, five of the improvements to the MAC that were developed by Spectrum prior to entering into the CRADA, including specific designs for such improvements, were submitted and accepted by the USAF as Spectrum proprietary items and are currently being sold to and are being