utilized by the USAF for use on with the MAC currently in the USAF inventory. These items, accepted as proprietary to Spectrum, include the pneumatic hoist, lights, dolly stop, MAC containers, and MAC container legs.

9. While still a member of the USAF, SMSgt. Turner visited the Spectrum laboratory which contained the prototype containing the improvements to the MAC. SMSgt. Turner visited the Spectrum laboratory in his official capacity with the USAF. During this visit Spectrum, pursuant to their obligations under the CRADA, provided an in-depth briefing to Turner of all of the improvements to the MAC developed and later manufactured as a prototype by Spectrum prior to the entry into the CRADA. On behalf of Spectrum I personally briefed SMSgt. Turner for over two hours at the Spectrum laboratory on all of the improvements to the MAC developed by Spectrum, and SMSgt. Turner personally viewed each such improvement to the MAC developed by Spectrum during this visit.

10. Following submission of the final report of the CRADA on August 15, 2002, Spectrum was invited to submit an unsolicited proposal that would encompass all the improvements to the MAC developed by Spectrum prior to the CRADA, as well as any improvements to the MAC developed after completion of the CRADA. Thereafter, on or about February 19, 2003 Spectrum did submit an unsolicited proposal to sell the USAF a new MAC that would include all the improvements to the MAC developed by Spectrum. In addition to all the improvements to the MAC developed and made