by Spectrum prior to entering into the CRADA, this unsolicited proposal also included several additional improvements, including a tool tray add-on that was not on the then-current MAC nor a part of the improvements to the MAC developed by Spectrum prior to the CRADA. Upon rejection of Spectrum's unsolicited proposal by the USAF on or about March 25, 2003, Spectrum became aware for the first time that the USAF was planning to conduct a competitive procurement to produce an improved version of the MAC.

11. Following receipt and review of the Draft RFP for the MAC II Solicitation, Spectrum complained vigorously to USAF officials that the Draft RFP contained elements of Spectrum's proprietary information protected under the CRADA and under the unsolicited proposal. As a result of Spectrum's objections and USAF's review of the Draft RFP, certain provisions of the Draft RFP specifications were altered to remove some of the proprietary information relating to Spectrum's improvements to the MAC. However, both the Draft RFP and Final RFP for the MAC II Solicitation contained references to specific performance criteria and design elements of Spectrum's improvements to the MAC developed by Spectrum. These include, but are not limited to, the following:

(a) electrical receptacles in the Interface Control Board (Spec. Section 3.2.1.6);

(b) compressed air source design (Spec. Section 3.1.2.e);