(c) electric hoist requirement (Spec. Section 3.1.2.1);

(d) gantry load limit (Spec. Section 3.2.1.1);

(e) new lighting system configuration (Spec. Section 3.2.1.5);

(f) idea and dimensions for the tool tray accessory (draft RFP Spec. Section 3.2.1.9 and final RFP Spec. Section 3.2.1.8); and

(g) 6,000 lb. load limit for the MAC (Spec section.3.2.1.1).

12. Shortly following the publication of the Final RFP on the MAC II Solicitation, I received a phone call from SMSgt. Potratz at Beale AFB, who informed me that former SMSgt. Turner was requesting to see Spectrum's prototype components of its improvements to the MAC that were then located at Beale AFB. I objected vehemently to allowing Turner to review Spectrum's improvements to the MAC, but was informed by SMSgt. Potratz that USAF personnel from Eglin AFB were directing that he allow Turner access to review and view Spectrum's prototype components and that Turner did in fact view these Spectrum prototype components as part of his consultation to D&D Machinery and Sales, Inc. on the MAC II Solicitation.

13. SMSgt. Mank ("Mank") served at the lead USAF agency involved with the CRADA throughout the period of the development of the Spectrum improvements to the MAC prior to the CRADA, and during significant portions of the testing and verification of