the improvements to the CRADA pursuant to the CRADA. In such capacity, Mank had continuous and repeated access to the design and viewing of the improvements to the MAC developed by Spectrum. Following Mank's retirement from the USAF, Mank participated in the Industry Day for the MAC II Solicitation as a representative of a private contractor or contractors participating in the MAC II solicitation.

The facts or matters stated or recited herein are true.

FURTHER AFFIANT SAYETH NAUGHT.

Dwight Howard

STATE OF FLORIDA

COUNTY OF OKALOOSA

I HEREBY CERTIFY that on this 30th day of June, 2005, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared Dwight Howard, who is personally known to me or who has produced the identification identified below, who is the person described in and who executed the foregoing instrument, and who after being duly sworn says that the execution hereof is his/her free act and deed for the uses and purposes herein mentioned.

SWORN TO AND SUBSCRIBED before me on the day and year last aforesaid.

___ To me personally known

Notary Public

TERRANCE R. KETCHEL
Notary Public, State of Florida
My comm. exp. Sept. 20, 2006
Comm. No. DD 151911

Typed Name: Terrance R. Ketchel
My Commission Expires:
Commission No.: