# UNSOLICITED PROPOSAL

Combat Munitions Assembly Conveyor (CMAC)

PREPARED BY

SPECTRUM
SCIENCES & SOFTWARE, INC.

91 HILL AVENUE, FORT WALTON BEACH, FL 32548
Phone (850) 796-0909, FAX (850) 244-9560
Cage Code 1X179 A For Profit Small Business

Presented to the

**DEPARTMENT OF THE AIR FORCE**
**AIR FORCE MATERIEL COMMAND**
**AIR ARMAMENT CENTER/WMO**
**314 W. CHOCTAWHATCHEE AVE. SUITE 104**
**Eglin AFB, FL 32542-5717**

No other federal, state, or local agency or party has received this proposal or has funded its effort.

Submitted on this date, the 19th of February 2003.

Name and Title of person authorized to sign offer: Don Garrison, Chief Operating Officer

Signature: ______________________________

Evaluation/Negotiation Contacts: Dwight Howard, Manufacturing Division Director
Pat Carpenter, Business Development Director

UNSOLICITED PROPOSAL

Copy 1 of 5

*The data in this proposal will not be disclosed outside the Government and will not be duplicated, used, or disclosed in whole or in part for any purpose other than to evaluate the proposal; provided, that if a contract is awarded to this offeror as a result of or in connection with the submission of these data, the Government will have the right to duplicate, use, or disclose the data to the extent provided in the contract. This restriction does not limit the Government's right to use information contained in the data if obtainable from another source without restriction.*