IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1366C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 calendar days, to and including August 17, 2005, within which to file its reply to plaintiff's response to defendant's motion for summary judgment in this case. Defendant's reply currently is due to be filed on July 18, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has attempted to contact counsel for plaintiff regarding this motion, but has not been able to reach him. Specifically, undersigned counsel for defendant telephoned counsel for plaintiff regarding this motion on Monday, July 11, 2005, and left a message. As of the time of this filing, counsel for defendant has not heard back from counsel for plaintiff.

The additional time is necessary because counsel for defendant and agency counsel have not had sufficient time to prepare and file defendant's reply to plaintiff's response. Specifically, undersigned counsel for defendant was out of the office from June 24 to July 10, 2005, and received plaintiff's response upon her return to the office on July 11, 2005. In

addition, counsel for defendant is responsible for the following in the next few weeks: prepare and file defendant's answer to plaintiff's complaint in GTI, Inc. v. United States, No. 05-463C (Fed. Cl.); prepare an adverse decision memorandum in Carmichael v. United States, No. 99-958C (Fed. Cl.); and prepare settlement agreements in Pacificare Health Systems, Inc. v. United States, No. 03-442C (Fed. Cl.) and Barnard, et al. v. United States, No. 05-7C (Fed. Cl.). Thus, the additional time is necessary within which to review plaintiff's response, and prepare and file our reply brief.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Lauren S. Moore

OF COUNSEL:

CHUN-I CHIANG
Department of the Air Force
Air Force Legal Services Agency
1501 Wilson Blvd.
Suite 606
Arlington, VA 22209-2403

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

JULY 14, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on JULY 14, 2005, a copy of "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore