IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant | ) | No. 04-1366-C<br>Judge Francis M. Allegra |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENLARGMENT OF TIME**

COMES NOW, Plaintiff, SPECTRUM SCIENCES AND SOFTWARE, INC., by and through its undersigned attorney, and replies to Defendant's Motion for Enlargement of Time filed with this Court on July 14, 2005. Plaintiff acknowledges Defendant's efforts to contact Plaintiff via telephone with regards to this Request for Enlargement of Time, but was unable to reply to Defendant's counsel due to Hurricane Dennis which passed through Northwest Florida on July 10, 2005.

Plaintiff does not oppose a reasonable extension of time for Defendant to reply to Plaintiff's Response to Defendant's Motion for Summary Judgment, but believes that the requested time extension is unreasonable and excessive. Plaintiff does not oppose providing Defendant a two week enlargement of time to submit its reply. However, Plaintiff respectfully requests that the Court allow Plaintiff to immediately proceed with discovery in this case pending Defendant's reply period. This request is being made not only as a result of the Defendant's current request for enlargement of time, but also as a result of the government's previous requests for extension of time to respond to various pleadings in this case as well as

Plaintiff's belief that Defendant's Motion for Summary Judgment and Motion to Dismiss are without merit.

Respectfully submitted,

s/ Terrance R. Ketchel

KETCHEL & LESTER
4 Eleventh Avenue, Suite 2B
Shalimar, Florida 32579
Tel: (850) 651-5508
Fax: (850) 651-5722
Florida Bar No. 398152

Attorney for Plaintiff

July 15, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 15th day of July, 2005, a copy of the foregoing "PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENLARGMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Terrance R. Ketchel