# In The United States Court of Federal Claims

No. 04-1366C

(Filed: July 19, 2005)

---

SPECTRUM SOFTWARE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic status conference will be held in this case on Tuesday, July 26, 2005, at 11:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time. Further briefing of defendant's motions to dismiss and for summary judgment is stayed until further order of this court.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge