# In The United States Court of Federal Claims

No. 04-1366C

(Filed: July 28, 2005)

SPECTRUM SOFTWARE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A status conference was held in this case on July 26, 2005. Participating in the conference were Terrance R. Ketchel, on behalf of plaintiff, Lauren S. Moore, on behalf of defendant, and Chuni Chiang, on behalf of the agency. Pursuant to the discussions, on or before August 18, 2005, defendant shall file its reply to plaintiff's response to defendant's motion to dismiss. Discovery is hereby stayed pending the outcome of this motion. In addition, further briefing on defendant's motion for summary judgment is stayed until further order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge