# In The United States Court of Federal Claims

No. 04-1366C

(Filed: August 4, 2005)

SPECTRUM SOFTWARE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on defendant's motion to dismiss will be held in this case on Tuesday, September 27, 2005, at 10:00 a.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the building on the date of the argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge