# In The United States Court of Federal Claims

No. 04-1366C

(Filed: September 26, 2005)

---

SPECTRUM SOFTWARE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

The oral argument on defendant's motion to dismiss that was scheduled for Tuesday, September 27, 2005, at 10:00 a.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005 has been cancelled.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge