IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1366C |
| | ) | (Judge Francis M. Allegra) |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**MOTION TO LIFT DISCOVERY STAY**

The Plaintiff, Spectrum Sciences & Software, Inc., by and through its undersigned counsel, hereby requests that the discovery stay ordered by this court on July 28, 2005, be lifted and in support of such request states the following:

1. Following a status conference held between the Court and the respective parties on July 26, 2005, regarding Defendant's Motion to Dismiss and Motion for Summary Judgment, the Court, ordered discovery to be stayed pending the outcome of Defendant's Motion to Dismiss. On August 4, 2005, the Court scheduled oral argument on Defendant's Motion to Dismiss to be held on September 27, 2005, and then, on September 26, 2005, the Court canceled said hearing. Such hearing on Defendant's Motion to Dismiss has not been rescheduled.

2. During the status conference of July 26, 2005, in which the Court ordered the discovery to be stayed pending the outcome of Defendant's Motion to Dismiss, the Court also directed the respective parties to engage in voluntary exchange of documents. Shortly thereafter, the parties engaged in a telephone conference during which each party made specific requests for documents, and thereafter, both parties exchanged said documents. However, the documents received from the Government pursuant to Plaintiff's request were minimal in nature and

represented no more than 10% of the documents requested. This fact, coupled with the very limited Rule 26 exchange provided by the Government, has severely limited Plaintiff's ability to pursue this case with any diligence.

WHEREFORE, Plaintiff respectfully requests this Court to lift the stay on discovery ordered on July 28, 2005, and allow Plaintiff to proceed with formal discovery pursuant to the rules of this Court.

Respectfully submitted,

/s/ Terrance R. Ketchel

Terrance R. Ketchel
KETCHEL & LESTER
4 Eleventh Avenue, Suite 2B
Shalimar, Florida 32579
Tel: (850) 651-5508
Fax: (850) 651-5722
Florida Bar No. 39815

Attorney for Plaintiff

**CERTIFICATE OF FILING**

I hereby certify that on the 18th day of October, 2005, a copy of the foregoing MOTION TO LIFT STAY was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Terrance R. Ketchel