IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1366C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, UPON BEHALF OF BOTH PARTIES

Defendant, upon behalf of both parties, respectfully requests an enlargement of time of seven calendar days, to and including January 24, 2006, within which to file the parties' joint status report in this case. The joint status report currently is due to be filed on January 17, 2006. Neither party has previously requested an enlargement of time for this purpose. Counsel for defendant has contacted counsel for plaintiff regarding this motion, and he has stated that he concurs with this motion.

The additional time is necessary because counsel for the parties must complete their preparation of the joint status report. Specifically, while the parties have begun preparation of the report, they must finalize and sign the report before filing. The parties anticipate that an additional seven calendar days will allow sufficient time for this purpose. Thus, the additional time is necessary within which to complete and file the joint status report.

For the foregoing reason, we respectfully request that our motion for an enlargement of time, upon behalf of both parties, be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

CHUN-I CHIANG
Department of the Air Force
Air Force Legal Services Agency
1501 Wilson Blvd.
Suite 606
Arlington, VA 22209-2403

JANUARY 17, 2006

CERTIFICATE OF FILING

I hereby certify that on JANUARY 17, 2006, a copy of "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, UPON BEHALF OF BOTH PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore