IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1366C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated December 19, 2005, the parties respectfully submit the following joint status report.

The parties intend to conduct discovery, commencing with the submission of written discovery, on or before February 15, 2006. The parties anticipate that they will complete all discovery, including any necessary depositions, on or before July 31, 2006. The parties request that they be allowed to file status reports with the Court upon the conclusion of discovery, on or before August 15, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

| | |
|---|---|
| s/ Terrance R. Ketchel | s/ Lauren S. Moore |
| TERRANCE R. KETCHEL<br>Terrance R. Ketchel, P.A.<br>126 NE Eglin Parkway<br>Fort Walton Beach, FL 32548<br>Tele: (850) 664-2705<br>Fax: (850) 664-7933 | LAUREN S. MOORE<br>Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>1100 L Street, N.W.<br>Attn: Classification Unit<br>8th Floor<br>Washington, D.C. 20530<br>Tele: (202) 307-6288<br>Fax: (202) 514-8640 |
| Attorney for Plaintiff | Attorneys for Defendant |

JANUARY 19, 2006

**CERTIFICATE OF FILING**

I hereby certify that on the 19th day of January, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore