# In The United States Court of Federal Claims

No. 04-1366C

(Filed: January 20, 2006)

SPECTRUM SOFTWARE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 19, 2006, the parties filed a joint status report proposing a schedule for discovery. Based on its review of that report, the court concludes:

(i) On or before July 31, 2006, discovery (fact and expert) shall be completed.

(ii) On or before August 15, 2006, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge