IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SPECTRUM SCIENCES AND SOFTWARE, INC., Plaintiff,

v.

THE UNITED STATES, Defendant.

No. 04-1366C
(Judge Allegra)

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 33 calendar days, to and including May 1, 2006, within which to submit responses to plaintiff’s discovery in this case. Defendant’s responses to plaintiff’s discovery currently are due to be submitted on March 29, 2006. This is defendant’s first request for an enlargement of time for this purpose. Counsel for defendant has contacted counsel for plaintiff regarding this motion, and he has stated that plaintiff does not oppose this motion.

The additional time is necessary because counsel for defendant has not yet received information or documents from the Department of the Air Force that is necessary to respond to plaintiff’s discovery. Specifically, while defendant is working on preparing its responses to plaintiff’s discovery, the discovery is voluminous and will require additional research. Defendant anticipates that an additional 33 calendar days will allow sufficient time for this purpose. Thus, the additional time is necessary within which to submit responses to plaintiff’s

discovery.

For the foregoing reason, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

CHUN-I CHIANG
Department of the Air Force
Air Force Legal Services Agency
1501 Wilson Blvd.
Suite 606
Arlington, VA 22209-2403

MARCH 27, 2006

CERTIFICATE OF FILING

I hereby certify that on MARCH 27, 2006, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore