**Electronically Filed on June 30, 2006**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE INC. | * | |
| Plaintiff, | * | No. 04-1366C<br>(Judge Allegra) |
| v. | * | |
| THE UNITED STATES | * | |
| Defendant. | * | |

**MOTION OF PLAINTIFF SPECTRUM SCIENCES AND SOFTWARE, INC. TO SUBSTITUTE COUNSEL**

Pursuant to United States Court of Federal Claims Rule 83.1(c)(4), Plaintiff Spectrum Sciences and Software, Inc. ("Spectrum") seeks leave of the Court to substitute its counsel in the above-captioned matter. More specifically, Spectrum seeks leave to change its counsel from Terrance R. Ketchel, Esquire of Terrance R. Ketchel, P.A. to Craig A. Holman and Caitlin Cloonan of Holland & Knight LLP. Mr. Holman will serve as lead counsel. Mr. Holman's contact information is as follows:

Craig A. Holman
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Phone: (202) 457-7155
Fax: (202) 419-2749
E-mail: craig.holman@hklaw.com

Ms. Cloonan's contact information is as follows:

Caitlin K. Cloonan
HOLLAND & KNIGHT LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Phone: (703) 720-8021
Fax: (703) 720-8610
E-mail: caitlin.cloonan@hklaw.com

Both Mr. Holman and Ms. Cloonan are admitted to the Court's bar. The Court has not yet set a trial date in this matter. Mr. Holman made several attempts to obtain consent from government counsel but government counsel has not yet responded.

WHEREFORE, because outgoing counsel and incoming counsel have both signed this motion and because incoming counsel has attached an Affidavit of Appointment, Spectrum respectfully requests that the Court grant this motion.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Craig A. Holman
Craig A. Holman
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Phone: (202) 457-7155
Fax: (202) 419-2749
*Incoming Counsel to Spectrum Sciences and Software, Inc.*

TERRANCE R. KETCHEL, P.A.

/s/Terrance R. Ketchel
Terrance R. Ketchel
126 NE Eglin Parkway
Fort Walton Beach, Florida 32548
Phone: (850) 664-2705
Fax: (850) 664-7933
*Outgoing Counsel to Spectrum Sciences and Software, Inc.*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE INC. | * | |
| Plaintiff, | * | No. 04-1366C (Judge Allegra) |
| v. | * | |
| THE UNITED STATES | * | |
| Defendant. | * | |

**AFFIDAVIT OF APPOINTMENT**

I, Craig A. Holman, hereby affirm to the United States Court of Federal Claims that Spectrum Sciences and Software, Inc., by its general counsel, has retained Holland & Knight LLP to take on the matter of *Spectrum Sciences and Software, Inc. v. The United States*, Case No. 04-1366C, as lead counsel and in substitution for its existing counsel.

I affirm under penalty of perjury, pursuant to the laws of the United States, that the foregoing is true and correct.

Executed this 28th day of June 2006 in Washington, D.C.

Craig A. Holman
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Phone: (202) 457-7155

Subscribed and sworn to me this 28th day of June 2006.

Rebecca C. Polliard Notary Public

My Commission Expires: August 14, 2009

# 3876363_v1

Rebecca C. Polliard
Notary Public, District of Columbia
My Commission Expires 08-14-2009