**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE INC. | * | |
| Plaintiff, | * | No. 04-1366C<br>(Judge Allegra) |
| v. | * | |
| THE UNITED STATES | * | |
| Defendant. | * | |

**ORDER**

Having considered the Motion of Plaintiff Spectrum Sciences and Software, Inc. to Substitute Counsel and any response thereto, it is hereby

ORDERED that the Motion to Substitute Counsel is GRANTED; and

FURTHER ORDERED that the Clerk shall accomplish such substitution by appropriate entry on the docket as provided for in Rule 83.1(c)(4).

______________________________

Judge Allegra