**Electronically Filed On July 13, 2006**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | * | |
| Plaintiff, | * | No. 04-1366C<br>(Judge Allegra) |
| v. | * | |
| THE UNITED STATES | * | |
| Defendant. | * | |

**CONSENTED TO MOTION TO EXTEND DISCOVERY SCHEDULE**

Plaintiff Spectrum Sciences and Software, Inc. ("Spectrum"), by its undersigned counsel, hereby moves the Court to extend the close of discovery and post-discovery joint status report filing dates, as set forth in the Court's January 20, 2006 Order, each by ninety days. In support of this motion, Spectrum states that it recently substituted counsel in this matter. Moreover, the parties continue conducting discovery and anticipate that the summer season will make it difficult to complete the necessary depositions by July 31, 2006 (the presently set date for close of discovery). No other dates will be impacted by this request. Defendant the United States of America consents to the requested extensions.

WHEREFORE, Spectrum respectfully requests that the Court grant this motion and extend the discovery schedule in this matter by 90 days (up to and including October 30, 2006) and continue the post-discovery joint status report filing date by 90 days (up to and including November 14, 2006).

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Craig A. Holman
Craig A. Holman
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Phone: (202) 457-7155/Fax: (202) 419-2749
*Counsel to Spectrum Sciences and Software, Inc.*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | * | |
| Plaintiff, | * | No. 04-1366C<br>(Judge Allegra) |
| v. | * | |
| THE UNITED STATES | * | |
| Defendant. | * | |

**ORDER**

Having considered the Consented to Motion to Extend Discovery Schedule of Plaintiff Spectrum Sciences and Software, Inc., it is hereby:

ORDERED that the Motion to Extend Discovery Schedule is GRANTED;

FURTHER ORDERED that the parties shall on or before October 30, 2006 complete all discovery (fact and expert); and

FURTHER ORDERED that the parties shall file a post-discovery joint status report indicating how the case should proceed on or before November 14, 2006.

______________________________
Judge Allegra

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July 2006, I caused a copy of the foregoing Consented to Motion to Extend Discovery Schedule to be served by electronic delivery on:

Lauren S. Moore, Esquire
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Attn: Classification Unit

s/ Craig A. Holman
Craig A. Holman

# 3893900_v1