# In The United States Court of Federal Claims

No. 04-1366C

(Filed: July 14, 2006)

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 13, 2006, plaintiff filed a motion to extend the schedule for discovery in this case, to which defendant consented. The motion is hereby **GRANTED**. Accordingly,

(i) On or before October 30, 2006, discovery (fact and expert) shall be completed; and

(ii) On or before November 13, 2006, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge