**Electronically filed August 18, 2006**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | * | |
| Plaintiff, | * | No. 04-1366C<br>(Judge Allegra) |
| v. | * | |
| THE UNITED STATES | * | |
| Defendant. | * | |

**PLAINTIFF SPECTRUM SCIENCES AND SOFTWARE, INC.'S RULE 26(a)(2)(A) DISCLOSURES**

Plaintiff Spectrum Sciences and Software, Inc. ("Spectrum"), by and through undersigned counsel and pursuant to RCFC 26(a)(2)(A), hereby discloses that it may call Dwight D. Howard, Spectrum Sciences and Software, Inc., 91 Hill Avenue, Fort Walton Beach, Florida 52548, (850) 796-0909 and Danny E. Bridges, Spectrum Sciences and Software, Inc., 91 Hill Avenue, Fort Walton Beach, Florida 52548 (850) 796-0909 to testify as fact and expert witnesses in the above-captioned matter. Spectrum has not retained or specially employed Mr. Howard or Mr. Bridges to provide expert testimony in the case. To the contrary, Mr. Howard and Mr. Bridges are longstanding employees of Spectrum with extensive factual involvement in the matters set forth in Spectrum's Complaint. Spectrum intends to call Mr. Howard and Mr. Bridges primarily as fact witnesses whose unique training and expertise provides a basis to offer expert-level testimony regarding certain technical and other issues related to this matter.

Both Mr. Bridges and Mr. Howard have extensive training and technical experience related to Air Force munitions assembly and the processes and technologies related thereto. Mr. Howard is a retired U.S. Air Force serviceman and currently serves as Spectrum's Chief

Operating Officer. Mr. Bridges is a retired U.S. Air Force serviceman and currently serves as Spectrum's Director Production and Quality. Based on their relevant knowledge, training and technical expertise, Mr. Howard and Mr. Bridges will offer their individual opinions related to the Air Force munitions assembly requirements, Spectrum's development of technology to support this specific Air Force mission, the proprietary nature of the Spectrum technology, the value of Spectrum's proprietary technology, the Air Force's misuse of Spectrum's proprietary technology, and the harms suffered by Spectrum from the Air Force's misuse of Spectrum's proprietary technology. Mr. Bridges and Mr. Howard also will offer their individual opinions on the cost and technical aspects of fielding a commercial product to support the Air Force's munitions assembly requirements. Based on their relevant knowledge, training and technical expertise, both witnesses also may offer their opinions regarding various technical features designed specifically for the Munitions Assembly Conveyer ("MAC"), including (but not limited to): (a) gantry modifications, (b) dolly brakes, (c) interface control board improvements, (d) bomb torque improvements, (e) electronic hoist and powered trolley, (f) MAC shipping containers, (g) lighting system improvements, (h) rail conveyer dolly, and (i) tool-holding tray. The educational and professional qualifications of Mr. Howard and Mr. Bridges are further detailed in their respective resumes, which Spectrum has attached (as a courtesy) as Exhibit A.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Craig A. Holman

Craig A. Holman
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Phone: (202) 457-7155/Fax: (202) 419-2749
*Counsel to Spectrum Sciences and Software, Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August 2006, I caused a copy of the foregoing Plaintiff Spectrum Sciences and Software, Inc.'s Rule 26(a)(2)(A) Disclosures of Experts to be served by electronic delivery on:

Lauren S. Moore, Esquire
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Attn: Classification Unit

/s/ Craig A. Holman
Craig A. Holman

# 3989235_v1