# EXHIBIT A

**Dwight D. Howard**

| | |
|---|---|
| *Education:* | Personnel Management Certificate, over 100 credit hrs, Technical Management, Community College of the Air Force, 1996 Maxwell AFB Al 32547 |
| *Training:* | Certificate, Computer Applications (1100 hrs), Okaloosa Applied Technology Center, 1999, Fort Walton Beach Fl 32548,<br>Certificate ISO 9000 Specialist, Okaloosa Walton College, 2001, Fort Walton Beach Fl 32548<br>Extensive Military Training Explosive Safety and Munitions Operations, 1968-1996,U S Air Force<br>Level 1 Acquisition Specialist, 1995, US Air Force<br>USAF Professional Military Education-Senior NCO Academy, NCO Academy, NCO Leadership School |
| *Certifications/ Registrations:* | ISO 9001-2000 Specialist, Computer Applications, Personnel Management, Acquisition Specialist |
| *Professional Affiliations:* | Director, Okaloosa Economic Development Council<br>Member, Florida Workforce Development Board<br>Member, Advisory Board, Okaloosa Applied Technology Center |
| *Security Clearance:* | Secret |

Overview:

Mr. Howard has 39 years experience in the field of Technical Management. He currently serves as Chief Operating Officer at Spectrum Sciences & Software Inc, he joined Spectrum in 2000 as Director of Manufacturing. Where he directed the growth of a new division to over 4.7 million in annual sales and qualified the division as a quality producer for the Department of Defense under ISO 9001-2000. Promoted to Senior Vice President Advanced Programs Dec 2004, there he created a 12M dollar backlog of future contracts. He currently is responsible for the management of over 60,000 Sq Ft of Manufacturing facilities and a team of technicians and has satisfactorily complete over 700 government contracts. Mr. Howard completed a distinguished career in the U.S. Air Force where he attained the highest enlisted grade of Chief Master Sergeant and was recognized for two awards as the USAF Outstanding Munitions Manger and Missile Manger of the year.

*Experience:*

**Spectrum Sciences & Software, Inc. Director of Manufacturing Division, Vice President of Manufacturing, Senior Vice President Advanced Programs Feb 2000-Present.**

Mr. Howard became the Director of Manufacturing Division, Spectrum Sciences and Software Inc, Fort Walton Beach Fl in 2000. He is responsible for the management of a 50,000 sq ft Aircraft/Munitions Support Equipment Manufacturing facility. Since assuming the position as the Director of Manufacturing, his division has completed over 300 Government/Civilian contracts with no late deliveries and 100% customer satisfaction. He is directly responsible for Spectrum's ISO 9000 program, completing the ISO 9001-2000 self-certification from within company resources and at a significant cost.

**The Peterman Corporation, Chief Government Sales, Jan 1997-Feb 2000**

Prior to joining Spectrum, Mr. Howard served as the Chief of the Government Sales Division for The Peterman Corporation of Fort Walton Beach Florida. In that capacity, he was responsible for the complete operation of sales staff and interface with all government agencies for the production of videos and video/audio equipment. He also managed advertising sales to local companies, to include the design and the strategic placement of brochures, newspaper and television advertisements, and promotions. He was able to increase sales by over 300% within a 3-year period.

**United States Air Force, Chief Master Sergeant, March 1968-Aug 1996**

Served 29 years in the US Air Force, Mr. Howard retired as a Chief Master Sergeant. In his tenure he held numerous management and staff positions, responsible for directing, coordinating, and managing personnel at all levels, from the entry-level worker to Major Command Functional Manager. He was the driver in the establishment and development of the United States Air Force, Munitions Material Handling Equipment (MMHE) focal point, which has solved Aircraft Loading and Munitions Handling problems for the combat air forces worldwide.

*Chronological Employment History*

Spectrum Sciences & Software, Inc. Chief Operations Officer, Feb 2000-Present
The Peterman Corporation, Chief Government Sales, Jan 1997-Jan 2000
US Air Force, Chief Master Sergeant, Mar 1968-Aug 1996

Individual Update: Dwight Howard, 16 Feb 2006
Editorial Update: K. Klein, Date

**Danny E. Bridges**

*Education:* 89 credit hours in Electronics Technology with the Community College of the Air Force, 1998 Maxwell AFB Al 32547

*Training:* Extensive Military Training in Electronics (Instrumentation and Telemetry), Explosive Safety, Explosive site Planning, Munitions Operations, and Theater Munitions Logistics Planning. Electronics Engineering Technician School Distinguished Graduate, USAF Professional Military Education-Senior NCO Academy Graduate, Command NCO Academy Distinguished Graduate, NCO Leadership School Distinguished Graduate

*Certifications/ Registrations:* Patent No. 4,385,227, *"Automatic Delay and High Velocity Sensing System"*

*Professional Affiliations:* *AMMO Chief's Association*

*Security Clearance:* Currently hold a Secret clearance. Held Top Secret clearance, with SAR/SAP Special Access at MAJCOM level.

Overview:

Mr. Bridges has 34 years experience in the field of Technical Management. He currently serves as Director of Production and Quality at Spectrum Sciences & Software Inc. He joined the Spectrum Quality Team in 2001. Mr. Bridges authored Spectrum's ISO 9001:2000 Quality Management System, which has been recognized and qualified by the US Government. Promoted to Director of Operations in May, 2004, Mr. Bridges spearheaded Manufacturing's move from a 5,000 sq ft facility into a 35,000 sq ft facility while doubling the workforce size and completing all on-going contract deliveries on time. Mr. Bridges was assigned responsibilities as the Director of Production and Quality in January, 2006, where he currently is responsible for the management of over 60,000 Sq Ft of Manufacturing facilities and a team of over 35 managers, skilled craftsmen and technicians. In addition, Mr. Bridges is currently coordinating with the Perry Johnson Corporation to formally register Spectrum Manufacturing under ISO 9001:2000. Mr. Bridges completed a distinguished career in the U.S. Air Force where he attained the highest enlisted grade of Chief Master Sergeant.

*Experience:*

**Spectrum Sciences & Software, Inc. Director of Manufacturing Operations, Director of Manufacturing, and Currently Director of Production and Quality April 2001-Present.**

Mr. Bridges became the Director of Manufacturing Operations, Spectrum Sciences and Software Inc, Fort Walton Beach Fl in 2004. He is responsible for the management of over 60,000 sq ft of Manufacturing facilities and over 35 employees. Since accepting the position as the Director of Production and Quality, his division has completed over 400 Government/Civilian contracts with 100% customer satisfaction. Mr. Bridges also authored Spectrum's ISO 9001:2000 program, completing the self-certification at a significant cost savings, and bringing Manufacturing into compliance with ISO 9001:2000. He has continued to manage and continuously improve the program since it's inception in May 2003.

**United States Air Force, Chief Master Sergeant, April 1970 – November 1998**
Served 28 years in the US Air Force, Mr. Bridges retired as a Chief Master Sergeant. In his tenure he held numerous management and staff positions, responsible for directing, coordinating, and managing personnel at all levels, from the entry-level worker to Major Command Functional Manager. Most notable of his assignments was as The Air Force Combat Ammunition Center (AFCOMAC) Center Superintendent, reporting directly to the Air Staff. AFCOMAC was designated as the desert scenario MMHE test bed for the USAF greatly due to Mr. Bridges involvement in the MMHE Worldwide program. Mr. Bridges concluded his distinguished career at HQ USAFE, Ramstein AB Germany, serving in the position for over three years. During that time, he served as the MAJCOM MMHE Focal Point, 2W0XX Functional Manager for over 1400 airmen, and authored the munitions portion of the new Quality Inspection System within USAFE to include the first viable munitions metrics. Mr. Bridges also represented HQ USAFE as the Munitions Representative to the WRSA-I and WRSA-II negotiations with Israeli Defense Forces held in Stuttgart Germany and Tel Aviv Israel.

*Chronological Employment History*
Spectrum Sciences & Software, Inc. Director of Production and Quality, April 2001-Present
US Air Force, Chief Master Sergeant, April 1970 – November 1998

Individual Update: Danny E. Bridges, August 2006
Editorial Update: K. Klein, Date