IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1366C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME,
UPON BEHALF OF BOTH PARTIES

Defendant, upon behalf of both parties, respectfully requests an enlargement of time of 17 calendar days, to and including November 30, 2006, within which to file the joint status report in this case. The parties' joint status report currently is due to be filed on November 13, 2006. This is either party's first request for an enlargement of time for this purpose. Counsel for defendant has contacted counsel for plaintiff regarding this motion, and he has stated that plaintiff concurs in this motion.

The additional time is necessary because counsel for the parties have been conducting discovery in this case, and have not had sufficient time to prepare and file the joint status report. Specifically, the parties have exchanged documents, and counsel for both parties conducted depositions the week of October 23, 2006. Counsel for plaintiff intends to conduct at least one additional deposition, currently scheduled to take place on November 16, 2006. Once depositions have been completed, the parties will be able to advise the Court regarding further

proceedings in this case. Thus, the additional time is necessary to allow the parties to prepare and file the joint status report.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time, upon behalf of both parties, be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

NOVEMBER 7, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on NOVEMBER 9, 2006, a copy of "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, UPON BEHALF OF BOTH PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore