**Electronically Filed On December 1, 2006**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | * | |
| Plaintiff, | * | No. 04-1366C<br>(Judge Allegra) |
| v. | * | |
| THE UNITED STATES | * | |
| Defendant. | * | |

**CONSENTED TO MOTION TO EXTEND TIME FOR FILING JOINT STATUS REPORT**

Plaintiff Spectrum Sciences and Software, Inc. ("Spectrum"), by its undersigned counsel, hereby, moves the Court with the consent of the United States to further extend the time for filing the Joint Status Report in this case up to and including December 22, 2006. (Defendant United States recently requested a limited extension to this date to allow for completion of discovery.) Counsel for defendant has consented to this motion.

Although the parties have completed discovery (except the exchange of certain documents that require entry of a protective order under negotiation and other electronic documents for which the parties are conducting follow up searches), the parties, due to schedule conflicts, have not had adequate time to address the topics that need to be covered in the Joint Status Report. For the foregoing reasons, the parties through undersigned counsel for Spectrum respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Craig A. Holman
Craig A. Holman
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Phone: (202) 457-7155/Fax: (202) 419-2749
*Counsel to Spectrum Sciences and Software, Inc.*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | * | |
| Plaintiff, | * | No. 04-1366C<br>(Judge Allegra) |
| v. | * | |
| THE UNITED STATES | * | |
| Defendant. | * | |

**ORDER**

Having considered the Consented to Motion to Extend Time for Filing Joint Status Report, it is hereby:

ORDERED that the Motion is GRANTED;

FURTHER ORDERED that the parties shall on or before December 22, 2006 file a post-discovery joint status report indicating how the case should proceed.

______________________________

Judge Allegra

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December 2006, I caused a copy of the foregoing Consented to Motion to Extend Time for Filing Joint Status Report to be served by electronic delivery on:

Lauren S. Moore, Esquire
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Attn: Classification Unit

s/ Craig A. Holman
Craig A. Holman

# 4221349_v1