# In The United States Court of Federal Claims

No. 04-1366C

(Filed: December 4, 2006)

---

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On December 1, 2006, the parties filed a second motion requesting an enlargement of time in which to file their joint status report, to and including December 22, 2006. This motion is hereby **GRANTED**, in part, and **DENIED**, in part. Accordingly, on or before December 8, 2006, the parties shall file a joint status report indicating how this case should proceed. **No further enlargements of this deadline shall be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge