**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1366C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 4, 2006, the parties respectfully submit the following joint status report.

The parties have completed discovery in this matter with the exception of: (i) certain follow up document searches that the parties agreed to conduct during discovery, *e.g.*, the submission to defendant of certain further plaintiff website-related documents (to the extent such documents exist); and (ii) the submission to plaintiff of certain documents that defendant believes require the entry of a protective order. Counsel for the parties anticipate submitting a proposed protective order covering certain documents by December 21, 2006.

The parties further anticipate completing the limited remaining document discovery within three weeks of the Court issuing the protective order (should it deem the protective order appropriate). Counsel for plaintiff believes that plaintiff may seek leave to file an amended complaint, based upon the parties' discovery and proposes to do so no later than January 31, 2007.

The parties request that they be allowed to file a joint status report 15 days after the defendant has filed an answer to the plaintiff's amended complaint, or by February 15, 2007 if plaintiff does not seek leave to amend its complaint. Defendant anticipates that, depending upon the contents of the amended complaint, it will seek to file a motion for summary judgment upon the issue of liability. Plaintiff anticipates that it will oppose the Government's motion for summary judgment, and proposes that a trial take place, if and as the Court deems appropriate, in the spring of 2007.

Dated: December 7, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s/ Craig A. Holman
CRAIG A. HOLMAN
Holland & Knight, LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, DC 20006-6801
Tele: (202) 457-7155
Fax: (202) 419-2749
*Attorney for Plaintiff*

/s/ Lauren S. Moore
LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640
*Attorneys for Defendant*

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 7th day of December, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Craig A. Holman
Craig A. Holman