# In The United States Court of Federal Claims

No. 04-1366C

(Filed: January 4, 2007)

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A telephonic status conference will be held in this case on Thursday, January 11, 2007, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge