IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1366C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO ENTER PROTECTIVE ORDER

The parties request that the Court enter the attached stipulated protective order to govern the review of and access to protected information pertaining to these proceedings. Specifically, plaintiff has requested that defendant produce documents that contain proprietary information belonging to plaintiff's competitors, and plaintiff has requested protection for certain of its documents produced in this action (e.g., plaintiff's alleged proprietary drawings and unsolicited proposal). In order to protect the sensitive nature of this information, the parties have stipulated to the protective order attached to this motion. The parties respectfully request the Court to enter the attached Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Craig A. Holman

CRAIG A. HOLMAN
Holland & Knight, LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006-6801
Tele: (202) 955-3000

Attorney for Plaintiff

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
10th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0333
Fax: (202) 514-8640

Attorneys for Defendant

JANUARY 9, 2007

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on JANUARY 9, 2007, a copy of "JOINT MOTION TO ENTER PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore