# In The United States Court of Federal Claims

No. 04-1366C

(Filed: January 11, 2007)

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A status conference was held in this case on January 11, 2007. Participating in the conference were Craig A. Holman on behalf of plaintiff, and Lauren S. Moore on behalf of defendant. Pursuant to the discussions conducted therein:

1. The motion filed jointly by the parties on January 9, 2007, for a protective order is **GRANTED** and the protective order shall issue forthwith;

2. On or before February 2, 2007, the parties shall complete all fact and expert discovery;

3. On or before February 23, 2007, plaintiff shall file a motion to amend the complaint and the proposed amended complaint;

4. On or before March 9, 2007, defendant shall file its response to plaintiff's amended complaint; and

5. On or before March 16, 2007, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge