**Electronically Filed On February 15, 2007**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | * | |
| Plaintiff, | * | No. 04-1366C<br>(Judge Allegra) |
| v. | * | |
| THE UNITED STATES | * | |
| Defendant. | * | |

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

The undersigned Craig A. Holman, lead counsel to Plaintiff Spectrum Sciences and Software, Inc. ("Spectrum") hereby notifies the Court and opposing counsel that, effective February 17, 2007, he is joining the law firm of Arnold & Porter LLP. Spectrum has requested that Mr. Holman continue as its counsel in this matter. Mr. Holman, therefore, respectfully requests that the Court and opposing counsel include the following revised contact information in their records for the above-captioned appeal:

Craig A. Holman
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Phone: (202) 942-5722
Fax: (202) 942-5999
Email: Craig.Holman@aporter.com

Counsel to Plaintiff Spectrum Sciences and Software, Inc.

Respectfully submitted,

s/ Craig A. Holman
Craig A. Holman
*Counsel to Spectrum Sciences and Software, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February 2007, I caused a copy of the foregoing Notice of Change of Firm and Address to be served by electronic delivery on:

Lauren S. Moore, Esquire
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Attn: Classification Unit

s/ Craig A. Holman
Craig A. Holman

# 4368630_v1