**ELECTRONICALLY FILED FEBRUARY 23, 2007**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | * | |
| Plaintiff, | * | No. 04-1366C (Judge Allegra) |
| v. | * | |
| THE UNITED STATES | * | |
| Defendant. | * | |

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Pursuant to United States Court of Federal Claims Rule 15 and the Court's Scheduling Order, Plaintiff Spectrum Sciences and Software, Inc. ("Spectrum"), by its undersigned counsel, moves the Court, with the consent of the United States, to file the attached Second Amended Complaint to reflect certain information learned during discovery. (Spectrum notes for clarity that the United States has not yet had an opportunity to review the specific amendments, though it has expressed its consent to the spirit of the amendment as further expressed below.)

More specifically, Spectrum has with respect to several allegations accepted the explanations offered during discovery by the United States for its conduct. In certain other instances, Spectrum has offered increased detail to supplement prior allegations. (The additional detail offered is amply related to allegations in the First Amended Complaint - particularly given Rule 8's notice pleading standard - such that it is not necessary from a pleading perspective but is designed to offer further detail and perhaps streamline further proceedings.) In all instances, Spectrum believes that its requested revisions lie well within the liberal amendment standard of Rule 15(a) which provides that "a party may amend the party's pleading only by leave of court

or by written consent of the adverse party; and leave shall be freely given when justice so requires."[1]

WHEREFORE, Spectrum requests that the Court grant this Motion for Leave to File Second Amended Complaint and accept the attached Second Amended Complaint for filing.

Respectfully submitted,

ARNOLD & PORTER LLP

s/ Craig A. Holman

Craig A. Holman
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
*Counsel to Spectrum Sciences and Software, Inc.*

[1] Spectrum has not replead the matters which the Court previously dismissed.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | * | |
| Plaintiff, | * | No. 04-1366C<br>(Judge Allegra) |
| v. | * | |
| THE UNITED STATES | * | |
| Defendant. | * | |

**ORDER**

The Court, having considered the Motion for Leave to File Second Amended Complaint of Plaintiff Spectrum and there being no opposition thereto, hereby

ORDERS that the Motion is hereby granted;

FURTHER ORDERS that the Second Amended Complaint is hereby accepted for filing; and

FURTHER ORDERS that the Government shall issue its response to said pleading as set forth in the Court's January 11, 2007 Scheduling Order.

______________________________
Francis M. Allegra, Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February 2007, I caused a copy of the foregoing Motion for Leave to File Second Amended Complaint and Second Amended Complaint to be served by electronic delivery on:

Lauren S. Moore, Esquire
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Attn: Classification Unit

s/ Craig A. Holman
Craig A. Holman