IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPECTRUM SCIENCES AND SOFTWARE INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1366C<br>(Judge Allegra) |

JOINT STATUS REPORT

Pursuant to the Court's order dated January 11, 2007, the parties respectfully submit the following joint status report.

Counsel for defendant is preparing to file a motion for summary judgment upon all of the issues set forth in plaintiff's second amended complaint. Defendant requests that it be allowed to file its dispositive motion with the Court on or before April 30, 2007.

Counsel for plaintiff believes that the case should move to trial as expeditiously as possible, particularly given that the Court already has considered and denied a summary judgment motion from defendant. To the extent that the Court is inclined to allow for a second motion for summary judgment from defendant, plaintiff respectfully requests that the Court put an accelerated schedule in place. Plaintiff also notes that if the Court decides to allow for a second summary judgment process and to accommodate the associated delays, plaintiff may file a partial cross-motion for summary judgment upon certain issues.

The parties also request that, because plaintiff has filed a second amended complaint more than two years after the original complaint was filed, and because the parties have completed discovery in this case, the requirements contained in the Rules of the Court of Federal Claims regarding initial disclosures and the filing of the joint preliminary status report be waived.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Craig A. Holman

CRAIG A. HOLMAN
Arnold & Porter, LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Tele: (202) 942-5722
Fax: (202) 942-5999

Attorney for Plaintiff

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

MARCH 15, 2007

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 15th day of MARCH, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore