# In The United States Court of Federal Claims

No. 04-1366C

(Filed: April 4, 2007)

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 3, 2007, a telephonic status conference was held in this case. Participating in the conference were Craig Alan Holman for plaintiff, and Lauren Springer Moore for defendant. On or before April 30, 2007, as discussed during the conference, the parties shall file a joint status report indicating a proposed trial date and venue.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge