ELECTRONICALLY FILED ON APRIL 30, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1366C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated April 4, 2007, the parties respectfully submit the following joint status report.

The parties agree that the trial in this case should be held in Washington, D.C., beginning on Tuesday, October 23, 2007, and continuing until Friday, October 26, 2007.

Dated: April 30, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Craig A. Holman
CRAIG A. HOLMAN
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tele: (202) 942-5722/Fax
Fax: (202) 942-5999
*Attorney for Plaintiff*

s/ Lauren S. Moore
LAUREN S. MOORE
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0333
Fax: (202) 514-8640
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007 a true and correct copy of the parties' Joint Status Report was served by electronic mail on:

Lauren S. Moore
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

s/ Craig A. Holman
Craig A. Holman