# In The United States Court of Federal Claims

No. 04-1366C

(Filed: May 14, 2007)

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On Monday, May 14, 2007, a telephonic status conference was held in this case. Participating in the conference were Craig A. Holman, on behalf of plaintiff, and Lauren S. Moore, on behalf of defendant. In accordance with the discussions held therein, the court adopts the following schedule in this matter:

1. On or before July 27, 2007, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial. *See* RCFC, Appendix A, ¶ 13(a) and (b);

2. On or before August 20, 2007, plaintiff shall file:

   (a) Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a);

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

3. On or before September 20, 2007, defendant shall file:

   (d) Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b);

   (e) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

   (f) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

4. A pre-trial conference will be held on October 22, 2007, at 10:00 a.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference; and

5. Trial in this case will commence at 10:00 a.m. (EST) on Tuesday, November 6, 2007, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of trial. Each subsequent day of trial will begin at 9:30 a.m. (EST).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge