IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRUM SCIENCES AND SOFTWARE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1366C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT CERTIFICATION REGARDING APPENDIX A CONFERENCE**

Pursuant to Appendix A of the rules of the Court of Federal Claims, the parties hereby certify that they participated in the required meeting of counsel and addressed all matters contained therein.

As a result of said conference, the parties realized a need to clarify with the Court that the upcoming hearing in this matter is bifurcated. The parties previously advised the Court (pursuant to Appendix A) of their agreed-to position concerning bifurcation and proceeded through discovery in this matter upon that basis. The Court, however, has not issued a formal bifurcation order. The parties, accordingly, request that the Court confirm that the matter is set to proceed upon entitlement only.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Craig A. Holman

CRAIG A. HOLMAN
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tele: (202) 942-5722
Fax: (202) 942-5999

Attorney for Plaintiff

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0333
Fax: (202) 514-8640

Attorneys for Defendant

AUGUST 2, 2007

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 2nd day of August, 2007, a copy of the foregoing "JOINT CERTIFICATION REGARDING APPENDIX A CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore