# In The United States Court of Federal Claims

No. 04-1366C

(Filed: August 8, 2007)

---

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On August 2, 2007, the parties filed a notice with the court indicating that, earlier, they had informed the court, pursuant to Appendix A of the RCFC, of their agreement that this matter should be bifurcated so that liability and damages would be addressed separately. The parties further noted that although the court had not issued a formal order of bifurcation, they proceeded through discovery under the assumption that the matter would be bifurcated.

Having reviewed this matter, the court confirms that this matter should be bifurcated and that the parties shall proceed accordingly at trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge