ELECTRONICALLY FILED ON AUGUST 20, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES & SOFTWARE, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1366C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

Plaintiff Spectrum Sciences & Software, Inc. ("Spectrum"), by undersigned counsel, hereby moves this Court pursuant to United States Court of Federal Claims Rule ("RCFC") 5.2 for leave to exceed the 40 page limit in its Memorandum of Contentions of Fact and Law ("Memorandum"), which Spectrum has filed under seal concurrently with this Motion.

In support of this Motion, Spectrum states that it is necessary for Spectrum to exceed the page limit in its Memorandum to address the numerous legal questions at issue in this action and the counter arguments raised by the Defendant as required by RCFC Appendix A.

WHEREFORE, Spectrum respectfully requests leave to exceed the page limit to its Memorandum by 16 pages, for a total of 56 pages. A proposed Order is attached.

Dated: August 20, 2007

Respectfully submitted,

s/Craig A. Holman
CRAIG A. HOLMAN
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5722
Fax: (202) 942-5999
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2007 a true and correct copy of Plaintiff's Motion for Leave to Exceed Page Limit for Memorandum of Contentions of Fact and Law was served by electronic mail on:

Lauren S. Moore
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

s/ Craig A. Holman
Craig A. Holman