# In The United States Court of Federal Claims

No. 04-1366C

(Filed: August 23, 2007)

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 20, 2007, plaintiff filed a motion for leave to exceed page limit for its memorandum of contentions of fact and law. Pursuant to the Special Procedures Order Section (3)(b), issued on September 28, 2004, the motion is hereby **DENIED**. Accordingly:

1. On or before August 27, 2007, plaintiff shall file its memorandum of contentions of fact and law.

2. On or before September 27, 2007, defendant shall file its response to plaintiff's memorandum of contentions of fact and law.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge