# In The United States Court of Federal Claims

No. 04-1366C

(Filed: October 5, 2007)

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On May 14, 2007, the court ordered that a pre-trial conference would be held on October 22, 2007, and that trial would commence on November 6, 2007. The court hereby amends the schedule as follows:

1. A pre-trial conference will be held on October 29, 2007, at 10:00 a.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference; and

2. Trial in this case will commence at 10:00 a.m. (EST) on Tuesday, November 13, 2007, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of trial. Each subsequent day of trial will begin at 9:30 a.m. (EST).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge