# In The United States Court of Federal Claims

No. 04-1366C

(Filed: October 15, 2007)

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 5, 2007, the court ordered that a pre-trial conference in this case would be held on October 29, 2007, and that trial would commence on November 13, 2007. The court has reviewed plaintiff's memorandum of contentions of fact and law, defendant's response thereto, each party's exhibit and witness lists, and each party's objections to exhibits.

Having reviewed these submissions, the court hereby **ORDERS** that on or before October 29, 2007, plaintiff shall file a brief memorandum indicating the following:

1. Whether the document(s) comprising plaintiff's exhibits 1, 2, 48, 55, 67, 73 were produced to defendant during discovery.

2. On what date(s) these document(s) were produced to defendant.

3. For any document(s) not produced during discovery, a brief explanation as to why they were not produced.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge