# In The United States Court of Federal Claims

No. 04-1366C

(Filed: October 29, 2007)

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 29, 2007, the court held a pre-trial conference. Participating in this conference were Craig Holman, for plaintiff, and Lauren Moore and Chun-I Chiang, for defendant. For the reasons discussed at this conference, the court hereby orders that, on or before November 6, 2007, defendant shall file a brief memorandum further explaining the basis for its argument that the court lacks jurisdiction based upon plaintiff's failure to exhaust administrative remedies, covering the issues described by the court at the pre-trial conference.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge