# In The United States Court of Federal Claims

No. 04-1366C

(Filed: November 7, 2007)

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

In its pretrial memorandum, filed September 27, 2007, defendant argued that the court lacked jurisdiction over this claim because plaintiff had failed to exhaust administrative remedies before filing its complaint in this court. On October 29, 2007, the court conducted a pre-trial conference in this case. During the pre-trial conference, the court questioned the viability of defendant's jurisdictional argument and ordered defendant to file a memorandum further explaining the basis for its argument that the court lacks jurisdiction. Defendant filed its memorandum on November 6, 2007, wherein it appears to have withdrawn its exhaustion argument "because of the potential prejudice that could result if the court considered our fact-based exhaustion argument at this point in the proceedings." Accordingly, the court hereby deems this argument withdrawn.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge