ELECTRONICALLY FILED ON NOVEMBER 12, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES & SOFTWARE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1366C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF SPECTRUM SCIENCES & SOFTWARE, INC.
AMENDED DEPOSITION DESIGNATIONS FOR THOMAS TURNER**

Pursuant to the Rules of the United States Court of Federal Claims and Plaintiff's Memorandum of Contentions of Facts and Law, Exhibit List, and Witness List, Plaintiff Spectrum Sciences & Software, Inc. ("Spectrum"), hereby amends the designations of Thomas Turner's deposition testimony that Spectrum may seek to introduce at trial:

<u>Deposition of Thomas P. Turner dated November 16, 2006</u>

5:3-5:5
6:22-7:9
13:9-14:18
17:6-17:16
19:4-19:12
25:7-12
27:22-28:8
32:1-32:3
34:20-35:14
51:10-51:16
52:3-8
63:21-65:5
67:6-12
74:6-75:8
75:12-76:10
76:18-77:13
78:5-79:2
82:7-84:8
84:9-84:19
85:2-7
86:6-88:10

90:2-20
92:5-9
98:8-99:14
101:13-19
103:14-104:1
105:5-105:21
106:5-8
114:20-115:2
117:21-118:9
123:10-124:6
128:21-129:7

Dated: November 12, 2007

Respectfully submitted,

s/Craig A. Holman
CRAIG A. HOLMAN
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tele: (202) 942-5722/Fax
Fax: (202) 942-5999
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2007, I caused a true and correct copy of the Plaintiff Spectrum Sciences and Software, Inc.'s Amended Deposition Designations for Thomas Turner to be served by electronic mail on:

Lauren S. Moore
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

s/ Craig A. Holman
Craig A. Holman