ELECTRONICALLY FILED ON NOVEMBER 13, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SPECTRUM SCIENCES & SOFTWARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1366C<br>(Judge Allegra) |

**PLAINTIFF SPECTRUM SCIENCES & SOFTWARE, INC.**
**SECOND AMENDED DEPOSITION DESIGNATIONS FOR THOMAS TURNER**

Pursuant to the Rules of the United States Court of Federal Claims and Plaintiff's Memorandum of Contentions of Facts and Law, Exhibit List, and Witness List, Plaintiff Spectrum Sciences & Software, Inc. ("Spectrum"), hereby amends the designations of Thomas Turner's deposition testimony that Spectrum may seek to introduce at trial:

<u>Deposition of Thomas P. Turner dated November 16, 2006</u>

5:3-5:5
6:22-7:8
13:9-13:18
17:5-17:16
19:4-19:12
20:11-21:3
23:7-24:14
25:7-12
27:22-28:8
32:1-32:3
34:20-35:14
51:10-16
52:3-8
57:2-6
63:6-8
63:21-65:5
65:12-66:3
67:6-12
68:20-69:12
71:7-72:16
73:20-74:2

74:6-75:8
75:9-77:13
78:5-79:2
82:7-84:8
84:9-84:19
85:2-7
86:6-88:9
89:21-90:20
92:5-9
98:2-99:14
101:13-19
103:14-104:1
105:5-105:20
106:5-8
108:2-19
110:1-111:3
114:20-115:2
117:21-118:9
123:10-124:6
128:21-129:7

Dated: November 13, 2007

Respectfully submitted,

s/Craig A. Holman
CRAIG A. HOLMAN
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tele: (202) 942-5722/Fax
Fax: (202) 942-5999
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2007, I caused a true and correct copy of the Plaintiff Spectrum Sciences and Software, Inc.'s Second Amended Deposition Designations for Thomas Turner to be served by electronic mail on:

Lauren S. Moore
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

s/ Craig A. Holman
Craig A. Holman