# In The United States Court of Federal Claims

No. 04-1366C

(Filed: December 19, 2007)

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 13-15, 2007, the court held trial in this case in Washington, D.C. At the close of trial, the record remained open pending the receipt of the transcript of trial proceedings. The court received a copy of the trial transcript on December 18, 2007. Proof in this case is now closed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge