# In The United States Court of Federal Claims

No. 04-1366C

(Filed:  December 19, 2008)

_____

SPECTRUM SCIENCES & SOFTWARE, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On December 12, 2008, the parties filed a joint status report proposing a schedule for discovery on damages.  Based on its review of that report, the court concludes:

(i)     On or before **February 27**, **2009,** plaintiff shall identify any quantum expert and produce his or her report;

(ii)    On or before **March 31, 2009**, defendant shall identify any rebuttal expert and produce his or her report;

(iii)   On or before **April 30, 2009**, all expert discovery shall be completed; and

(iv)   On or before **May 15, 2009**, the parties shall file a joint status report on how this case should proceed, with a schedule, as appropriate.

**IT IS SO ORDERED.**

                              s/ Francis M. Allegra  
                              Francis M. Allegra  
                              Judge