# In The United States Court of Federal Claims

No. 04-1366C

(Filed: April 9, 2009)

_____

SPECTRUM SCIENCES & SOFTWARE, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 7, 2009, the parties filed a joint motion to extend the "quantum case" schedule, requesting an enlargement of 45 days as to the date for plaintiff to file its expert report, and of 75 days as to the remaining deadlines. Plaintiff's motion is hereby **GRANTED**. Accordingly:

(i) On or before **June 12**, **2009,** plaintiff shall identify any quantum expert and produce his or her report;

(ii) On or before **August 13, 2009**, defendant shall identify any rebuttal expert and produce his or her report;

(iii) On or before **September 11, 2009**, all expert discovery shall be completed; and

(iv) On or before **September 25, 2009**, the parties shall file a joint status report indicating how this case should proceed, with a schedule, as appropriate.

**No further enlargements of these deadlines will be granted absent extraordinary circumstances**.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge