# In The United States Court of Federal Claims

No. 04-1366C

(Filed:  March 12, 2010)
_____

SPECTRUM SCIENCES & SOFTWARE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_____

**ORDER**

_____

Trial in this case was held in Washington, D.C. on January 14 and 15, 2010.  At the close of trial the record remained open pending receipt of the transcript of trial proceedings.  On February 18, 2010, the court received a copy of the trial transcript. Proof in this case is now closed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge