# In The United States Court of Federal Claims

No. 04-1366C

(Filed: March 12, 2010)

_____

SPECTRUM SCIENCES & SOFTWARE, INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

As discussed at the close of trial, post-trial briefing is hereby ordered as follows:

1. On or before April 26, 2010, the parties shall simultaneously file post-trial briefs not to exceed 50 pages.

2. On or before May 26, 2010, the parties shall simultaneously file replies to the initial post-trial briefs not to exceed 25 pages.

3. The court will contact the parties telephonically to arrange a date for closing argument, should such argument be necessary.

**IT IS SO ORDERED.**

                                         s/ Francis M. Allegra
                                         Francis M. Allegra
                                         Judge