# In The United States Court of Federal Claims

No. 04-1366C

(Filed: June 1, 2010)

_____

SPECTRUM SCIENCES & SOFTWARE, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      Closing argument will be held in this case on Thursday, July 8, 2010, at 10:00 a.m. (EDT), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the argument.

      **IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge