# In The United States Court of Federal Claims

No. 04-1366C

(Filed: June 30, 2011)

_____

SPECTRUM SCIENCES & SOFTWARE,
INC.,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On June 28, 2011, defendant filed an unopposed motion for a stay of proceedings pending settlement discussions with respect to plaintiff's attorney fee application. The motion is hereby **GRANTED**. Accordingly:

1. Briefing on plaintiff's motion for attorneys fees is hereby **STAYED**;

2. On or before July 28, 2011, and every twenty-eight days thereafter, the parties shall file a joint status report regarding the progress of settlement negotiations; and

3. The parties shall notify the court immediately if settlement discussions break down.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge