# In The United States Court of Federal Claims

No. 04-1366C

(Filed:  September 26, 2011)

_____

SPECTRUM SCIENCES & SOFTWARE, INC.,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On April 20, 2011, plaintiff filed a Motion and Application for Reimbursement of Legal Fees and Costs Pursuant to the Equal Access to Justice Act, which was stayed by this court on June 28, 2011, upon motion by defendant.  On September 23, 2011, plaintiff filed a notice of withdrawal of its EAJA application with prejudice.  That motion is hereby **MOOT**, and there are no other matters outstanding.  The Clerk is hereby directed to enter an appropriate judgment.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge